# Exhibit "A"

| | |
|---|---|
| **From:** | Hang Le |
| **To:** | McKee-Reimbold, Rebecca; Dale Galipo; Marcel Sincich; Alejandro Monguia |
| **Cc:** | GForce |
| **Subject:** | [EXTERNAL] RE: Jones--- Request for Trial Continuance |
| **Date:** | Tuesday, August 29, 2023 11:06:48 AM |
| **Attachments:** | Jones - Stip to Cont Case Management Dates [PL"s Edits].doc |

**CAUTION: This email originated from outside the City of Riverside. It was not sent by any City official or staff. Use caution when opening attachments or links.**

Good morning Rebecca,

Attached please find Plaintiff's edits to the proposed stipulation. If the changes are acceptable, you have my permission to e-sign on my behalf and file. Thank you.

Best,
Hang

**From:** McKee-Reimbold, Rebecca <RMcKee@riversideca.gov>
**Sent:** Tuesday, August 29, 2023 8:09 AM
**To:** Hang Le <hlee@galipolaw.com>; Dale Galipo <dalekgalipo@yahoo.com>; Marcel Sincich <msincich@galipolaw.com>; Alejandro Monguia <amonguia@galipolaw.com>
**Cc:** GForce <GForce@riversideca.gov>
**Subject:** RE: Jones--- Request for Trial Continuance

Hang-

Attached is the Joint Stipulation. I am sending it in Word if you would like to add in the name/case # of Mr. Galipo's current trial.  Otherwise, please let me know if you agree and we can take care of filing it.

Thanks,
Rebecca

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Friday, August 25, 2023 1:31 PM
**To:** McKee-Reimbold, Rebecca <RMcKee@riversideca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Marcel Sincich <msincich@galipolaw.com>; Alejandro Monguia <amonguia@galipolaw.com>
**Cc:** GForce <GForce@riversideca.gov>
**Subject:** [EXTERNAL] RE: Jones--- Request for Trial Continuance

**CAUTION: This email originated from outside the City of Riverside. It was not sent by any City official or staff. Use caution when opening attachments or links.**

Rebecca,

I'll run these dates by Dale as soon as he's available and will get back to you.

Hang

**From:** McKee-Reimbold, Rebecca <RMcKee@riversideca.gov>
**Sent:** Friday, August 25, 2023 1:30 PM
**To:** Hang Le <hlee@galipolaw.com>; Dale Galipo <dalekgalipo@yahoo.com>; Marcel Sincich <msincich@galipolaw.com>; Alejandro Monguia <amonguia@galipolaw.com>
**Cc:** GForce <GForce@riversideca.gov>
**Subject:** RE: Jones--- Request for Trial Continuance

Hang,

Thank you for taking my call on the Jones case just now. As we discussed: since the Jones trial is currently set for June 24, 2024 and Plaintiff will oppose a trial continuance, we are proposing a 3 month extension of all discovery cut offs and motion deadlines. We propose asking the court to extend the following dates:

1. Fact Discovery Cut Off: from October 2, 2023 to January 2, 2024
2. Expert Disclosure (Initial): from October 13, 2023 to January 13, 2024
3. Expert Disclosure (Rebuttal): from October 27, 2023 to January 27, 2024
4. Last Day to Hear Motions: from January 26, 24 to March 26, 2024

These changes should not impact the rest of the dates in the judge's standing order.

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Friday, August 25, 2023 1:09 PM
**To:** McKee-Reimbold, Rebecca <RMcKee@riversideca.gov>; Dale Galipo <dalekgalipo@yahoo.com>; Marcel Sincich <msincich@galipolaw.com>; Alejandro Monguia <amonguia@galipolaw.com>
**Cc:** GForce <GForce@riversideca.gov>
**Subject:** RE: [EXTERNAL] Re: Lopez & Jones--- Request for Trial Continuance

**CAUTION: This email originated from outside the City of Riverside. It was not sent by any City official or staff. Use caution when opening attachments or links.**

Good afternoon Ms. McKee-Reimbold,

I am writing in regards to your request to continue the discovery dates/trial date in Jones. While we would not be opposed to a short continuance of the expert discovery deadlines, we are not agreeable to continuing the trial date and would oppose any motion regarding that matter.

