# Exhibit "H"

1  **LAW OFFICES OF DALE K. GALIPO**
   Dale K. Galipo, Esq. (Bar No. 144074)
2  dalekgalipo@yahoo.com
   Hang D. Le, Esq. (Bar No. 293450)
3  hlee@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, California, 91367
   Telephone: (818) 347-3333
5  Facsimile: (818) 347-4118

6  Attorneys for Plaintiff
   DEZSANEE JONES
7

8  **UNITED STATES DISTRICT COURT FOR THE**
9  **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  DEZSANEE JONES, | Case No. 5:22-cv-01764-SSS-SP |
| 12          Plaintiff, | *Honorable Sunshine S. Sykes* |
| 13       vs. | *Hon. Mag. Judge Sheri Pym* |
| 14  CITY OF RIVERSIDE; TAYLOR LAPOINT; MIKE SMITH; and DOES 3-10, inclusive, | **PLAINTIFF'S OBJECTION TO DEFENDANTS' NOTICE OF DEPOSITION OF RESAN BINGHAM** |
| 15 | |
| 16  Defendants. | |
| 17 | First Amended Complaint Filed: December 8, 2022 |

18
19
20
21
22
23
24
25
26
27
28

1  PLEASE TAKE NOTICE that Plaintiff DEZSANEE JONES hereby objects
2  to Defendants' November 15, 2023 Notice of Deposition of Resan Bingham, set for
3  December 20, 2023 on the following grounds: The noticed deposition fails to
4  comply with the Court's Amended Order re: Stipulation to Continue Case
5  Management Dates, which set the Fact Discovery Cut Off as December 1, 2023. The
6  deposition date set in Defendants' Notice of Deposition of Resan Bingham occurs
7  after the close of fact discovery.

9  DATED: November 17, 2023      LAW OFFICES OF DALE K. GALIPO

                                  By_____/s/ Hang D. Le_____
                                    Dale K. Galipo
                                    Hang D. Le
                                    Attorneys for Plaintiff DEZSANEE JONES

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action. My business address is 21800 Burbank Boulevard, Suite 310, Woodland Hills, California 91367.

On November 17, 2023, I served the foregoing documents described as: **PLAINTIFF'S OBJECTION TO DEFENDANTS' NOTICE OF DEPOSITION OF RESAN BINGHAM** on all interested parties, through their respective attorneys of record in this action by placing a true copy thereof enclosed in a sealed envelope addressed as indicated below:

Phaedra A. Norton
Debra K. Cook
Office Of The City Attorney – City of Riverside
3750 University Avenue, Suite 250
Riverside, CA 92501
dcook@riversideca.gov; vbeauregard@riversideca.gov; crojas@riversideca.gov; jgallardo@riversideca.gov; milkerson@riversideca.gov; amoreno@riversideca.gov

Attorneys for Defendants CITY OF RIVERSIDE, TAYLOR LAPOINT, and MIKE SMITH

### METHOD OF SERVICE

☐ (BY MAIL) I placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of this office for the collection, processing and mailing of documents. On the same day that documents are placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ (BY ELECTRONIC SERVICE) I caused the foregoing document(s) to be sent via electronic transmittal to the notification addresses listed below as registered with this court's case management/electronic court filing system.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 17, 2023, at Woodland Hills, California.

Karen Slyapich