PHAEDRA A. NORTON (SBN 200271)
*City Attorney*
REBECCA MCKEE-REIMBOLD (SBN 279485)
*Assistant City Attorney,*
DEBRA K. COOK (SBN 250114)
*Senior Deputy City Attorney*
JUDITH N. GALLARDO (SBN 297688)
*Deputy City Attorney*
CECILIA ROJAS (SBN 340468)
*Deputy City Attorney*
**OFFICE OF THE CITY ATTORNEY**
3750 University Avenue, Suite 250
Riverside, California 92501
Telephone (951) 826-5567

Attorneys for Defendants,
CITY OF RIVERSIDE, a California charter city and municipal corporation, TAYLOR LAPOINT and MIKE SMITH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEZSANEE JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF RIVERSIDE; TAYLOR LAPOINT; MIKE SMITH; and DOES 3-10, inclusive,<br>　　　　Defendants. | CASE NO.: 5:22-cv-1764-SSS-SP<br>*[Hon. Sunshine S. Sykes, Courtroom: 2]*<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE DISCOVERY CUT-OFF DATES** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that, on November 20, 2023 Defendants City of Riverside and Taylor Lapoint (collectively "Defendants") made *ex parte* application to the Court for a modification of the Case Management Scheduling Order; and, alternatively, for an order shortening time for notice on Defendants'

Motion to Modify the Case Management Order; or, alternatively, Reopen Discovery currently scheduled to be heard December 22, 2023.

Upon consideration of the briefing of the parties IT IS HEREBY ORDERED AS FOLLOWS:

1. Defendants have demonstrated "good cause" for their request to modify the Case Management Scheduling Order; and

2. The Case Management Scheduling Order is modified as follows:

| **Deadline (Cut Off)** | **Current** | **Modified** |
| --- | --- | --- |
| Fact Discovery | December 1, 2023 | January 5, 2024 |
| Expert Disclosure (Initial) | December 13, 2023 | January 26, 2024 |
| Expert Disclosure (Rebuttal) | January 12, 2024 | February 23, 2024 |
| Expert Discovery | January 26, 2024 | March 8, 2024 |
| Last Day to Hear Motions | February 23, 2024 | March 29, 2024 |

**IT IS SO ORDERED,**

DATED: November ___, 2023

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT COURT JUDGE