# Exhibit "E"

PHAEDRA A. NORTON (SBN 200271)
*City Attorney*
REBECCA MCKEE-REIMBOLD (SBN 279485)
*Assistant City Attorney,*
DEBRA K. COOK (SBN 250114)
*Senior Deputy City Attorney*
CECILIA ROJAS (SBN 340468)
*Deputy City Attorney*
**OFFICE OF THE CITY ATTORNEY**
3750 University Avenue, Suite 250
Riverside, California 92501
Telephone (951) 826-5567

Attorneys for Defendants,
CITY OF RIVERSIDE, a California charter city and municipal corporation, AND TAYLOR LAPOINT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEZSANEE JONES,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF RIVERSIDE; TAYLOR LAPOINT; MIKE SMITH; and DOES 3-10, inclusive,<br>Defendants. | CASE NO.: 5:22-cv-1764-SSS-SP<br>*[Hon. Sunshine S. Sykes, Courtroom: 2]*<br><br>**NOTICE OF TAKING DEPOSITION OF RESAN BINGHAM**<br><br>DATE:     December 20, 2023<br>TIME:      10:00 a.m.<br>PLACE:   Corcoran State Prison<br>                4001 King Avenue<br>                Corcoran, CA 93212<br><br>Trial Date: June 24, 2024 |

TO DEZSANEE JONES AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, Rule 26(b), Defendants, by and through their attorneys of record, will take the depositions of RESAN BINGHAM. Defendants reserve the right to take the following depositions through real-time reporting (instant visual display of the testimony) and may be videotaped for use during trial of this matter at the date, time, and location as follows:

| | |
|---|---|
| **Date:** | **December 20, 2023** |
| **Time:** | **10:00 a.m.** |
| **Location:** | **Corcoran State Prison**<br>**4001 King Avenue**<br>**Corcoran, CA 93212** |

PLEASE TAKE FURTHER NOTICE that this deposition will take place upon oral examination before a duly authorized notary public or other officer authorized to administer oaths at depositions, and will continue from day to day, Sundays, Saturdays and legal holidays excepted, until completed.

PLEASE TAKE FURTHER NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(2), the depositions may be videotaped.

PLEASE TAKE FURTHER NOTICE that Cancellation with less than 24 hours advance notice to Defendants may result in a late cancellation fee by the court reporter and/or interpreter, which will be the responsibility of the canceling party.

DATED: November 15, 2023          OFFICE OF THE CITY ATTORNEY

By: ___/s/ Debra K. Cook___
    DEBRA K. COOK
    Attorneys for Defendants,
    CITY OF RIVERSIDE AND TAYLOR
    LAPOINT

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Riverside, State of California, and not a party to the above-entitled cause.

On November 15, 2023, I served the within **NOTICE OF TAKING DEPOSITION OF RESAN BINGHAM** on the interested parties in said action addressed as follows:

| | |
|---|---|
| Law Offices of Dale K. Galipo<br>Dale K. Galipo, Esq.<br>dalekgalipo@yahoo.com<br>Hang Le, Esq.<br>hlee@galipolaw.com<br>Benjamin Levine, Esq.<br>blevine@galipolaw.com<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367<br>Phone: (818) 347-3333; Fax: (818) 347-4118<br><br>Karen Slyapich, Assistant<br>kslyapich@galipolaw.com | Attorneys for Plaintiff<br>***DEZSANEE JONES*** |

( )  **VIA MAIL** - In accordance with the regular mail collection and processing practices of this business office, with which I am familiar, by means of which mail is deposited with the United States Postal Service at Riverside, California, that same day in the ordinary course of business, I deposited such sealed envelope for collection and mailing on this same date following ordinary business practices.

(X)  <u>**VIA ELECTRONIC SERVICE** - I caused the documents to be electronically served to the email addresses of the interested parties as listed above. Said documents were transmitted from my electronic address of mwilkerson@riversideca.gov. I did not receive, within reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.</u>

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service as made. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 15, 2023, at Riverside, California.



Maggie Wilkerson