# Exhibit "F"

| | |
|---|---|
| **From:** | CDCR COR Litigation Coordinator |
| **To:** | Wilkerson, Maggie; CDCR COR Litigation Coordinator |
| **Cc:** | GForce; McKee-Reimbold, Rebecca |
| **Subject:** | [EXTERNAL] RE: Inmate Resan Bingham CDCR AU5738 Deposition |
| **Date:** | Thursday, November 16, 2023 8:13:18 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

**CAUTION:** This email originated from outside the City of Riverside. It was not sent by any City official or staff. Use caution when opening attachments or links.

Good morning –

We have received you deposition notice. You placed on calendar however we need to have video connection information for a SIP or H/323 connection.

## P. Williams
Correctional Counselor II
**Office of Litigations**
California Department of Corrections & Rehabilitations
California State Prison- Corcoran
(559) 992-8800 ext. 5664
CDCRCORLitigationCoordinator@cdcr.ca.gov

**From:** Wilkerson, Maggie <MWilkerson@riversideca.gov>
**Sent:** Wednesday, November 15, 2023 5:30 PM
**To:** CDCR COR Litigation Coordinator <CDCRCORLitigationCoordinator@cdcr.ca.gov>
**Cc:** GForce <GForce@riversideca.gov>; McKee-Reimbold, Rebecca <RMcKee@riversideca.gov>
**Subject:** RE: Inmate Resan Bingham CDCR AU5738 Deposition

**CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon Mr. Laber,

The deposition for Mr. Bingham has been scheduled for December 20th and I have attached the Deposition Notice for your reference. A copy will be served on Corcoran State Prison via mail.

Please note, we can not proceed unless we have confirmation from you. Counsel for both parties have to make travel plans and we need to secure that date with

King County Court Reporter for their videographer and court reporter.

Thank you for your anticipated courtesy and cooperation.

Regards,
Maggie


**Sent:** Thursday, November 9, 2023 2:57 PM
**Subject:** RE: Inmate Resan Bingham CDCR AU5738 Deposition
**Importance:** High

Good afternoon Mr. Laber,

Per your email below of September 19th, Ms. Debra Cook has been cleared to take the deposition of Resan Bingham.

It is also my understanding that King County Court Reporters & Videographers are already cleared through Corcoran State Prison and no further action is required to that end.

Last, We are working with Plaintiff's Counsel, Ms. Hang Le, which I understand has also been cleared, to schedule the deposition the week of November 27 or first week of December. Can you tell me specifically if there are any dates and times we should avoid the deposition? Please detail if there are date, time, length restrictions etc

Thank you!

**From:** CDCR COR Litigation Coordinator CDCRCORLitigationCoordinator@cdcr.ca.gov
**Sent:** Tuesday, September 19, 2023 2:30 PM
**To:** Wilkerson, Maggie MWilkerson@riversideca.gov
**Cc:** McKee-Reimbold, Rebecca RMcKee@riversideca.gov; GForce GForce@riversideca.gov
**Subject:** [EXTERNAL] RE: Inmate Resan Bingham CDCR AU5738 Deposition

**CAUTION:** This email originated from outside the City of Riverside. It was not sent by any City official or staff. Use caution when opening attachments or links.

Good afternoon,
The forms for D. Cook have been approved.

Thank you,

RYAN LABER
OFFICE TECHNICIAN (T)
LITIGATION OFFICE

CSP-CORCORAN
(559)992-8800 EXT:5667

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication

**From:** Wilkerson, Maggie <MWilkerson@riversideca.gov>
**Sent:** Tuesday, September 19, 2023 2:19 PM
**To:** CDCR COR Litigation Coordinator <CDCRCORLitigationCoordinator@cdcr.ca.gov>
**Cc:** McKee-Reimbold, Rebecca <RMcKee@riversideca.gov>; GForce <GForce@riversideca.gov>
**Subject:** RE: Inmate Resan Bingham CDCR AU5738 Deposition

**CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon, Correctional Counselor Williams,
I'm writing to follow up the status of Ms. Cook's clearance forms. Thank you

**From:** Wilkerson, Maggie <MWilkerson@riversideca.gov>
**Sent:** Tuesday, August 29, 2023 10:23 AM
**To:** CDCR COR Litigation Coordinator <CDCRCORLitigationCoordinator@cdcr.ca.gov>
**Cc:** McKee-Reimbold, Rebecca <RMcKee@riversideca.gov>; GForce <GForce@riversideca.gov>
**Subject:** RE: Inmate Resan Bingham CDCR AU5738 Deposition

Good morning Correctional Counselor Williams,

I have a couple of questions as I prepare for the deposition while your office is reviewing our clearance forms.

