# Exhibit "G"

# Cook, Debra

| | |
|---|---|
| **From:** | Wilkerson, Maggie |
| **Sent:** | Wednesday, November 15, 2023 3:53 PM |
| **To:** | Hang Le; Cook, Debra; Beauregard, Vee; Dalekgalipo@yahoo.com; Benjamin Levine; Karen Slyapich |
| **Cc:** | GForce; McKee-Reimbold, Rebecca |
| **Subject:** | [EXTERNAL] RE: DEZSANEE JONES v. CITY OF RIVERSIDE - Depo Notice for Dezsanee Jones & RFA#1 |
| **Attachments:** | 11.14.2023 - Stipulation for Physical Examination of Plaintiff PO.docx; 11.14.2023 - Stipulation for Physical Examination of Plaintiff.docx |

Good afternoon Ms. Le,

Attached please find the Stipulation and Order with minor edits redlined in the documents.

Please let me know if you are agreeable to those changes. Thank you.

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Tuesday, November 14, 2023 11:52 AM
**To:** Cook, Debra <DCook@riversideca.gov>; Beauregard, Vee <VBeauregard@riversideca.gov>; Dalekgalipo@yahoo.com; Benjamin Levine <blevine@galipolaw.com>; Karen Slyapich <kslyapich@galipolaw.com>
**Cc:** GForce <GForce@riversideca.gov>
**Subject:** [EXTERNAL] RE: DEZSANEE JONES v. CITY OF RIVERSIDE - Depo Notice for Dezsanee Jones & RFA#1

**CAUTION: This email originated from outside the City of Riverside. It was not sent by any City official or staff. Use caution when opening attachments or links.**

Ms. Cook,

Plaintiff is willing to submit to a physical examination by Dr. Scott Foreman, on November 30, 2023, of her injuries sustained as a result of the September 20, 2021 officer-involved shooting subject to the parties entering into and submitting the attached stipulation and proposed order with the Court pursuant to Rule 35.

I am also confirming Plaintiff's deposition for December 1, 2023.

We are unable to stipulate to a 30-day continuance of all dates prior to the pretrial conference. We do not believe there is good cause to continue all dates in order to take Mr. Bingham's deposition. We intend to oppose any ex parte application seeking such relief.

Best regards,
Hang Le

Hang D. Le, Esq. | Law Offices of Dale K. Galipo | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118| Email: hlee@galipolaw.com

1

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Cook, Debra <DCook@riversideca.gov>
**Sent:** Monday, November 13, 2023 5:43 PM
**To:** Hang Le <hlee@galipolaw.com>; Beauregard, Vee <VBeauregard@riversideca.gov>; Dalekgalipo@yahoo.com; Benjamin Levine <blevine@galipolaw.com>; Karen Slyapich <kslyapich@galipolaw.com>
**Cc:** GForce <GForce@riversideca.gov>
**Subject:** RE: DEZSANEE JONES v. CITY OF RIVERSIDE - Depo Notice for Dezsanee Jones & RFA#1

Ms. Le,

I now know that my trial will begin on Friday and it is expected to take two weeks (not including the week of Thanksgiving). This will create some challenges for the Bingham deposition in Northern California and Plaintiff's deposition. The Court is dark on Fridays and we would like to do the IME on 11/30 and Plaintiff's deposition 12/1. I would expect Plaintiff's deposition to begin at 10a and go for the full 7 hours.

Please let me know by tomorrow if you will stipulate to a 30-day continuance of all dates prior to the pretrial conference. If not, I will need to go in ex parte and seek relief. Thanks, Debra



**Debra K. Cook**
*Senior Deputy City Attorney*
CITY ATTORNEY'S OFFICE
Litigation Division
3750 University Avenue, Suite 250
Riverside, CA 92501
Telephone: 951.826.5567
gforce@riversideca.gov

*Advancing Riverside's Vision with Integrity and Advocacy*

**CONFIDENTIALITY NOTICE:** THIS EMAIL MESSAGE, INCLUDING ANY ATTACHMENTS, FROM THE OFFICE OF THE CITY ATTORNEY IS INTENDED FOR THE OFFICIAL AND CONFIDENTIAL USE OF THE RECIPIENTS TO WHOM IT IS ADDRESSED. THIS EMAIL CONTAINS MATERIAL THAT IS CONFIDENTIAL AND/OR PRIVILEGED UNDER THE WORK PRODUCT, ATTORNEY-CLIENT, OR OFFICIAL INFORMATION PRIVILEGES FOR THE SOLE USE OF THE INTENDED RECIPIENT. ANY REVIEW, RELIANCE OR DISTRIBUTION BY OTHERS OR FORWARDING WITHOUT EXPRESS PERMISSION IS STRICTLY PROHIBITED. RECIPIENTS SHOULD NOT FILE COPIES OF THIS EMAIL WITH PUBLICLY ACCESSIBLE WRITTEN OR ELECTRONIC RECORDS. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER AND DELETE ALL COPIES.

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Monday, November 13, 2023 4:12 PM
**To:** Cook, Debra <DCook@riversideca.gov>; Beauregard, Vee <VBeauregard@riversideca.gov>; Dalekgalipo@yahoo.com; Benjamin Levine <blevine@galipolaw.com>; Karen Slyapich <kslyapich@galipolaw.com>
**Cc:** GForce <GForce@riversideca.gov>
**Subject:** [EXTERNAL] RE: DEZSANEE JONES v. CITY OF RIVERSIDE - Depo Notice for Dezsanee Jones & RFA#1