1  PHAEDRA A. NORTON (SBN 200271)
   *City Attorney*
2  REBECCA MCKEE-REIMBOLD (SBN 279485)
   *Assistant City Attorney,*
3  DEBRA K. COOK (SBN 250114)
   *Senior Deputy City Attorney*
4  JUDITH N. GALLARDO (SBN 297688)
   *Deputy City Attorney*
5  CECILIA ROJAS (SBN 340468)
   *Deputy City Attorney*
6  **OFFICE OF THE CITY ATTORNEY**
7  3750 University Avenue, Suite 250
   Riverside, California 92501
8  Telephone (951) 826-5567

9  Attorneys for Defendants,
   CITY OF RIVERSIDE, a California charter city and municipal corporation,
10 TAYLOR LAPOINT and MIKE SMITH

11

12            **UNITED STATES DISTRICT COURT**

13            **CENTRAL DISTRICT OF CALIFORNIA**

14

| DEZSANEE JONES, | CASE NO.: 5:22-cv-1764-SSS-SP |
|---|---|
| Plaintiff, | *[Hon. Sunshine S. Sykes, Courtroom: 2]* |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER** |
| CITY OF RIVERSIDE; TAYLOR LAPOINT; MIKE SMITH; and DOES 3-10, inclusive, | |
| Defendants. | |

22 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

23     **PLEASE TAKE NOTICE** that, on December 22, 2023 Defendants City of

24 Riverside and Taylor Lapoint (collectively "Defendants") moved the Court for a

25 modification of the Case Management Scheduling Order.

26

27                             CASE NO. 5:22-cv-1764 SSS-SP
                                        [PROPOSED]
28                             ORDER GRANTING DEFENDANTS'
             -1-               MOTION TO MODIFY SCHEDULING
                                          ORDER

Case 5:22-cv-01764-SSS-SP   Document 45-9   Filed 11/20/23   Page 2 of 2   Page ID #:420

Upon consideration of the briefing of the parties IT IS HEREBY ORDERED AS FOLLOWS:

1. Defendants have demonstrated "good cause" for their request to modify the Case Management Scheduling Order; and

2. The Case Management Scheduling Order is modified as follows:

| **Deadline (Cut Off)** | **Current** | **Modified** |
| --- | --- | --- |
| Fact Discovery | December 1, 2023 | January 5, 2024 |
| Expert Disclosure (Initial) | December 13, 2023 | January 26, 2024 |
| Expert Disclosure (Rebuttal) | January 12, 2024 | February 23, 2024 |
| Expert Discovery | January 26, 2024 | March 8, 2024 |
| Last Day to Hear Motions | February 23, 2024 | March 29, 2024 |

**IT IS SO ORDERED,**

DATED: December ___, 2023

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT COURT JUDGE

CASE NO. 5:22-cv-1764 SSS-SP
[PROPOSED]
ORDER GRANTING DEFENDANTS'
MOTION TO MODIFY SCHEDULING
ORDER