# Exhibit 1

# Hang Le

| | |
|---|---|
| **From:** | Benjamin Levine |
| **Sent:** | Friday, December 2, 2022 4:22 PM |
| **To:** | Cook, Debra |
| **Cc:** | Karen Slyapich; Hang Le; Dale K. Galipo; Beauregard, Vee; Rojas, Cecilia; Gallardo, Judith; Wilkerson, Maggie; Moreno, Anne |
| **Subject:** | RE: [External] RE: DEZSANEE JONES // Settlement Offer |

Likewise, Ms. Cook. Thank you for providing the officers' names and for having the early Rule 26 meeting. As discussed during our call, we will review the Complaint and amend soon to name the officers. If we decide to make other amendments, I will let you know. I will also look out for a proposed protective order from you and the other materials we discussed. Looking forward to working with you as well.

Best,
Ben

**From:** Cook, Debra <DCook@riversideca.gov>
**Sent:** Friday, December 2, 2022 3:34 PM
**To:** Benjamin Levine <blevine@galipolaw.com>
**Cc:** Karen Slyapich <kslyapich@galipolaw.com>; Hang Le <hlee@galipolaw.com>; Dale K. Galipo <dalekgalipo@yahoo.com>; Beauregard, Vee <VBeauregard@riversideca.gov>; Rojas, Cecilia <CRojas@riversideca.gov>; Gallardo, Judith <JGallardo@riversideca.gov>; Wilkerson, Maggie <MWilkerson@riversideca.gov>; Moreno, Anne <AMoreno@riversideca.gov>
**Subject:** RE: [External] RE: DEZSANEE JONES // Settlement Offer

It was nice chatting with your today, Mr. Levine. The officers that were involved in the law encounter with your client are Taylor LaPoint and Mike Smith. I look forward to working with you on this matter, Debra

**From:** Benjamin Levine <blevine@galipolaw.com>
**Sent:** Friday, December 2, 2022 1:18 PM
**To:** Cook, Debra <DCook@riversideca.gov>
**Cc:** Karen Slyapich <kslyapich@galipolaw.com>; Hang Le <hlee@galipolaw.com>; Dale K. Galipo <dalekgalipo@yahoo.com>; Beauregard, Vee <VBeauregard@riversideca.gov>; Rojas, Cecilia <CRojas@riversideca.gov>; Gallardo, Judith <JGallardo@riversideca.gov>; Wilkerson, Maggie <MWilkerson@riversideca.gov>; Moreno, Anne <AMoreno@riversideca.gov>
**Subject:** RE: [External] RE: DEZSANEE JONES // Settlement Offer

Yes, 2:30 p.m. is fine. Talk to you then.

Ben

**From:** Cook, Debra <DCook@riversideca.gov>
**Sent:** Friday, December 2, 2022 1:16 PM
**To:** Benjamin Levine <blevine@galipolaw.com>
**Cc:** Karen Slyapich <kslyapich@galipolaw.com>; Hang Le <hlee@galipolaw.com>; Dale K. Galipo <dalekgalipo@yahoo.com>; Beauregard, Vee <VBeauregard@riversideca.gov>; Rojas, Cecilia <CRojas@riversideca.gov>; Gallardo, Judith <JGallardo@riversideca.gov>; Wilkerson, Maggie <MWilkerson@riversideca.gov>; Moreno, Anne

<AMoreno@riversideca.gov>
**Subject:** Re: [External] RE: DEZSANEE JONES // Settlement Offer

Mr. Levine,
I'm running a bit late.  Can we push our meeting to 2:30p?  That should give me plenty of time.  Debra

---

**From:** Cook, Debra
**Sent:** Thursday, December 1, 2022 5:42 PM
**To:** Benjamin Levine <blevine@galipolaw.com>
**Cc:** Karen Slyapich <kslyapich@galipolaw.com>; Hang Le <hlee@galipolaw.com>; Dale K. Galipo <dalekgalipo@yahoo.com>; Beauregard, Vee <VBeauregard@riversideca.gov>; Rojas, Cecilia <CRojas@riversideca.gov>; Gallardo, Judith <JGallardo@riversideca.gov>; Wilkerson, Maggie <MWilkerson@riversideca.gov>; Moreno, Anne <AMoreno@riversideca.gov>
**Subject:** RE: [External] RE: DEZSANEE JONES // Settlement Offer

