# Exhibit 3

# Hang Le

| | |
|---|---|
| **From:** | Karen Slyapich |
| **Sent:** | Thursday, December 15, 2022 8:54 AM |
| **To:** | Cook, Debra |
| **Cc:** | Hang Le; Dale K. Galipo; Beauregard, Vee; Rojas, Cecilia; Gallardo, Judith; Wilkerson, Maggie; Moreno, Anne; Benjamin Levine |
| **Subject:** | RE: [External]  RE: DEZSANEE JONES // Settlement Offer |
| **Attachments:** | 2022.12.14 - P's RFP - CITY (Set 1).pdf; 2022.12.14 - P's RFA - CITY (Set 1).pdf |

Good morning,

Attached hereto please find copies of our discovery to the City.  Hard copies will follow via US Mail.

**Thank you,
Karen Slyapich**

**Karen Slyapich, Litigation Assistant** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: kslyapich@galipolaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

If you are a potential client, the information you disclose to us by email will be kept in strict confidence and will be protected to the full extent of the law.  Please be advised, however, that The Law Offices of Dale K. Galipo and its lawyers do not represent you until you have signed a retainer agreement with the firm.  Until that time, you are responsible for any statutes of limitations or other deadlines for your case or potential case