# Exhibit 5

| | |
|---|---|
| From: | Rojas, Cecilia |
| To: | Hang Le; Cook, Debra; Beauregard, Vee; Dalekgalipo@yahoo.com; Benjamin Levine; Karen Slyapich |
| Cc: | GForce |
| Subject: | RE: DEZSANEE JONES v. CITY OF RIVERSIDE - Depo Notice for Dezsanee Jones & RFA#1 |
| Date: | Monday, September 18, 2023 11:28:13 AM |
| Attachments: | image002.png |
| | image004.png |
| | image005.png |

Good morning,

Thank you for the provided availability. Ms. Cook will be unavailable before October 10, 2023 and will provide a date for Plaintiff's deposition upon her return. As for the discovered error in the stipulation, we do not object to the notice of errata.

Thank you,



Cecilia Rojas
Deputy City Attorney
City Attorney's Office
3750 University Avenue, Suite 250
Riverside, CA  92501
(951) 826-5567 Ext. 5735
gforce@riversideca.gov

---

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Monday, September 18, 2023 11:12 AM
**To:** Cook, Debra <DCook@riversideca.gov>; Beauregard, Vee <VBeauregard@riversideca.gov>; Dalekgalipo@yahoo.com; Benjamin Levine <blevine@galipolaw.com>; Karen Slyapich <kslyapich@galipolaw.com>
**Cc:** GForce <GForce@riversideca.gov>
**Subject:** [EXTERNAL] RE: DEZSANEE JONES v. CITY OF RIVERSIDE - Depo Notice for Dezsanee Jones & RFA#1

**CAUTION: This email originated from outside the City of Riverside. It was not sent by any City official or staff. Use caution when opening attachments or links.**

Good morning,

I just spoke with Ms. Jones who indicated that she is willing to appear in person for her deposition in Riverside. We are available on any Monday in October with the exception of October 2.  Additionally, while reviewing the Court's order granting our stipulation to continue the discovery dates, I discovered that a mistake was made regarding the year of two of the dates. The new fact discovery

cut-off should be December 1, *2023 not* December 1, *2024* and the initial expert disclosure should be December 13, *2023* not December 13, *2024*. We intend to file a notice of errata regarding the stipulation and order. Please let me know if you have any objections to this. Thank you.

Best,
Hang Le

**Hang D. Le, Esq.** | **Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118| Email: hlee@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Cook, Debra <DCook@riversideca.gov>
**Sent:** Friday, September 15, 2023 12:05 PM
**To:** Hang Le <hlee@galipolaw.com>; Beauregard, Vee <VBeauregard@riversideca.gov>; Dalekgalipo@yahoo.com; Benjamin Levine <blevine@galipolaw.com>; Karen Slyapich <kslyapich@galipolaw.com>
**Cc:** GForce <GForce@riversideca.gov>
**Subject:** RE: DEZSANEE JONES v. CITY OF RIVERSIDE - Depo Notice for Dezsanee Jones & RFA#1

We will gladly accommodate a Monday deposition. However, we will not accommodate a virtual appearance by the deponent. Please advise where, in Arizona, Ms. Jones resides so we can make the proper arrangements to take her deposition in person.



**Debra K. Cook**
*Senior Deputy City Attorney*
CITY ATTORNEY'S OFFICE
Litigation Division
3750 University Avenue, Suite 250
Riverside, CA 92501
Telephone: 951.826.5567
gforce@riversideca.gov

*Advancing Riverside's Vision with Integrity and Advocacy*

**CONFIDENTIALITY NOTICE:** THIS EMAIL MESSAGE, INCLUDING ANY ATTACHMENTS, FROM THE OFFICE OF THE CITY ATTORNEY IS INTENDED FOR THE OFFICIAL AND CONFIDENTIAL USE OF THE RECIPIENTS TO WHOM IT IS ADDRESSED. THIS EMAIL CONTAINS MATERIAL THAT IS CONFIDENTIAL AND/OR PRIVILEGED UNDER THE WORK PRODUCT, ATTORNEY-CLIENT, OR OFFICIAL INFORMATION

