# Exhibit 8

| | |
|---|---|
| From: | Cook, Debra |
| To: | Hang Le; Beauregard, Vee; Dalekgalipo@yahoo.com; Benjamin Levine; Karen Slyapich |
| Cc: | GForce |
| Subject: | RE: DEZSANEE JONES v. CITY OF RIVERSIDE - Depo Notice for Dezsanee Jones & RFA#1 |
| Date: | Wednesday, October 11, 2023 11:06:25 PM |
| Attachments: | image002.png |
| | image004.png |
| | image005.png |

Ms. Le,

We are trying to determine whether October 30th is an available date and will get back with you by Monday, so please hold the date for now. Thank you, Debra



**Debra K. Cook**
*Senior Deputy City Attorney*
CITY ATTORNEY'S OFFICE
Litigation Division
3750 University Avenue, Suite 250
Riverside, CA 92501
Telephone: 951.826.5567
gforce@riversideca.gov

*Advancing Riverside's Vision with Integrity and Advocacy*

**CONFIDENTIALITY NOTICE:** THIS EMAIL MESSAGE, INCLUDING ANY ATTACHMENTS, FROM THE OFFICE OF THE CITY ATTORNEY IS INTENDED FOR THE OFFICIAL AND CONFIDENTIAL USE OF THE RECIPIENTS TO WHOM IT IS ADDRESSED. THIS EMAIL CONTAINS MATERIAL THAT IS CONFIDENTIAL AND/OR PRIVILEGED UNDER THE WORK PRODUCT, ATTORNEY-CLIENT, OR OFFICIAL INFORMATION PRIVILEGES FOR THE SOLE USE OF THE INTENDED RECIPIENT. ANY REVIEW, RELIANCE OR DISTRIBUTION BY OTHERS OR FORWARDING WITHOUT EXPRESS PERMISSION IS STRICTLY PROHIBITED. RECIPIENTS SHOULD NOT FILE COPIES OF THIS EMAIL WITH PUBLICLY ACCESSIBLE WRITTEN OR ELECTRONIC RECORDS. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER AND DELETE ALL COPIES.

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Monday, September 18, 2023 11:12 AM
**To:** Cook, Debra <DCook@riversideca.gov>; Beauregard, Vee <VBeauregard@riversideca.gov>; Dalekgalipo@yahoo.com; Benjamin Levine <blevine@galipolaw.com>; Karen Slyapich <kslyapich@galipolaw.com>
**Cc:** GForce <GForce@riversideca.gov>
**Subject:** [EXTERNAL] RE: DEZSANEE JONES v. CITY OF RIVERSIDE - Depo Notice for Dezsanee Jones & RFA#1

**CAUTION: This email originated from outside the City of Riverside. It was not sent by any City official or staff. Use caution when opening attachments or links.**

Good morning,