# Exhibit 2

1  **LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
2  dalekgalipo@yahoo.com
3  Hang D. Le, Esq. (SBN 293450)
hlee@galipolaw.com
4  21800 Burbank Boulevard, Suite 310
5  Woodland Hills, CA  91367
Telephone: (818) 347-3333
6  Fax: (818) 347-4118

7
*Attorneys for Plaintiff* DEZSANEE JONES
8

9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12

13  DEZSANEE JONES,                    Case No. 5:22-cv-1764-SSS-SP

14              Plaintiff,             [*Honorable Sunshine S. Sykes*]
                                       Magistrate Judge Sheri Pym
15  vs.
                                       **PLAINTIFF DEZSANEE JONES'S**
16                                     **NOTICE OF DEPOSITIONS OF**
17  CITY OF RIVERSIDE; TAYLOR          **TAYLOR LAPOINT AND MIKE**
    LAPOINT; MIKE SMITH; and DOES      **SMITH**
18  1-10, inclusive,

19              Defendants.
                                       Date:      January 6, 2023
20                                     Times:     10:00 a.m. & 1:30 p.m.
21                                                respectively
                                       Location:  Deposition to be conducted
22                                                remotely by Zoom or
23                                                similar service

24

25

26

27

28
                                                  Case No. 5:22-cv-1764-SSS-SP
                        **PLAINTIFF'S NOTICE OF DEPOSITION**

1    PLEASE TAKE NOTICE that the depositions of Officers TAYLOR

2  LAPOINT and MIKE SMITH will be taken by Plaintiff, by and through her counsel

3  of record, at the date and times listed below.  Plaintiff's counsel intends to conduct

4  the depositions remotely via an internet-based video conference service such as

5  Zoom. Plaintiff's counsel will reserve the court reporter, and the court reporting

6  agency will arrange the web conference. The court reporting agency will send an

7  email containing the link and call-in information and instructions no later than 48

8  hours prior to the date of the depositions to all email addresses listed on the attached

9  service list.

10

11

12

13

| DEPONENT: | DATE: | TIME: |
|---|---|---|
| TAYLOR LAPOINT | 1/6/2023 | 10:00 a.m. |
| MIKE SMITH | 1/6/2023 | 1:30 p.m. |

14    PLEASE TAKE NOTICE THAT should the deponents be unavailable at the

15  date and times listed above, Plaintiff requests that Defendants' counsel provide at

16  least three alternative dates for the depositions. The depositions will remain on

17  calendar until a mutually convenient date has been confirmed.

18    PLEASE TAKE FURTHER NOTICE that the depositions will take place

19  upon oral examination before a duly authorized notary public or other officer

20  authorized to administer oaths at depositions.

21    PLEASE TAKE FURTHER NOTICE that, pursuant to Fed. R. Civ. P.

22  30(b)(2), the depositions may be videotaped.  Plaintiff also reserves the right to use

23  Livenote or other technology for real-time transcription of the testimony.

24    PLEASE TAKE FURTHER NOTICE that cancellation with less than 24

25  hours advance notice to Plaintiff's counsel may result in a late cancellation by the

26  court reporter, which will be the responsibility of the cancelling party.

27  / / /

28

1    DATED:  December 8, 2022              LAW OFFICES OF DALE K.
                                          GALIPO
2

3                                  By:    s/ Dale K. Galipo

4                                         Dale K. Galipo
                                          Hang D. Le
5                                         *Attorneys for Plaintiff*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLAINTIFF'S NOTICE OF DEPOSITION**

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action.  My business address is 21800 Burbank Boulevard, Suite 310, Woodland Hills, California 91367.

On December 8, 2022, I served the foregoing documents described as: **PLAINTIFF DEZSANEE JONES'S NOTICE OF DEPOSITIONS OF TAYLOR LAPOINT AND MIKE SMITH** on all interested parties, through their respective attorneys of record in this action by placing a true copy thereof enclosed in a sealed envelope addressed as indicated on the attached service list.

METHOD OF SERVICE

☒ (BY MAIL)  I enclosed the documents in a sealed envelope or package and addressed to the parties at the addresses as indicated on the attached service list.

☐ I deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid thereon.

☒ I placed the envelope or package for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of this office for the collection, processing and mailing of documents.  On the same day that documents are placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ (BY ELECTRONIC SERVICE)  I caused the foregoing document(s) to be sent via electronic transmittal to the notification addresses listed below as registered with this court's case management/electronic court filing system.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on  December 8, 2022, at Woodland Hills, California.

Karen Slyapich

-3-     Case No. 5:22-cv-1764-SSS-SP
**PLAINTIFF'S NOTICE OF DEPOSITION**

1

2

<u>SERVICE LIST</u>

3

4  Phaedra A. Norton
   Debra K. Cook
5  Office Of The City Attorney – City of Riverside
   3750 University Avenue, Suite 250
6  Riverside, CA 92501
   Telephone (951) 826-5567
7  Facsimile (951) 826-5540

8  Attorneys for Defendants CITY OF RIVERSIDE, TAYLOR LAPOINT, and MIKE SMITH

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLAINTIFF'S NOTICE OF DEPOSITION**