# Exhibit 10

| | |
|---|---|
| **From:** | Hang Le |
| **To:** | Cook, Debra; Beauregard, Vee; Dalekgalipo@yahoo.com; Benjamin Levine; Karen Slyapich |
| **Cc:** | GForce |
| **Subject:** | RE: DEZSANEE JONES v. CITY OF RIVERSIDE - Depo Notice for Dezsanee Jones & RFA#1 |
| **Date:** | Monday, November 20, 2023 1:53:00 PM |
| **Attachments:** | image008.png |
| | image009.png |
| | image010.png |
| | image011.png |
| | image012.png |
| | image001.png |

Good afternoon Counsel,

We have reviewed Defendants' ex parte application and unfortunately we are unable to stipulate to a continuance of the case management dates. We do not believe discovery was conducted in a timely manner nor is there good cause to continue the dates. We intend to oppose to ex parte application.

Best,
Hang Le


**Hang D. Le, Esq. | Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118| Email: hlee@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


**From:** Cook, Debra <DCook@riversideca.gov>
**Sent:** Monday, November 20, 2023 2:09 AM
**To:** Hang Le <hlee@galipolaw.com>; Beauregard, Vee <VBeauregard@riversideca.gov>; Dalekgalipo@yahoo.com; Benjamin Levine <blevine@galipolaw.com>; Karen Slyapich <kslyapich@galipolaw.com>
**Cc:** GForce <GForce@riversideca.gov>
**Subject:** RE: DEZSANEE JONES v. CITY OF RIVERSIDE - Depo Notice for Dezsanee Jones & RFA#1

Counsel,
Please find attached a draft of Defendants' exparte application to modify the Scheduling Order. We are providing you an advance copy to ask you to reconsider your position on the continuance of certain pretrial dates prior to the deadline to file motions *in limine*. We are finalizing this application and the related motion for alternative OST relief. We will be filing this motion at the end of the day on Monday if you elect to maintain your position or we otherwise do not hear from you. We advised

the Court we were providing you an advance copy and we would like to try one last time for a stipulation to avoid unnecessary law and motion.

On a related issue, we have not received your signed stipulation to the DME set for 11/30. With the holidays this week, we think this needs to be filed as soon as possible so we can obtain the order and confirm the exam. We look forward to your earliest reply. Thanks, Debra



**Debra K. Cook**
*Senior Deputy City Attorney*
CITY ATTORNEY'S OFFICE
Litigation Division
3750 University Avenue, Suite 250
Riverside, CA 92501
Telephone: 951.826.5567
gforce@riversideca.gov

*Advancing Riverside's Vision with Integrity and Advocacy*

**CONFIDENTIALITY NOTICE:** THIS EMAIL MESSAGE, INCLUDING ANY ATTACHMENTS, FROM THE OFFICE OF THE CITY ATTORNEY IS INTENDED FOR THE OFFICIAL AND CONFIDENTIAL USE OF THE RECIPIENTS TO WHOM IT IS ADDRESSED. THIS EMAIL CONTAINS MATERIAL THAT IS CONFIDENTIAL AND/OR PRIVILEGED UNDER THE WORK PRODUCT, ATTORNEY-CLIENT, OR OFFICIAL INFORMATION PRIVILEGES FOR THE SOLE USE OF THE INTENDED RECIPIENT. ANY REVIEW, RELIANCE OR DISTRIBUTION BY OTHERS OR FORWARDING WITHOUT EXPRESS PERMISSION IS STRICTLY PROHIBITED. RECIPIENTS SHOULD NOT FILE COPIES OF THIS EMAIL WITH PUBLICLY ACCESSIBLE WRITTEN OR ELECTRONIC RECORDS. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER AND DELETE ALL COPIES.

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Tuesday, November 14, 2023 12:04 PM
**To:** Cook, Debra <DCook@riversideca.gov>; Beauregard, Vee <VBeauregard@riversideca.gov>; Dalekgalipo@yahoo.com; Benjamin Levine <blevine@galipolaw.com>; Karen Slyapich <kslyapich@galipolaw.com>
**Cc:** GForce <GForce@riversideca.gov>
**Subject:** [EXTERNAL] RE: DEZSANEE JONES v. CITY OF RIVERSIDE - Depo Notice for Dezsanee Jones & RFA#1

**CAUTION: This email originated from outside the City of Riverside. It was not sent by any City official or staff. Use caution when opening attachments or links.**

That is correct.

