# Exhibit 11

| | |
|---|---|
| **From:** | Wilkerson, Maggie |
| **To:** | Hang Le; Dalekgalipo@yahoo.com; Benjamin Levine; Karen Slyapich |
| **Cc:** | GForce; McKee-Reimbold, Rebecca |
| **Subject:** | DEZSANEE JONES v. CITY OF RIVERSIDE - Depo Notice for Resan Bingham |
| **Date:** | Wednesday, November 15, 2023 5:20:14 PM |
| **Attachments:** | image006.png<br>Depo Ntc_Resan Bingham.pdf |

Good afternoon Ms. Le,

Attached please find the Deposition Notice for Resan Bingham scheduled for December 20, 2023 at Corcoran State Prison. Thank you



**Maggie Wilkerson**
*Litigation Paralegal*
City of Riverside
3750 University Avenue, Suite 250
Riverside, CA 92501
Main: (951) 826-5567
Direct: (951) 826-5738
**gforce@riversideca.gov**

*Advancing Riverside's Vision with Integrity and Advocacy*

**CONFIDENTIALITY NOTICE:** THIS EMAIL MESSAGE, INCLUDING ANY ATTACHMENTS, FROM THE OFFICE OF THE CITY ATTORNEY IS INTENDED FOR THE OFFICIAL AND CONFIDENTIAL USE OF THE RECIPIENTS TO WHOM IT IS ADDRESSED. THIS EMAIL CONTAINS MATERIAL THAT IS CONFIDENTIAL AND/OR PRIVILEGED UNDER THE WORK PRODUCT, ATTORNEY-CLIENT, OR OFFICIAL INFORMATION PRIVILEGES FOR THE SOLE USE OF THE INTENDED RECIPIENT. ANY REVIEW, RELIANCE OR DISTRIBUTION BY OTHERS OR FORWARDING WITHOUT EXPRESS PERMISSION IS STRICTLY PROHIBITED. RECIPIENTS SHOULD NOT FILE COPIES OF THIS EMAIL WITH PUBLICLY ACCESSIBLE WRITTEN OR ELECTRONIC RECORDS. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER AND DELETE ALL COPIES.

Stay in-the-know with all things Riverside! Connect with us at RiversideCA.gov/Connect.