PHAEDRA A. NORTON, City Attorney, SBN 200271
REBECCA L. MCKEE, Assistant City Attorney, SBN 279485
DEBRA K. COOK, Deputy City Attorney, SBN 250114
JUDITH N. GALLARDO, Deputy City Attorney, SBN 297688
CECILIA ROJAS, Deputy City Attorney, SBN 340468
**OFFICE OF THE CITY ATTORNEY – City of Riverside**
3750 University Avenue, Suite 250
Riverside, California 92501
Telephone (951) 826-5567

*Fee Exempt Per Govt. Code § 6103*

Attorneys for Defendants,
CITY OF RIVERSIDE, a California charter city and municipal corporation; TAYLOR LAPOINT, an individual; and MIKE SMITH, an individual

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEZSANEE JONES, individually,<br><br>   Plaintiff,<br><br>v.<br><br>CITY OF RIVERSIDE, TAYLOR LAPOINT, MIKE SMITH; and DOES 3 through 100 inclusive,<br><br>   Defendants. | CASE NO. 5:22-cv-1764-SSS-SP<br>*[Assigned to Hon. Sunshine S. Sykes, Courtroom: 2]*<br><br>**DECLARATION OF DEBRA K. COOK IN SUPPORT OF DEFENDANTS' RULE 56 MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[ F.R.C.P. 56]<br><br>**Date:       January 26, 2024**<br>**Time:       2:00 p.m.**<br>**Courtroom:  2**<br><br>Complaint Filed: 10/07/2022<br>**FAC Filed:      12/8/2022**<br><br>Trial Date:   June 24, 2024 |

I, DEBRA K. COOK am licensed to practice in the State of California and am admitted to practice before the United States District Court, Central District of California. I am presently employed as a Senior Deputy City Attorney for the City of Riverside and am counsel of record for Defendants TAYLOR LAPOINT

and the CITY OF RIVERSIDE in the above-captioned lawsuit. I have personal knowledge of the information contained in this declaration and, if called, have sufficient competency to testify concerning this information.

1. Attached as **Exhibit "1"** to my declaration is a true and correct certified copy of the relevant portions of Plaintiff's Dezsanee Jones ("Plaintiff") December 1, 2023 deposition in this action.

2. Attached as **Exhibit "2"** to my declaration is a true and correct certified copy of the relevant portions of Taylor Lapoint's January 6, 2023 deposition in this action.

3. Attached as **Exhibit "3"** to my declaration is a true and correct certified copy of the relevant portions of Michael Smith's January 6, 2023 deposition in this action.

4. Attached as **Exhibit "4"** to my declaration is a true and correct copy of the relevant portions of Plaintiff's Responses to the City of Riverside's Request for Admissions, Set One.

5. Attached as **Exhibit "5"** to my declaration is a true and correct copy of the relevant portions of Plaintiff's Responses to the City of Riverside's Interrogatories, Set One.

6. Attached as **Exhibit "6"** to my declaration is a true and correct copy of Plaintiff's First September 20, 2021, 911 Call.

7. Attached as **Exhibit "10"** to my declaration is a true and correct copy of Plaintiff's Second September 20, 2021, 911 Call.

I declare the foregoing to be true and correct under penalty of perjury pursuant to the laws of the United States.

Executed this 8th of December 2023, in the City of Riverside, California.

By: */s/ Debra K. Cook*
DEBRA K. COOK,
Declarant