Best regards,
Hang Le

**Hang D. Le, Esq. | Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118| Email: hlee@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** McKee-Reimbold, Rebecca <RMcKee@riversideca.gov>
**Sent:** Thursday, August 24, 2023 3:55 PM
**To:** Dale Galipo <dalekgalipo@yahoo.com>; Hang Le <hlee@galipolaw.com>; Marcel Sincich <msincich@galipolaw.com>; Alejandro Monguia <amonguia@galipolaw.com>
**Cc:** GForce <GForce@riversideca.gov>
**Subject:** RE: [EXTERNAL] Re: Lopez & Jones--- Request for Trial Continuance

Mr. Galipo,

I understand you are in trial, but Maggie reached out to the associates you identified below and they advised they cannot agree to a trial continuance without your approval.  As a result, we will begin preparing a motion to continue trial in both Lopez and Jones. Do you plan to oppose it?

Thank you,,
Rebecca

**From:** Dale Galipo <dalekgalipo@yahoo.com>
**Sent:** Tuesday, August 22, 2023 9:33 PM
**To:** Wilkerson, Maggie <MWilkerson@riversideca.gov>
**Cc:** McKee-Reimbold, Rebecca <RMcKee@riversideca.gov>; msincich@galipolaw.com; amonguia@galipolaw.com; GForce <GForce@riversideca.gov>
**Subject:** [EXTERNAL] Re: Lopez & Jones--- Request for Trial Continuance

**CAUTION: This email originated from outside the City of Riverside. It was not sent by any City official or staff. Use caution when opening attachments or links.**

I'm in trial please communicate with Marcel and Hang

Sent from my iPhone

On Aug 22, 2023, at 2:54 PM, Wilkerson, Maggie <MWilkerson@riversideca.gov> wrote:

Good afternoon Mr. Sincich,

Although I didn't get the opportunity to speak with you, I thank you for relaying the message through your assistant. I understand you are preparing for a depo and Mr. Galipo is in trial, but I look forward to hearing from you this week regarding Mrs. McKee-Reimbold's email below.

Wishing you a great rest of your day.

Regards,
Maggie

**From:** McKee-Reimbold, Rebecca <RMcKee@riversideca.gov>
**Sent:** Tuesday, August 22, 2023 9:44 AM
**To:** msincich@galipolaw.com; dalekgalipo@yahoo.com; amonguia@galipolaw.com
**Cc:** GForce <GForce@riversideca.gov>
**Subject:** RE: Lopez & Jones--- Request for Trial Continuance

Mr. Galipo-

I have not heard back from you on either Lopez or Jones. Can you please let me know your thoughts?

Thank you,
Rebecca

**From:** McKee-Reimbold, Rebecca
**Sent:** Friday, August 18, 2023 1:52 PM
**To:** msincich@galipolaw.com; dalekgalipo@yahoo.com; amonguia@galipolaw.com
**Cc:** GForce <GForce@riversideca.gov>
**Subject:** Xavier Lopez v. City of Riverside- Request for Trial Continuance

Mr. Galipo,

Debra is currently engaged in a month long trial. After she finishes her trial, there are several religious holidays that she observes and then she let me know that she is scheduled for a medical procedure. From my standpoint, I put my attorneys'

health and well-being first. I know we are also still waiting for an opinion from the Ninth Circuit in this case and it appears as though no depositions have been taken in this case yet. I told Debra I was going to reach out to you to see if you are agreeable to a brief trial continuance or extension of discovery cut-off? If so- I can prepare a stip.

Thank you,
Rebecca McKee-Reimbold



<image001.png>

**Rebecca McKee-Reimbold**
*Assistant City Attorney*
Litigation Division
City Attorney's Office
3750 University Ave, Suite 250
Riverside, CA 92501
Direct: 951.826.5603

*Advancing Riverside's Vision with Integrity and Advocacy*

**CONFIDENTIALITY NOTICE:** THIS EMAIL MESSAGE, INCLUDING ANY ATTACHMENTS, FROM THE OFFICE OF THE CITY ATTORNEY IS INTENDED FOR THE OFFICIAL AND CONFIDENTIAL USE OF THE RECIPIENTS TO WHOM IT IS ADDRESSED. THIS EMAIL CONTAINS MATERIAL THAT IS CONFIDENTIAL AND/OR PRIVILEGED UNDER THE WORK PRODUCT, ATTORNEY-CLIENT, OR OFFICIAL INFORMATION PRIVILEGES FOR THE SOLE USE OF THE INTENDED RECIPIENT. ANY REVIEW, RELIANCE OR DISTRIBUTION BY OTHERS OR FORWARDING WITHOUT EXPRESS PERMISSION IS STRICTLY PROHIBITED. RECIPIENTS SHOULD NOT FILE COPIES OF THIS EMAIL WITH PUBLICLY ACCESSIBLE WRITTEN OR ELECTRONIC RECORDS. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER AND DELETE ALL COPIES.

Stay in-the-know with all things Riverside! Connect with us at RiversideCA.gov/Connect.