1. How do you prefer to receive the Deposition notice? Mail, email, fax etc.
    a. If the preference is by mail, which address should we send it to and who's attention should be made out to?
2. What location will the deposition take place at? At Corcoran State Prison or an outside facility?

Thank you



**Maggie Wilkerson**
*Litigation Paralegal*
City of Riverside
3750 University Avenue, Suite 250
Riverside, CA 92501
Main: (951) 826-5567
Direct: (951) 826-5738

gforce@riversideca.gov

*Advancing Riverside's Vision with Integrity and Advocacy*

CONFIDENTIALITY NOTICE: THIS EMAIL MESSAGE, INCLUDING ANY ATTACHMENTS, FROM THE OFFICE OF THE CITY ATTORNEY IS INTENDED FOR THE OFFICIAL AND CONFIDENTIAL USE OF THE RECIPIENTS TO WHOM IT IS ADDRESSED. THIS EMAIL CONTAINS MATERIAL THAT IS CONFIDENTIAL AND/OR PRIVILEGED UNDER THE WORK PRODUCT, ATTORNEY-CLIENT, OR OFFICIAL INFORMATION PRIVILEGES FOR THE SOLE USE OF THE INTENDED RECIPIENT. ANY REVIEW, RELIANCE OR DISTRIBUTION BY OTHERS OR FORWARDING WITHOUT EXPRESS PERMISSION IS STRICTLY PROHIBITED. RECIPIENTS SHOULD NOT FILE COPIES OF THIS EMAIL WITH PUBLICLY ACCESSIBLE WRITTEN OR ELECTRONIC RECORDS. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER AND DELETE ALL COPIES.

**From:** CDCR COR Litigation Coordinator <CDCRCORLitigationCoordinator@cdcr.ca.gov>
**Sent:** Monday, August 28, 2023 9:56 AM
**To:** Wilkerson, Maggie <MWilkerson@riversideca.gov>; CDCR COR Litigation Coordinator <CDCRCORLitigationCoordinator@cdcr.ca.gov>
**Cc:** Cook, Debra <DCook@riversideca.gov>; McKee-Reimbold, Rebecca <RMcKee@riversideca.gov>
**Subject:** [EXTERNAL] RE: Inmate Resan Bingham CDCR AU5738 Deposition

**CAUTION: This email originated from outside the City of Riverside. It was not sent by any City official or staff. Use caution when opening attachments or links.**

Good morning –

Your forms have been received. A conformation will be sent once your forms are approved which could take up to 15 working days.

## P. Williams
Correctional Counselor II
**Office of Litigations**
California Department of Corrections & Rehabilitations
California State Prison- Corcoran
(559) 992-8800 ext. 5664
CDCRCORLitigationCoordinator@cdcr.ca.gov

**From:** Wilkerson, Maggie <MWilkerson@riversideca.gov>
**Sent:** Monday, August 28, 2023 7:25 AM
**To:** CDCR COR Litigation Coordinator <CDCRCORLitigationCoordinator@cdcr.ca.gov>
**Cc:** Cook, Debra <DCook@riversideca.gov>; McKee-Reimbold, Rebecca <RMcKee@riversideca.gov>
**Subject:** RE: Inmate Resan Bingham CDCR AU5738 Deposition

**CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

My apologies. Please see the attached.



**Maggie Wilkerson**
*Litigation Paralegal*
City of Riverside
3750 University Avenue, Suite 250
Riverside, CA 92501
Main: (951) 826-5567
Direct: (951) 826-5738
gforce@riversideca.gov

*Advancing Riverside's Vision with Integrity and Advocacy*

CONFIDENTIALITY NOTICE: THIS EMAIL MESSAGE, INCLUDING ANY ATTACHMENTS, FROM THE OFFICE OF THE CITY ATTORNEY IS INTENDED FOR THE OFFICIAL AND CONFIDENTIAL USE OF THE RECIPIENTS TO WHOM IT IS ADDRESSED. THIS EMAIL CONTAINS MATERIAL THAT IS CONFIDENTIAL AND/OR PRIVILEGED UNDER THE WORK PRODUCT, ATTORNEY-CLIENT, OR OFFICIAL INFORMATION PRIVILEGES FOR THE SOLE USE OF THE INTENDED RECIPIENT. ANY REVIEW, RELIANCE OR DISTRIBUTION BY OTHERS OR FORWARDING WITHOUT EXPRESS PERMISSION IS STRICTLY PROHIBITED. RECIPIENTS SHOULD NOT FILE COPIES OF THIS EMAIL WITH PUBLICLY ACCESSIBLE WRITTEN OR ELECTRONIC RECORDS. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER AND DELETE ALL COPIES.