Thanks.  Debra

---

**From:** Benjamin Levine <blevine@galipolaw.com>
**Sent:** Thursday, December 1, 2022 1:55 PM
**To:** Cook, Debra <DCook@riversideca.gov>
**Cc:** Karen Slyapich <kslyapich@galipolaw.com>; Hang Le <hlee@galipolaw.com>; Dale K. Galipo <dalekgalipo@yahoo.com>; Beauregard, Vee <VBeauregard@riversideca.gov>; Rojas, Cecilia <CRojas@riversideca.gov>; Gallardo, Judith <JGallardo@riversideca.gov>; Wilkerson, Maggie <MWilkerson@riversideca.gov>; Moreno, Anne <AMoreno@riversideca.gov>
**Subject:** RE: [External] RE: DEZSANEE JONES // Settlement Offer

Hi Ms. Cook,

My condolences to the family of the officer. I would be glad to reschedule, and 2pm tomorrow sounds good – no need to apologize. Looking forward to speaking then.

Best,
Ben

---

**From:** Cook, Debra <DCook@riversideca.gov>
**Sent:** Thursday, December 1, 2022 1:49 PM
**To:** Benjamin Levine <blevine@galipolaw.com>
**Cc:** Karen Slyapich <kslyapich@galipolaw.com>; Hang Le <hlee@galipolaw.com>; Dale K. Galipo <dalekgalipo@yahoo.com>; Beauregard, Vee <VBeauregard@riversideca.gov>; Rojas, Cecilia <CRojas@riversideca.gov>; Gallardo, Judith <JGallardo@riversideca.gov>; Wilkerson, Maggie <MWilkerson@riversideca.gov>; Moreno, Anne <AMoreno@riversideca.gov>
**Subject:** RE: [External] RE: DEZSANEE JONES // Settlement Offer

Hi Mr. Levine,
I have to meet with a family member of a fallen officer.  This meeting was unexpected.  It is this afternoon.

I've changed my schedule to open up tomorrow afternoon for this meeting.  Can we do 2p tomorrow?  I'm sorry for the reschedule.

Debra

**From:** Benjamin Levine <blevine@galipolaw.com>
**Sent:** Wednesday, November 30, 2022 9:42 AM
**To:** Cook, Debra <DCook@riversideca.gov>
**Cc:** Karen Slyapich <kslyapich@galipolaw.com>; Hang Le <hlee@galipolaw.com>; Dale K. Galipo <dalekgalipo@yahoo.com>; Beauregard, Vee <VBeauregard@riversideca.gov>; Rojas, Cecilia <CRojas@riversideca.gov>; Gallardo, Judith <JGallardo@riversideca.gov>; Wilkerson, Maggie <MWilkerson@riversideca.gov>
**Subject:** RE: [External] RE: DEZSANEE JONES // Settlement Offer

Good morning Ms. Cook,

Please see attached for a draft Rule 26(f) report. Because no order setting a scheduling conference has been issued yet, the dates are intended to be tentative, but I hope it will help streamline our meeting. I have also attached a copy of Judge Sykes' "Schedule of Pretrial and Trial Dates Worksheet," which she includes in her orders setting scheduling conferences, and which should help explain some of our suggested timing.

Looking forward to speaking tomorrow.

Best,
Ben

**From:** Cook, Debra <DCook@riversideca.gov>
**Sent:** Tuesday, November 29, 2022 11:56 AM
**To:** Benjamin Levine <blevine@galipolaw.com>
**Cc:** Karen Slyapich <kslyapich@galipolaw.com>; Hang Le <hlee@galipolaw.com>; Dale K. Galipo <dalekgalipo@yahoo.com>; Beauregard, Vee <VBeauregard@riversideca.gov>; Rojas, Cecilia <CRojas@riversideca.gov>; Gallardo, Judith <JGallardo@riversideca.gov>; Wilkerson, Maggie <MWilkerson@riversideca.gov>
**Subject:** RE: [External] RE: DEZSANEE JONES // Settlement Offer