PRIVILEGES FOR THE SOLE USE OF THE INTENDED RECIPIENT. ANY REVIEW, RELIANCE OR DISTRIBUTION BY OTHERS OR FORWARDING WITHOUT EXPRESS PERMISSION IS STRICTLY PROHIBITED. RECIPIENTS SHOULD NOT FILE COPIES OF THIS EMAIL WITH PUBLICLY ACCESSIBLE WRITTEN OR ELECTRONIC RECORDS. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER AND DELETE ALL COPIES.

---

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Friday, September 15, 2023 11:19 AM
**To:** Beauregard, Vee <VBeauregard@riversideca.gov>; Dalekgalipo@yahoo.com; Benjamin Levine <blevine@galipolaw.com>; Karen Slyapich <kslyapich@galipolaw.com>
**Cc:** GForce <GForce@riversideca.gov>; Cook, Debra <DCook@riversideca.gov>
**Subject:** [EXTERNAL] RE: DEZSANEE JONES v. CITY OF RIVERSIDE - Depo Notice for Dezsanee Jones & RFA#1

**CAUTION: This email originated from outside the City of Riverside. It was not sent by any City official or staff. Use caution when opening attachments or links.**

Good morning,

Ms. Jones is not available on September 28 for the deposition. She requests that her deposition be noticed for a Monday in October. Moreover, Ms. Jones currently resides in Arizona and thus requests that her deposition be conducted over Zoom. Thank you.

Best regards,
Hang Le

**Hang D. Le, Esq. | Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118| Email: hlee@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Beauregard, Vee <VBeauregard@riversideca.gov>
**Sent:** Tuesday, August 29, 2023 5:28 PM
**To:** Dalekgalipo@yahoo.com; Hang Le <hlee@galipolaw.com>; Benjamin Levine <blevine@galipolaw.com>; Karen Slyapich <kslyapich@galipolaw.com>
**Cc:** GForce <GForce@riversideca.gov>
**Subject:** DEZSANEE JONES v. CITY OF RIVERSIDE - Depo Notice for Dezsanee Jones & RFA#1

Good afternoon:

Attached please find the following:

- Notice of Taking Deposition of Dezsanee Jones and Request for Production of Documents; and
- Defendant's Requests for Admission to Plaintiff Dezsanee Jones, Set One

Thank you,



**Vee Beauregard**
*Legal Secretary*
City of Riverside
3750 University Avenue, Suite 250
Riverside, CA 92501
Main: 951.826.5567
Direct: 951.826.5729
gforce@riversideca.gov

***A**dvancing **R**iverside's **V**ision with **I**ntegrity and **A**dvocacy*

**CONFIDENTIALITY NOTICE:** THIS EMAIL MESSAGE, INCLUDING ANY ATTACHMENTS, FROM THE OFFICE OF THE CITY ATTORNEY IS INTENDED FOR THE OFFICIAL AND CONFIDENTIAL USE OF THE RECIPIENTS TO WHOM IT IS ADDRESSED. THIS EMAIL CONTAINS MATERIAL THAT IS CONFIDENTIAL AND/OR PRIVILEGED UNDER THE WORK PRODUCT, ATTORNEY-CLIENT, OR OFFICIAL INFORMATION PRIVILEGES FOR THE SOLE USE OF THE INTENDED RECIPIENT. ANY REVIEW, RELIANCE OR DISTRIBUTION BY OTHERS OR FORWARDING WITHOUT EXPRESS PERMISSION IS STRICTLY PROHIBITED. RECIPIENTS SHOULD NOT FILE COPIES OF THIS EMAIL WITH PUBLICLY ACCESSIBLE WRITTEN OR ELECTRONIC RECORDS. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER AND DELETE ALL COPIES.

Stay in-the-know with all things Riverside! Connect with us at RiversideCA.gov/Connect.