**From:** Cook, Debra <DCook@riversideca.gov>

**Sent:** Tuesday, November 14, 2023 11:59 AM
**To:** Hang Le <hlee@galipolaw.com>; Beauregard, Vee <VBeauregard@riversideca.gov>; Dalekgalipo@yahoo.com; Benjamin Levine <blevine@galipolaw.com>; Karen Slyapich <kslyapich@galipolaw.com>
**Cc:** GForce <GForce@riversideca.gov>
**Subject:** RE: DEZSANEE JONES v. CITY OF RIVERSIDE - Depo Notice for Dezsanee Jones & RFA#1

Thank you. We will include your response in our ex parte papers. Just so I'm clear, you will not stipulate to any continuances. I want to make every effort to avoid involving the Court, but I want to be very clear and defined. Thanks, Debra



**Debra K. Cook**
*Senior Deputy City Attorney*
CITY ATTORNEY'S OFFICE
Litigation Division
3750 University Avenue, Suite 250
Riverside, CA 92501
Telephone: 951.826.5567
gforce@riversideca.gov

*Advancing Riverside's Vision with Integrity and Advocacy*

**CONFIDENTIALITY NOTICE:** THIS EMAIL MESSAGE, INCLUDING ANY ATTACHMENTS, FROM THE OFFICE OF THE CITY ATTORNEY IS INTENDED FOR THE OFFICIAL AND CONFIDENTIAL USE OF THE RECIPIENTS TO WHOM IT IS ADDRESSED. THIS EMAIL CONTAINS MATERIAL THAT IS CONFIDENTIAL AND/OR PRIVILEGED UNDER THE WORK PRODUCT, ATTORNEY-CLIENT, OR OFFICIAL INFORMATION PRIVILEGES FOR THE SOLE USE OF THE INTENDED RECIPIENT. ANY REVIEW, RELIANCE OR DISTRIBUTION BY OTHERS OR FORWARDING WITHOUT EXPRESS PERMISSION IS STRICTLY PROHIBITED. RECIPIENTS SHOULD NOT FILE COPIES OF THIS EMAIL WITH PUBLICLY ACCESSIBLE WRITTEN OR ELECTRONIC RECORDS. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER AND DELETE ALL COPIES.

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Tuesday, November 14, 2023 11:52 AM
**To:** Cook, Debra <DCook@riversideca.gov>; Beauregard, Vee <VBeauregard@riversideca.gov>; Dalekgalipo@yahoo.com; Benjamin Levine <blevine@galipolaw.com>; Karen Slyapich <kslyapich@galipolaw.com>
**Cc:** GForce <GForce@riversideca.gov>
**Subject:** [EXTERNAL] RE: DEZSANEE JONES v. CITY OF RIVERSIDE - Depo Notice for Dezsanee Jones & RFA#1

**CAUTION: This email originated from outside the City of Riverside. It was not sent by any City official or staff. Use caution when opening attachments or links.**

Ms. Cook,

Plaintiff is willing to submit to a physical examination by Dr. Scott Foreman, on November 30, 2023, of her injuries sustained as a result of the September 20, 2021 officer-involved shooting subject to the parties entering into and submitting the attached stipulation and proposed order with the Court pursuant to Rule 35.

I am also confirming Plaintiff's deposition for December 1, 2023.

We are unable to stipulate to a 30-day continuance of all dates prior to the pretrial conference. We do not believe there is good cause to continue all dates in order to take Mr. Bingham's deposition. We intend to oppose any ex parte application seeking such relief.

Best regards,
Hang Le


**Hang D. Le, Esq.** | **Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118| Email: hlee@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Cook, Debra <DCook@riversideca.gov>
**Sent:** Monday, November 13, 2023 5:43 PM
**To:** Hang Le <hlee@galipolaw.com>; Beauregard, Vee <VBeauregard@riversideca.gov>; Dalekgalipo@yahoo.com; Benjamin Levine <blevine@galipolaw.com>; Karen Slyapich <kslyapich@galipolaw.com>
**Cc:** GForce <GForce@riversideca.gov>
**Subject:** RE: DEZSANEE JONES v. CITY OF RIVERSIDE - Depo Notice for Dezsanee Jones & RFA#1

Ms. Le,
I now know that my trial will begin on Friday and it is expected to take two weeks (not including the week of Thanksgiving). This will create some challenges for the Bingham deposition in Northern California and Plaintiff's deposition. The Court is dark on Fridays and we would like to do the IME on 11/30 and Plaintiff's deposition 12/1. I would expect Plaintiff's deposition to begin at 10a and go for the full 7 hours.