**From:** CDCR COR Litigation Coordinator <CDCRCORLitigationCoordinator@cdcr.ca.gov>
**Sent:** Friday, August 25, 2023 12:24 PM
**To:** Wilkerson, Maggie <MWilkerson@riversideca.gov>
**Cc:** Cook, Debra <DCook@riversideca.gov>; McKee-Reimbold, Rebecca <RMcKee@riversideca.gov>
**Subject:** [EXTERNAL] Re: Inmate Resan Bingham CDCR AU5738 Deposition

**CAUTION: This email originated from outside the City of Riverside. It was not sent by any City official or staff. Use caution when opening attachments or links.**

good afternoon,

the message received did not contain an attachment. please resend this attachment at the earliest convenience.

Thank you,

RYAN LABER

OFFICE TECHNICIAN (T)

LITIGATION OFFICE

CSP-CORCORAN

(559)992-8800 EXT:5667

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication

---

**From:** Wilkerson, Maggie <MWilkerson@riversideca.gov>
**Sent:** Friday, August 25, 2023 12:18 AM
**To:** CDCR COR Litigation Coordinator <CDCRCORLitigationCoordinator@cdcr.ca.gov>
**Cc:** Cook, Debra <DCook@riversideca.gov>; McKee-Reimbold, Rebecca <RMcKee@riversideca.gov>; Wilkerson, Maggie <MWilkerson@riversideca.gov>
**Subject:** RE: Inmate Resan Bingham CDCR AU5738 Deposition

**CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mr. Laber,
Attached please find the completed clearance form and let me know if you need any additional information. Thank you



**Maggie Wilkerson**
*Litigation Paralegal*
City of Riverside
3750 University Avenue, Suite 250
Riverside, CA 92501
Main: (951) 826-5567
Direct: (951) 826-5738
gforce@riversideca.gov

*Advancing Riverside's Vision with Integrity and Advocacy*

CONFIDENTIALITY NOTICE: THIS EMAIL MESSAGE, INCLUDING ANY ATTACHMENTS, FROM THE OFFICE OF THE CITY ATTORNEY IS INTENDED FOR THE OFFICIAL AND CONFIDENTIAL USE OF THE RECIPIENTS TO WHOM IT IS ADDRESSED. THIS EMAIL CONTAINS MATERIAL THAT IS CONFIDENTIAL AND/OR PRIVILEGED UNDER THE WORK PRODUCT, ATTORNEY-CLIENT, OR OFFICIAL INFORMATION PRIVILEGES FOR THE SOLE USE OF THE INTENDED RECIPIENT. ANY REVIEW, RELIANCE OR DISTRIBUTION BY OTHERS OR FORWARDING WITHOUT EXPRESS PERMISSION IS STRICTLY PROHIBITED. RECIPIENTS SHOULD NOT FILE COPIES OF THIS EMAIL WITH PUBLICLY ACCESSIBLE WRITTEN OR ELECTRONIC RECORDS. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER AND DELETE ALL COPIES.

**From:** CDCR COR Litigation Coordinator <CDCRCORLitigationCoordinator@cdcr.ca.gov>
**Sent:** Tuesday, August 22, 2023 9:49 AM
**To:** Wilkerson, Maggie <MWilkerson@riversideca.gov>
**Subject:** [EXTERNAL] RE: Inmate Resan Bingham CDCR AU5738 Deposition

**CAUTION: This email originated from outside the City of Riverside. It was not sent by**

**any City official or staff. Use caution when opening attachments or links.**

Good morning,

attached is a copy of CDCR-2311 and CDCR-181 to be completed and returned at the earliest convenience by all participants in the deposition, including videographer and court reporter, along with notice of deposition and either a court appointment or a letter on attorney's letterhead noting the inmates name, CDCR number, case name/number and the information required on items 2. And 4. Of the attachment. Please also provide a copy of your ID/Driver's license and credentials.

Thank you,

RYAN LABER
OFFICE TECHNICIAN (T)
LITIGATION OFFICE
CSP-CORCORAN
(559)992-8800 EXT:5667

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication

**From:** Wilkerson, Maggie <MWilkerson@riversideca.gov>
**Sent:** Monday, August 21, 2023 3:33 PM
**To:** CDCR COR Litigation Coordinator <CDCRCORLitigationCoordinator@cdcr.ca.gov>
**Cc:** GForce <GForce@riversideca.gov>
**Subject:** RE: Inmate Resan Bingham CDCR AU5738 Deposition
**Importance:** High

**CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,
I'm writing to follow up my email below. It is really important that we schedule Mr. Bingham's deposition. Can you please advise the steps to begin this process?