Will do.  Debra

**From:** Benjamin Levine <blevine@galipolaw.com>
**Sent:** Tuesday, November 29, 2022 11:20 AM
**To:** Cook, Debra <DCook@riversideca.gov>
**Cc:** Karen Slyapich <kslyapich@galipolaw.com>; Hang Le <hlee@galipolaw.com>; Dale K. Galipo <dalekgalipo@yahoo.com>; Beauregard, Vee <VBeauregard@riversideca.gov>; Rojas, Cecilia <CRojas@riversideca.gov>; Gallardo, Judith <JGallardo@riversideca.gov>; Wilkerson, Maggie <MWilkerson@riversideca.gov>
**Subject:** RE: [External] RE: DEZSANEE JONES // Settlement Offer

Great, 3:00 p.m. Thursday it is. Let's plan to meet by telephone. Unless you prefer I call you, please call our office line (818.347.3333) and ask for me, and one of our firm's legal assistants will connect us. I will plan to send you a draft Rule 26(f) report this afternoon or tomorrow morning.

Best,
Ben

**From:** Cook, Debra <DCook@riversideca.gov>
**Sent:** Tuesday, November 29, 2022 10:05 AM
**To:** Benjamin Levine <blevine@galipolaw.com>
**Cc:** Karen Slyapich <kslyapich@galipolaw.com>; Hang Le <hlee@galipolaw.com>; Dale K. Galipo <dalekgalipo@yahoo.com>; Beauregard, Vee <VBeauregard@riversideca.gov>
**Subject:** Re: [External] RE: DEZSANEE JONES // Settlement Offer

Not ideal, but since you are accommodating my scheduling problems with Friday, I will make adjustments in my Thursday schedule.  How about 3:00p Thursday?  Medium? Telephone? Teams? Conference Call?  You decide.

Please make sure to copy all the personnel on our team on every email:

Cecilia Rojas
Judith Gallardo
Maggie Wilkerson
Vee Beauregard

As a courtesy, I've copied them on this email.  Thanks, Debra

Vee:  please calendar this meeting.

---

**From:** Benjamin Levine <blevine@galipolaw.com>
**Sent:** Tuesday, November 29, 2022 9:47 AM
**To:** Cook, Debra <DCook@riversideca.gov>
**Cc:** Karen Slyapich <kslyapich@galipolaw.com>; Hang Le <hlee@galipolaw.com>; Dale K. Galipo <dalekgalipo@yahoo.com>
**Subject:** RE: [External] RE: DEZSANEE JONES // Settlement Offer

I am available Thursday between 1 and 4 p.m., is there a time in that window that works?

---

**From:** Cook, Debra <DCook@riversideca.gov>
**Sent:** Tuesday, November 29, 2022 9:30 AM
**To:** Benjamin Levine <blevine@galipolaw.com>
**Cc:** Karen Slyapich <kslyapich@galipolaw.com>; Hang Le <hlee@galipolaw.com>; Dale K. Galipo <dalekgalipo@yahoo.com>
**Subject:** Re: [External] RE: DEZSANEE JONES // Settlement Offer

I think the Rule 26 early meeting of counsel may be a bit premature, but I'm glad to try.  Friday will not work for me, how about Thursday?  Debra

---

**From:** Benjamin Levine <blevine@galipolaw.com>
**Sent:** Tuesday, November 29, 2022 9:27 AM
**To:** Cook, Debra <DCook@riversideca.gov>
**Cc:** Karen Slyapich <kslyapich@galipolaw.com>; Hang Le <hlee@galipolaw.com>; Dale K. Galipo <dalekgalipo@yahoo.com>
**Subject:** RE: [External] RE: DEZSANEE JONES // Settlement Offer

Good morning Ms. Cook,

I am an associate at the Law Offices of Dale K. Galipo and will be helping with this case during Hang Le's absence, as referenced in her Nov. 4 email below. Accordingly, please include me on any correspondence regarding this matter moving forward.

I would be glad to meet to discuss the responsive pleading, amendment of the complaint, and your anticipated motion. In the interest of efficiency, I believe we should also use the call as an opportunity to have our Rule 26 early meeting of counsel. Please let me know this Friday, Dec. 2, at 1 p.m. works for you. Thank you.