Please let me know by tomorrow if you will stipulate to a 30-day continuance of all dates prior to the pretrial conference. If not, I will need to go in ex parte and seek relief. Thanks, Debra

**Debra K. Cook**



*Senior Deputy City Attorney*
CITY ATTORNEY'S OFFICE
Litigation Division
3750 University Avenue, Suite 250
Riverside, CA 92501
Telephone: 951.826.5567
gforce@riversideca.gov

*Advancing Riverside's Vision with Integrity and Advocacy*

**CONFIDENTIALITY NOTICE:** THIS EMAIL MESSAGE, INCLUDING ANY ATTACHMENTS, FROM THE OFFICE OF THE CITY ATTORNEY IS INTENDED FOR THE OFFICIAL AND CONFIDENTIAL USE OF THE RECIPIENTS TO WHOM IT IS ADDRESSED. THIS EMAIL CONTAINS MATERIAL THAT IS CONFIDENTIAL AND/OR PRIVILEGED UNDER THE WORK PRODUCT, ATTORNEY-CLIENT, OR OFFICIAL INFORMATION PRIVILEGES FOR THE SOLE USE OF THE INTENDED RECIPIENT. ANY REVIEW, RELIANCE OR DISTRIBUTION BY OTHERS OR FORWARDING WITHOUT EXPRESS PERMISSION IS STRICTLY PROHIBITED. RECIPIENTS SHOULD NOT FILE COPIES OF THIS EMAIL WITH PUBLICLY ACCESSIBLE WRITTEN OR ELECTRONIC RECORDS. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER AND DELETE ALL COPIES.

---

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Monday, November 13, 2023 4:12 PM
**To:** Cook, Debra <DCook@riversideca.gov>; Beauregard, Vee <VBeauregard@riversideca.gov>; Dalekgalipo@yahoo.com; Benjamin Levine <blevine@galipolaw.com>; Karen Slyapich <kslyapich@galipolaw.com>
**Cc:** GForce <GForce@riversideca.gov>
**Subject:** [EXTERNAL] RE: DEZSANEE JONES v. CITY OF RIVERSIDE - Depo Notice for Dezsanee Jones & RFA#1

**CAUTION: This email originated from outside the City of Riverside. It was not sent by any City official or staff. Use caution when opening attachments or links.**

Ms. Cook,

I am trying to get into contact with the client to see if those dates work for her and will let you know in the next few days. Can you please give me an estimate as to how long you expect her deposition to last? Thank you.

Best,
Hang Le

**Hang D. Le, Esq. | Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118| Email: hlee@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s)

named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Cook, Debra <DCook@riversideca.gov>
**Sent:** Friday, November 10, 2023 6:13 PM
**To:** Hang Le <hlee@galipolaw.com>; Beauregard, Vee <VBeauregard@riversideca.gov>; Dalekgalipo@yahoo.com; Benjamin Levine <blevine@galipolaw.com>; Karen Slyapich <kslyapich@galipolaw.com>
**Cc:** GForce <GForce@riversideca.gov>
**Subject:** RE: DEZSANEE JONES v. CITY OF RIVERSIDE - Depo Notice for Dezsanee Jones & RFA#1

Ms. Le,
We would like a DME of your client. Our expert physician has an opening on November 30 at 12:30p at the following address:

*California Orthopaedic Specialists*
Scott Forman, M.D.
360 San Miguel Suite 701
Newport Beach, CA 92660

Could we arrange for her deposition on 11/29 (our offices) and her DME on 11/30? We have not heard back from the prison for the deposition of Mr. Bingham. They will not accommodate a virtual deposition. We would still kindly request a 30 day stipulation to continue the pretrial dates prior to the Pretrial Conference. I will be trailing a trial beginning 11/17, if the trial does not begin on 11/17. I should know more about my availability on 11/17. Normally the Court is dark on Fridays, so there is a possibility that I can do the deposition of the Plaintiff on 12/1. I do not think it is likely we will be able to complete Mr. Bingham by the end of the month. I would ask you reconsider your position on the continuance and would be happy to provide you my showing of good cause if that would help, but we will need to seek Court relief next week if we cannot come to an agreement. Thanks, and have a nice weekend. Debra



**Debra K. Cook**
*Senior Deputy City Attorney*
CITY ATTORNEY'S OFFICE
Litigation Division
3750 University Avenue, Suite 250
Riverside, CA 92501
Telephone: 951.826.5567
gforce@riversideca.gov