**From:** Wilkerson, Maggie
**Sent:** Wednesday, August 16, 2023 3:27 PM
**To:** CDCRCORLitigationCoordinator@cdcr.ca.gov
**Cc:** Wilkerson, Maggie <MWilkerson@riversideca.gov>

**Subject:** FW: Inmate Resan Bingham CDCR AU5738 Deposition

Good afternoon,
Our office would like to take the deposition of inmate Resan Bingham (Au5738) who is currently housed in Corcoran State Prison. Can you kindly provide me with the necessary information to set that up?

Thank you



**Maggie Wilkerson**
*Litigation Paralegal*
City of Riverside
3750 University Avenue, Suite 250
Riverside, CA 92501
Main: (951) 826-5567
Direct: (951) 826-5738
gforce@riversideca.gov

*Advancing Riverside's Vision with Integrity and Advocacy*

CONFIDENTIALITY NOTICE: THIS EMAIL MESSAGE, INCLUDING ANY ATTACHMENTS, FROM THE OFFICE OF THE CITY ATTORNEY IS INTENDED FOR THE OFFICIAL AND CONFIDENTIAL USE OF THE RECIPIENTS TO WHOM IT IS ADDRESSED. THIS EMAIL CONTAINS MATERIAL THAT IS CONFIDENTIAL AND/OR PRIVILEGED UNDER THE WORK PRODUCT, ATTORNEY-CLIENT, OR OFFICIAL INFORMATION PRIVILEGES FOR THE SOLE USE OF THE INTENDED RECIPIENT. ANY REVIEW, RELIANCE OR DISTRIBUTION BY OTHERS OR FORWARDING WITHOUT EXPRESS PERMISSION IS STRICTLY PROHIBITED. RECIPIENTS SHOULD NOT FILE COPIES OF THIS EMAIL WITH PUBLICLY ACCESSIBLE WRITTEN OR ELECTRONIC RECORDS. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER AND DELETE ALL COPIES.

**From:** Leyva, Kendra@CDCR <Kendra.Leyva@cdcr.ca.gov>
**Sent:** Wednesday, August 16, 2023 2:46 PM
**To:** Wilkerson, Maggie <MWilkerson@riversideca.gov>
**Subject:** [EXTERNAL] RE: Inmate Resan Bingham CDCR AU5738 Deposition

**CAUTION: This email originated from outside the City of Riverside. It was not sent by any City official or staff. Use caution when opening attachments or links.**

Hi Maggie,

Unfortunately I can't be of much help since the inmate is at Corcoran. Contact the COR Litigation Coordinator so they can give you more information on scheduling! Their contact email is CDCRCORLitigationCoordinator@cdcr.ca.gov

*Kendra Leyva*
*Correctional Counselor II*
*Litigation Coordinator*
*California Institution for Men*

*(909) 606-7067*



**Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail and for OFFICIAL BUSINESS ONLY. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.**

**From:** Wilkerson, Maggie <MWilkerson@riversideca.gov>
**Sent:** Wednesday, August 16, 2023 11:47 AM
**To:** Leyva, Kendra@CDCR <Kendra.Leyva@cdcr.ca.gov>
**Subject:** Inmate Resan Bingham CDCR AU5738 Deposition

**CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Kendra,
I hope all is well with you.
I was wondering if you would be able to help me with starting the process to schedule a deposition for an inmate by the name of Resan Bingham (Au5738) who is currently housed in Corcoran State Prison.



**Maggie Wilkerson**
*Litigation Paralegal*
City of Riverside
3750 University Avenue, Suite 250
Riverside, CA 92501
Main: (951) 826-5567
Direct: (951) 826-5738
gforce@riversideca.gov

*Advancing Riverside's Vision with Integrity and Advocacy*

**CONFIDENTIALITY NOTICE:** THIS EMAIL MESSAGE, INCLUDING ANY ATTACHMENTS, FROM THE OFFICE OF THE CITY ATTORNEY IS INTENDED FOR THE OFFICIAL AND CONFIDENTIAL USE OF THE RECIPIENTS TO WHOM IT IS ADDRESSED. THIS EMAIL CONTAINS MATERIAL THAT IS CONFIDENTIAL AND/OR PRIVILEGED UNDER THE WORK PRODUCT, ATTORNEY-CLIENT, OR OFFICIAL INFORMATION PRIVILEGES FOR THE SOLE USE OF THE INTENDED RECIPIENT. ANY REVIEW, RELIANCE OR DISTRIBUTION BY OTHERS OR FORWARDING WITHOUT EXPRESS PERMISSION IS STRICTLY PROHIBITED. RECIPIENTS SHOULD NOT FILE COPIES OF THIS EMAIL WITH PUBLICLY ACCESSIBLE WRITTEN OR ELECTRONIC RECORDS. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER AND DELETE ALL COPIES.

Stay in-the-know with all things Riverside! Connect with us at
RiversideCA.gov/Connect.