*Advancing Riverside's Vision with Integrity and Advocacy*

**CONFIDENTIALITY NOTICE:** THIS EMAIL MESSAGE, INCLUDING ANY ATTACHMENTS, FROM THE OFFICE OF THE CITY ATTORNEY IS INTENDED FOR THE OFFICIAL AND CONFIDENTIAL USE OF THE RECIPIENTS TO WHOM IT IS ADDRESSED. THIS EMAIL CONTAINS MATERIAL THAT IS CONFIDENTIAL AND/OR PRIVILEGED UNDER THE WORK PRODUCT, ATTORNEY-CLIENT, OR OFFICIAL INFORMATION PRIVILEGES FOR THE SOLE USE OF THE INTENDED RECIPIENT. ANY REVIEW, RELIANCE OR DISTRIBUTION BY OTHERS OR FORWARDING WITHOUT EXPRESS PERMISSION IS STRICTLY PROHIBITED. RECIPIENTS SHOULD NOT FILE COPIES OF THIS EMAIL WITH PUBLICLY ACCESSIBLE WRITTEN OR ELECTRONIC RECORDS. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER AND DELETE ALL COPIES.

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Thursday, November 9, 2023 1:22 PM
**To:** Cook, Debra <DCook@riversideca.gov>; Beauregard, Vee <VBeauregard@riversideca.gov>; Dalekgalipo@yahoo.com; Benjamin Levine <blevine@galipolaw.com>; Karen Slyapich <kslyapich@galipolaw.com>
**Cc:** GForce <GForce@riversideca.gov>
**Subject:** [EXTERNAL] RE: DEZSANEE JONES v. CITY OF RIVERSIDE - Depo Notice for Dezsanee Jones & RFA#1

**CAUTION: This email originated from outside the City of Riverside. It was not sent by any City official or staff. Use caution when opening attachments or links.**

Yes, I am aware initial expert disclosures are December 13. Thus, the sooner we can get the deposition dates down, the better. Please let me know your availability for the week of November 27 and the week of December 4 and I will do my best to work with my client to accommodate your schedule.

**From:** Cook, Debra <DCook@riversideca.gov>
**Sent:** Thursday, November 9, 2023 1:19 PM
**To:** Hang Le <hlee@galipolaw.com>; Beauregard, Vee <VBeauregard@riversideca.gov>; Dalekgalipo@yahoo.com; Benjamin Levine <blevine@galipolaw.com>; Karen Slyapich <kslyapich@galipolaw.com>
**Cc:** GForce <GForce@riversideca.gov>
**Subject:** RE: DEZSANEE JONES v. CITY OF RIVERSIDE - Depo Notice for Dezsanee Jones & RFA#1

Are you aware of the date of the expert designations?



**Debra K. Cook**
*Senior Deputy City Attorney*
CITY ATTORNEY'S OFFICE
Litigation Division
3750 University Avenue, Suite 250
Riverside, CA 92501
Telephone: 951.826.5567
gforce@riversideca.gov

*Advancing Riverside's Vision with Integrity and Advocacy*

**CONFIDENTIALITY NOTICE:** THIS EMAIL MESSAGE, INCLUDING ANY ATTACHMENTS, FROM THE OFFICE OF THE CITY ATTORNEY IS INTENDED FOR THE OFFICIAL AND CONFIDENTIAL USE OF THE RECIPIENTS TO WHOM IT IS ADDRESSED. THIS EMAIL CONTAINS MATERIAL THAT IS CONFIDENTIAL AND/OR PRIVILEGED UNDER THE WORK PRODUCT, ATTORNEY-CLIENT, OR OFFICIAL INFORMATION PRIVILEGES FOR THE SOLE USE OF THE INTENDED RECIPIENT. ANY REVIEW, RELIANCE OR DISTRIBUTION BY OTHERS OR FORWARDING WITHOUT EXPRESS PERMISSION IS STRICTLY PROHIBITED. RECIPIENTS SHOULD NOT FILE COPIES OF THIS EMAIL WITH PUBLICLY ACCESSIBLE WRITTEN OR ELECTRONIC RECORDS. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER AND DELETE ALL COPIES.

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Thursday, November 9, 2023 1:15 PM
**To:** Cook, Debra <DCook@riversideca.gov>; Beauregard, Vee <VBeauregard@riversideca.gov>; Dalekgalipo@yahoo.com; Benjamin Levine <blevine@galipolaw.com>; Karen Slyapich <kslyapich@galipolaw.com>
**Cc:** GForce <GForce@riversideca.gov>
**Subject:** [EXTERNAL] RE: DEZSANEE JONES v. CITY OF RIVERSIDE - Depo Notice for Dezsanee Jones & RFA#1

**CAUTION: This email originated from outside the City of Riverside. It was not sent by any City official or staff. Use caution when opening attachments or links.**

Ms. Jones,

How long do you expect Ms. Jones's deposition to be? What are the dates of your availability for the week of November 27? We will try to work with you to accommodate your schedule and are willing to stipulate to a one-week extension for the purposes of taking the outstanding depositions of Ms. Jones and Mr. Bingham if need be. As for Ms. Jones's medical records, we have produced all of Ms. Jones's medical records regarding the treatment of her injuries sustained from the incident in our responses to defendants' requests for production. Additionally, I believe defendants have subpoenaed additional medical records from Arrowhead Regional Medical Center and Planned Parenthood, for which the deadline for production is tomorrow. Thus, we do not believe an extension of all case management dates prior to the pretrial conference is warranted at this time.

Best regards,
Hang Le

**From:** Cook, Debra <DCook@riversideca.gov>
**Sent:** Thursday, November 9, 2023 12:56 PM
**To:** Hang Le <hlee@galipolaw.com>; Beauregard, Vee <VBeauregard@riversideca.gov>; Dalekgalipo@yahoo.com; Benjamin Levine <blevine@galipolaw.com>; Karen Slyapich <kslyapich@galipolaw.com>

**Cc:** GForce <GForce@riversideca.gov>
**Subject:** RE: DEZSANEE JONES v. CITY OF RIVERSIDE - Depo Notice for Dezsanee Jones & RFA#1

We are unavailable December 1 and we have not received confirmation of the other dates for Mr. Bingham. It seem we may need to request a trial continuance. Please consider this my effort to meet and confer both on the dispositive motion and the motion to continue trial pursuant to Rule 7. Again, please note that I am scheduled to be in trial and am trying to work through the scheduling issues and only ask for a brief continuance. We do not have your client's medical records and would like to have an IME if she is claiming ongoing medical care needed. We cannot complete the discovery in the time from allowed. We tried to do it, but with my other five week trial, and medical procedure, with this trial ordered unexpectedly, we believe we can establish good cause. We would ask you to reconsider your position.

The basis for the MSJ is that there is no clearly established law that Officer Lapoint was prohibited from using lethal force at the time he used it.

Thanks, Debra



**Debra K. Cook**
*Senior Deputy City Attorney*
CITY ATTORNEY'S OFFICE
Litigation Division
3750 University Avenue, Suite 250
Riverside, CA 92501
Telephone: 951.826.5567
gforce@riversideca.gov

*Advancing Riverside's Vision with Integrity and Advocacy*

**CONFIDENTIALITY NOTICE:** THIS EMAIL MESSAGE, INCLUDING ANY ATTACHMENTS, FROM THE OFFICE OF THE CITY ATTORNEY IS INTENDED FOR THE OFFICIAL AND CONFIDENTIAL USE OF THE RECIPIENTS TO WHOM IT IS ADDRESSED. THIS EMAIL CONTAINS MATERIAL THAT IS CONFIDENTIAL AND/OR PRIVILEGED UNDER THE WORK PRODUCT, ATTORNEY-CLIENT, OR OFFICIAL INFORMATION PRIVILEGES FOR THE SOLE USE OF THE INTENDED RECIPIENT. ANY REVIEW, RELIANCE OR DISTRIBUTION BY OTHERS OR FORWARDING WITHOUT EXPRESS PERMISSION IS STRICTLY PROHIBITED. RECIPIENTS SHOULD NOT FILE COPIES OF THIS EMAIL WITH PUBLICLY ACCESSIBLE WRITTEN OR ELECTRONIC RECORDS. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER AND DELETE ALL COPIES.

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Thursday, November 9, 2023 12:34 PM
**To:** Cook, Debra <DCook@riversideca.gov>; Beauregard, Vee <VBeauregard@riversideca.gov>; Dalekgalipo@yahoo.com; Benjamin Levine <blevine@galipolaw.com>; Karen Slyapich <kslyapich@galipolaw.com>
**Cc:** GForce <GForce@riversideca.gov>
**Subject:** [EXTERNAL] RE: DEZSANEE JONES v. CITY OF RIVERSIDE - Depo Notice for Dezsanee Jones &

RFA#1

> **CAUTION:** This email originated from outside the City of Riverside. It was not sent by any City official or staff. Use caution when opening attachments or links.

Good afternoon Ms. Cook,

I spoke to my client this morning and she is available December 1 to appear for her deposition at your office. As for Mr. Bingham's deposition, I submitted my clearance forms awhile back but have not heard back from the prison coordinator. If there is an option for me to appear virtually, I would prefer that option. My availability for Mr. Bingham's deposition that week is November 28, 29 and 30.

I believe with those depositions secured, there is no need to extend the discovery dates or other case management deadlines. Thus, we are not inclined to agree to an extension of dates at this time. Thank you.

Best regards,
Hang Le


**Hang D. Le, Esq. | Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: hlee@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


**From:** Cook, Debra <DCook@riversideca.gov>
**Sent:** Thursday, November 9, 2023 12:03 PM
**To:** Hang Le <hlee@galipolaw.com>; Beauregard, Vee <VBeauregard@riversideca.gov>; Dalekgalipo@yahoo.com; Benjamin Levine <blevine@galipolaw.com>; Karen Slyapich <kslyapich@galipolaw.com>
**Cc:** GForce <GForce@riversideca.gov>
**Subject:** RE: DEZSANEE JONES v. CITY OF RIVERSIDE - Depo Notice for Dezsanee Jones & RFA#1

Hi Ms. Le,
I'm writing to meet and confer concerning the remaining discovery and our intent to file an MSJ RE QI for Officer Lapoint. As a preliminary matter, I need to let you know that I start trial next Friday, th

November 17 and anticipate that will be a two-week trial. With the inclusion of Thanksgiving during the trial period, I expect the trial will go into mid-December potentially. There is also a risk that the trial could trail. That being said, the current framework for completion of discovery in this matter is a bit cramped and I think we should extend it out to accommodate the discovery needs of the case.

We would like to take the deposition of the Plaintiff and Resan Bingham the week of November 27th if we can make that work. We have been cleared for the prison deposition, but I don't know if someone from your office has been. Of course, if you prefer to take the deposition virtually, I will see if that is an option from the prison. You had indicated that your client is available locally on Mondays in October, but did not know if that applied to November. Could you client appear for deposition on November 27th in our offices? If not, is there another day that week that would work?

We would like to suggest **moving the pretrial dates prior to the Pretrial conference by 30 days** to complete the remaining percipient discovery and give our experts the information they need to timely compile their reports. Would you be agreeable to this?

Thank you, and I look forward to your earliest response. Debra



**Debra K. Cook**
*Senior Deputy City Attorney*
CITY ATTORNEY'S OFFICE
Litigation Division
3750 University Avenue, Suite 250
Riverside, CA 92501
Telephone: 951.826.5567
gforce@riversideca.gov

*Advancing Riverside's Vision with Integrity and Advocacy*

**CONFIDENTIALITY NOTICE:** THIS EMAIL MESSAGE, INCLUDING ANY ATTACHMENTS, FROM THE OFFICE OF THE CITY ATTORNEY IS INTENDED FOR THE OFFICIAL AND CONFIDENTIAL USE OF THE RECIPIENTS TO WHOM IT IS ADDRESSED. THIS EMAIL CONTAINS MATERIAL THAT IS CONFIDENTIAL AND/OR PRIVILEGED UNDER THE WORK PRODUCT, ATTORNEY-CLIENT, OR OFFICIAL INFORMATION PRIVILEGES FOR THE SOLE USE OF THE INTENDED RECIPIENT. ANY REVIEW, RELIANCE OR DISTRIBUTION BY OTHERS OR FORWARDING WITHOUT EXPRESS PERMISSION IS STRICTLY PROHIBITED. RECIPIENTS SHOULD NOT FILE COPIES OF THIS EMAIL WITH PUBLICLY ACCESSIBLE WRITTEN OR ELECTRONIC RECORDS. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER AND DELETE ALL COPIES.

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Monday, September 18, 2023 11:12 AM
**To:** Cook, Debra <DCook@riversideca.gov>; Beauregard, Vee <VBeauregard@riversideca.gov>; Dalekgalipo@yahoo.com; Benjamin Levine <blevine@galipolaw.com>; Karen Slyapich <kslyapich@galipolaw.com>
**Cc:** GForce <GForce@riversideca.gov>
**Subject:** [EXTERNAL] RE: DEZSANEE JONES v. CITY OF RIVERSIDE - Depo Notice for Dezsanee Jones &