# Exhibit "1"



DEPOSITION OF
**DEZSANEE JONES**

Taken on **December** 1, 2023

DEZSANEE JONES v. CITY OF RIVERSIDE

**Global Access Litigation Services**
**(949) 220-0449**
**production@galscr.com**
**www.galscr.com**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


DEZSANEE JONES,                        ) Case No.
                                       ) 5:22-cv-1764-SSS-SP
                Plaintiff,             )
                                       )
        vs.                            )
                                       )
CITY OF RIVERSIDE; TAYLOR              )
LAPOINT; MIKE SMITH; and DOES          )
3-10, inclusive,                       )
                                       )
                Defendants.            )
_____)




VIDEOTAPED DEPOSITION OF DEZSANEE JONES
Taken on Friday, December 1, 2023, 10:43 a.m.










REPORTED BY:
Grace A. DiBernardo
CSR No. 10322

```
 1              Videotaped deposition of Dezsanee Jones, taken

 2     before Grace A. DiBernardo, Certified Shorthand Reporter

 3     No. 10322, for the State of California, with the principal

 4     office in the County of Orange, commencing at 10:43 a.m.,

 5     Friday, December 1, 2023, at 3750 University Avenue,

 6     Suite 250, Riverside, California.

 7

 8

 9     APPEARANCES OF COUNSEL:

10     FOR THE PLAINTIFF:

11             LAW OFFICES OF DALE K. GALIPO
               21800 Burbank Boulevard
12             Suite 310
               Woodland Hills, California 91367
13             818.347.3333
               BY:  Hang Le, Esq.
14             hle@galipolaw.com

15

16     FOR THE DEFENDANTS, CITY OF RIVERSIDE and TAYLOR LAPOINT:

17             OFFICE OF THE CITY ATTORNEY - RIVERSIDE
               3750 University Avenue
18             Suite 250
               Riverside, California 92501
19             951.826.5567
               BY:  Debra K. Cook, Esq.
20             dcook@riversideca.gov

21

22

23     ALSO PRESENT:  Gordon Miller, videographer
                      Gianna DiBernardo
24

25
```

                                                        Page 2

DEZSANEE JONES                    12/1/2023

```
 1     A    Okay.

 2     Q    Okay.  So I think there's a lot that we can

 3  establish early on that everybody agrees about, and I'm

 4  going to try to do that fairly quickly right now to move

 5  the deposition along.                                      10:51

 6          So would you agree that you called 911 at

 7  approximately 2:17 in the afternoon on September 21st --

 8  I'm sorry -- September 20th, 2021?

 9     A    Yes.

10     Q    And that you were at your residence located at   10:51

11  807 Blaine Street, Apartment 214 in Riverside when you

12  called 911 at 2:17 on September 21st, 2017?

13     MS. LE:  September 20th?  Sorry.  You said 21st.

14     MS. COOK:  Did I do it again?

15     MS. LE:  Yeah.                                          10:51

16     MS. COOK:  I don't know why I want to make it another

17  day.  Let me try it again.

18     Q    Isn't it true that you were at your residence

19  located at 807 Blaine Street, Apartment 214, in Riverside

20  when you called 911 at approximately 2:17 p.m. on          10:52

21  September 20th, 2021?

22     A    Yes.

23     Q    And on September 20th, 2021, you actually called

24  911 twice with the first call being at 2:17 p.m.; true?

25     A    Yes.                                               10:52
```

                                                    Page 10

DEZSANEE JONES                    12/1/2023

1      Q    And when you called 911 that first time, at 2:17

2  on September 20th, 2021, you told the 911 operator that

3  there was a boy in here with a gun in my house; true?

4      A    Yes.

5      Q    And in response to you telling the operator that,      10:52

6  the operator asked you do you know who that person was.

7  Do you remember her asking you that?

8      A    Yes.

9      Q    And do you remember telling her that you didn't

10 know who that was?                                              10:53

11     A    Yes.

12     Q    And then the next thing that happened on the 911

13 call was that you told the -- well, let me strike that.

14         The 911 operator then asked you to describe who

15 that boy -- what that boy looked like, didn't she?             10:53

16     A    Yes.

17     Q    And the 911 operator asked for a description, and

18 then the person that was asking you said, "White?   Black?

19 Hispanic?   Asian?"   Then asked it as a question; correct?

20     A    Yes.                                                   10:54

21     Q    And then you replied, "Black, white shirt, black

22 pants, black socks, black shoes."

23         Do you remember that response?

24     A    Yes.

25     Q    Okay.   And then the 911 operator asked you a         10:54

DEZSANEE JONES                    12/1/2023

1    follow-up question to the effect, "Did you say white

2    male?"

3              Do you remember that?

4        A    Yes.

5        Q    And you said, "White."  Do you remember that?        10:54

6        A    Yes.

7        Q    Okay.  And then you told the operator that the

8    boy in your house had a gun; correct?

9        A    Yes.

10       Q    The 911 operator asked you if you knew what kind    10:55

11   of gun it was.

12             Do you remember that?

13       A    Yes.

14       Q    Isn't it true that you responded that you did not

15   know -- or really you responded you were not sure; true?     10:55

16       A    I'm not too sure on the response to that.

17       Q    Well, I'm going to go through quickly what we can

18   remember, and then we're just going to go ahead and listen

19   to it, and we'll make sure that you can let me know if you

20   can -- if that refreshes your recollection or, sometimes     10:55

21   people are hard to hear and you can better understand what

22   you're saying than somebody else.  So we'll listen to that

23   in a second.

24       A    Okay.

25       Q    You -- isn't it true that you told the 911          10:56

Page 12

1    operator, on that first call still, that the boy in your

2    house had a black backpack?

3        A    Yes.

4        Q    And that the boy in your house -- let me strike

5    that.                                                    10:56

6             You told the 911 operator that the suspect was

7    trying to leave your house?

8        A    Yes.

9        Q    At some point, that first call was disconnected?

10       A    Yes.                                            10:56

11       Q    Did you disconnect that call?

12       A    Yes.

13       Q    Were you told to disconnect that call?

14       A    Yes.

15       Q    Were you threatened in some way if you didn't    10:57

16   disconnect that call?

17       A    Yes.

18       Q    Do you remember getting a call back shortly after

19   that call was disconnected?

20       A    Yes, I do remember the number calling.           10:57

21       Q    And you didn't answer that call; correct?

22       A    Yes.

23       Q    And was that because the person in the -- that

24   instructed you to disconnect was threatening you in a way

25   that you couldn't answer that call?                       10:57

Page 13

1       A    Yes.

2       Q    When you called 911, was it your intention that

3    you wanted emergency assistance from a peace officer?

4       A    Yes.

5       Q    Did you expect that in response to your call that          10:58

6    the police would come to your residence where you were

7    located?

8       A    Yes, I was hoping to.

9       Q    And did they come?

10      A    Yes.                                                         10:58

11      Q    Did they come fairly quickly?

12      A    Fairly quickly?  A reasonable --

13      Q    Let me stop you there, because I forgot to tell

14   you one of the rules of the road.  You are entitled to a

15   question that you understand, and if I use words that are       10:58

16   unclear to you or that you don't understand or that you

17   just want it clarified or a better question asked, at any

18   time you can say, "I don't understand the question" or

19   "I'm not clear by that," and it's my job to ask you a

20   question that you understand.                                    10:59

21           So let me go ahead, because I think what you're

22   struggling with is, what's relatively quickly or what, but

23   you don't have any reason to dispute they were there

24   within three minutes?

25      A    They were not there within three minutes.                10:59

Page 14

DEZSANEE JONES                    12/1/2023

```
 1      A    Don't recall.
 2      Q    Let's -- so there's a period of time -- strike
 3  that, because when you read that, that's going to look
 4  weird, like I can't get a sentence out.  Start all over.
 5           You hang up the phone.  Then there's a period of   11:07
 6  time, maybe as much as ten minutes, before the police
 7  arrive; correct?
 8      A    I'm not sure on the time, but there was a period
 9  of time before the police arrived to the apartment.
10      Q    So generally what did you do in that period of   11:08
11  time?
12      A    Wait.
13      Q    Did you have a conversation with the boy that was
14  in your house?
15      A    No.                                                11:08
16      Q    You just said nothing?
17      A    Yes.
18      Q    Okay.  Did you know who that boy was?
19      A    Yes.
20      Q    Is it Resan -- Resan Bingham?                      11:08
21      A    Resan Bingham.
22      Q    Resan Bingham, and how do you know him?
23      A    We dated.
24      Q    Were you dating at the time?
25      A    Yes.                                               11:08
```

Page 21

DEZSANEE JONES                    12/1/2023

```
 1      Q    Did he make any threats to you?

 2      A    No.

 3      Q    Okay.  Did he tell you to do anything?

 4      A    Not besides, "Don't answer the phone."

 5      Q    Okay.  And then you just stood there looking at    11:10

 6  him until the police arrived?

 7      A    I don't recall what was going on after the phone

 8  got disconnected and before -- and the moment the police

 9  arrived.

10      Q    Okay.  Do you remember when the police arrived?    11:10

11      A    Yes.

12      Q    What do you remember about that?

13      A    Knocks on my door.

14      Q    Okay.  So that's how you knew they arrived, they

15  knocked on your door?                                       11:10

16      A    Yes.

17      Q    Was it a hard knock, like, "It's the police.

18  Open up"?

19      A    Yes.

20      Q    Okay.  Do you remember how long they knocked at    11:10

21  the door?

22      A    No, I don't know any time frames.

23      Q    Okay.  Did you go answer the door?

24      A    No.

25      Q    Why not?                                           11:11
```

                                    Page 23

DESZANEE JONES                          12/1/2023

```
 1      A    Because I was being restricted to do so.
 2      Q    Okay.  How were you being restricted?
 3      A    By being held down.
 4      Q    Who was holding you down?
 5      A    Resan Bingham.                              11:11
 6      Q    So between the time you got the phone
 7   disconnected and the police officer is knocking on your
 8   door, he held you down?
 9      A    Yes.
10      Q    How did he do that?                         11:11
11      A    By holding onto my shirt with his bodyweight.
12      Q    While you were standing up?
13      A    No.  At that moment, I was on the couch.
14      Q    So you went from the area of the table over to
15   the couch?                                          11:11
16      A    Yes.
17      Q    So what I'm going to do is with this blue pen,
18   I'm going to put a number -- I'm going to put a No. 1
19   right in about this area with a circle.  Is that the area
20   where I'm going to put it -- before I mark it.  I've got  11:12
21   more of these, but it gets messy.  If I put a 1 right in
22   this area where I'm indicating, would that be the area
23   that generally you were standing when you were talking on
24   the phone and you saw Mr. Bingham go and dispose of the
25   backpack and come back while you were waiting for the     11:12
```

Page 24

DEZSANEE JONES                    12/1/2023

```
 1      A    Yes.

 2      Q    Do you have any reason to dispute that it was a

 3 full minute that they were knocking with no answer?

 4      A    I'm not sure on any time frames.

 5      Q    Did it seem like a long time they were knocking?        11:17

 6      A    Possibly.

 7      Q    Did you hear them tell you they were going to

 8 kick in the door?

 9      A    I'm not sure.

10      Q    Could you hear them?                                    11:18

11      A    I did hear the knocking.

12      Q    Could you hear them talking?

13      A    No.

14      Q    At some point, did you decide to call 911 again?

15      A    No.                                                    11:18

16      Q    Are you sure?

17      A    Not sure.  During what time frame are you asking

18 me?

19      Q    In between the time they were knocking on the

20 door and you were sitting here on this couch, did you call    11:18

21 911 again?

22      A    No.

23      Q    You're sure?

24      A    Yes, I'm sure.  911 was called again before the

25 knock on the door by the police, yes.                        11:18
```

Page 29

DEZSANEE JONES                    12/1/2023

1      Q       So you called them a second time before they got

2   there?

3      A       Yes.

4      Q       Where were you when you did that?

5      A       On the couch.                                   11:18

6      Q       So you're sitting here with Mr. Bingham on the

7   couch before the police arrive, and you called 911 again?

8      A       Yes.

9      Q       Why?

10     A       To try to diffuse the situation, because I was   11:19

11  scared, and I felt like that was the best thing to do at

12  the moment.

13     Q       You were scared of this man, and you called the

14  police and wanted them to not come anymore?

15     A       Yes.                                             11:19

16     Q       You thought that would be better for you?

17     A       I did.

18     Q       How did the police respond?  How did dispatch

19  respond?

20     A       Not sure.  I don't think she knew what I was     11:19

21  talking about.

22     Q       Okay.  But you know for sure that when you called

23  911 the second time, the phone was in your hand and up to

24  your face?

25     A       Yes.                                             11:20

Page 30

DEZSANEE JONES                        12/1/2023

```
 1   BY MS. COOK:

 2        Q    True?

 3        A    Not true.

 4        Q    What was the trouble you had getting from this

 5   couch to where the X is on Exhibit 2?                    11:29

 6        A    Being restricted and held down from opening the

 7   door.

 8        Q    If you were able to get up and walk over to here

 9   where the X is, how were you being restricted?

10        A    By being held down by my shirt and prevented from   11:29

11   moving.

12        Q    If you were being held down and prevented from

13   moving, how did you get from this couch all of the way

14   across the apartment to this door?

15        A    When the knocks got more aggressive, he ended up   11:30

16   letting me go.

17        Q    He let you go, and you're no longer being

18   restricted; true?

19        A    True.

20        Q    Okay.  So you get up and you walk over here      11:30

21   unrestricted; right?

22        A    Yes, after being -- after -- from being

23   restricted, yeah.

24        Q    But you're no longer restricted?

25        A    No.                                             11:30
```

                                        Page 37

DEZSANEE JONES                    12/1/2023

1   play a little bit of it.  I just want to make sure if it

2   refreshes your recollection, or if there's any trouble

3   understanding what you're saying, you can let me know.

4   Okay?

5       A    Okay.                                            11:45

6       MS. COOK:  Do you know where it's at?

7       MS. DiBERNARDO:  Yes.

8           (Whereupon the tape was played.)

9       MS. COOK:  Would you go back, because I didn't hear

10   the beginning part.  I want to capture what's being said    11:45

11   so it's clear for the record.

12      Q    So what we're going to do, I'm going to have you

13   tell me what you're saying on this 911 call and what you

14   hear the operator saying.

15          (Whereupon the tape was played.)                  11:45

16   BY MS. COOK:

17      Q    Okay.  Did you hear that?

18      A    I heard, "807 West Blaine.  There's a boy in my

19   apartment with a gun in my house."

20      Q    So you identified where you were at to the 911    11:46

21   caller or operator, and then you had already testified

22   that you said there was a boy in your house; right?

23      A    Yes.

24      Q    Okay.  So that's the first part.  Let's listen to

25   the next part.                                            11:46

Page 43

DEZSANEE JONES                    12/1/2023

```
 1              (Whereupon the tape was played.)

 2  BY MS. COOK:

 3      Q    So we talked about that, too.  She said, "Do you

 4  know this individual," and you said, "No"; right?

 5      A    Yes.                                              11:46

 6  MS. COOK:  Hold on.

 7      Q    But that wasn't true, was it?

 8      A    No.

 9      Q    Why did you lie to the 911 operator?

10      A    Terrified, scared, not really knowing what to do.  11:46

11      Q    So you intended to lie?

12      A    No, I didn't intend to lie.  It was just me being

13  scared.

14      Q    Well, what would have happened if you told the

15  truth?                                                     11:47

16      MS. LE:  Objection; calls for speculation.

17      THE WITNESS:  Not sure.

18  BY MS. COOK:

19      Q    Well, you were afraid.  What were you afraid of?

20      A    Him.                                              11:47

21      Q    What would he have done that prompted the fear

22  that if you told the operator the truth, something would

23  happen?

24      A    I'm not sure what he would have done, but I was

25  being terrified -- I was terrified.                        11:47
```

Page 44

DEZSANEE JONES                                12/1/2023

```
 1    BY MS. COOK:

 2         Q     Then what did she ask you?

 3         A     She said, "White male?"

 4         Q     Yeah.  She said, "You said white male"; right?

 5    That's what she said?  Did you hear that correctly?        11:57

 6         A     No.

 7         MS. COOK:  Let's rewind it so she can hear it again.

 8              (Whereupon the tape was played.)

 9         THE WITNESS:  Okay.  She said, "You said white male?"

10    BY MS. COOK:                                               11:58

11         Q     Okay.  So she asked you, "Did you say white

12    male"; right?

13         A     Yeah, I heard that.

14         Q     Let's see what you said.

15              (Whereupon the tape was played.)            11:58

16    BY MS. COOK:

17         Q     And your response to that question was what?

18         A     I said, "White."

19         Q     So she seemed like she didn't -- wasn't clear

20    with what you said the first time so she wanted to clarify  11:58

21    it, and then she asked you, "White male," and you said

22    "white"; correct?

23         A     Correct.

24         Q     That wasn't true, was it?

25         A     No.                                            11:58
```

Page 54

DEZSANEE JONES                    12/1/2023

1      Q    But it seems like there was some confusion on

2  your part.  You didn't intend to tell her that; right?

3      A    Correct.

4      Q    There was just confusion at that point?

5      A    Uh-huh.                                        11:58

6      Q    Because I wouldn't call that a lie.  I would call

7  that a misunderstanding.

8           (Whereupon the tape was played.)

9  BY MS. COOK:

10     Q    What did she ask you next?                     11:59

11     A    "How old does he look?"

12     Q    Does he look?

13     A    Uh-huh.

14     Q    Let's hear what you said.

15          (Whereupon the tape was played.)             11:58

16  BY MS. COOK:

17     Q    Okay.  What did you say?

18     A    "About 29."

19     Q    You knew that because you know him, and he's 29;

20  right?                                                 11:59

21     A    Correct.

22  MS. COOK:  Go ahead.

23          (Whereupon the tape was played.)

24  BY MS. COOK:

25     Q    What did she ask you next?                     11:59

Page 55

DEZSANEE JONES                    12/1/2023

```
 1      A    Tall, short or heavy.

 2      Q    So I think she said, "Is he tall, short, heavy,

 3  thin?"

 4      A    Oh, heavy, thin.

 5      Q    Let's listen to it again because I want to make      11:59

 6  sure that -- you were dealing with this in real-time, and

 7  I'm just listening to an audio recording.

 8           (Whereupon the tape was played.)

 9      THE WITNESS:  Yeah, tall, short, heavy or thin.

10  BY MS. COOK:                                                   11:59

11      Q    Yeah.  Let's see what you said so you can

12  translate.

13           (Whereupon the tape was played.)

14  BY MS. COOK:

15      Q    Then you said?                                        11:59

16      A    "Black, medium."

17      Q    Is that his size?

18      A    Yeah, medium.

19      Q    Okay.  Then what did she ask you?  Let's see what

20  she asks you next.                                             12:00

21           (Whereupon the tape was played.)

22  BY MS. COOK:

23      Q    And what did she ask you next?

24      A    "What kind of shirt is he wearing?"

25      Q    I think she asked what color shirt.  Did you hear     12:00
```

Page 56

1    "What kind"?

2       A    That's what I thought I heard.

3       Q    Okay.  But you responded with the color.  Do you

4    remember?

5       A    Yes.                                              12:00

6       Q    So even if she said "kind" or "color," you

7    understood it to mean color?

8       A    Correct.

9       Q    And he was wearing a white shirt, wasn't he?

10       A    Correct.                                         12:00

11       Q    Okay.  So that's true.  Okay.

12            (Whereupon the tape was played.)

13    BY MS. COOK:

14       Q    Okay.  Then she says, "White T-shirt"; right?

15       A    Yes.                                             12:00

16       Q    And then the next thing she asked was what?

17       A    The color of his shorts.

18       Q    What color pants?

19       A    Yeah.

20       Q    Did she say pants or shorts?  Oh, she said, "What   12:01

21    color pants or shorts"; right?  Let's listen to it again.

22            (Whereupon the tape was played.)

23       MS. COOK:  Go back a little bit further.

24            (Whereupon the tape was played.)

25       THE WITNESS:  Yeah, she said, "What color pants or    12:01

Page 57

1    shorts?"

2    BY MS. COOK:

3        Q      And then you said.

4               (Whereupon the tape was played.)

5        THE WITNESS:  Black.                          12:01

6    BY MS. COOK:

7        Q      Black.  Then she followed up with another

8    question.  Let's listen.

9               (Whereupon the tape was played.)

10   BY MS. COOK:                                      12:01

11       Q      Do you understand her to be asking, do you mean

12   pants or shorts?

13       A      Yes.

14       Q      So she asked you, "Pants or shorts," and let's

15   hear what you said.                               12:01

16               (Whereupon the tape was played.)

17   BY MS. COOK:

18       Q      So you responded, what kind of pants were they?

19       A      Shorts.

20       Q      So that was true; right?               12:02

21       A      Uh-huh.

22       Q      Then she followed up with another question.  Did

23   you hear what that was?

24       A      No.

25               (Whereupon the tape was played.)      11:58

Page 58

DEZSANEE JONES                    12/1/2023

```
 1   BY MS. COOK:
 2       Q    Did you hear that?
 3       A    Yes.
 4       Q    What did she ask you next?
 5       A    She said, "What kind of gun was it?"        12:02
 6       Q    Okay.  Let's hear what you said.
 7            (Whereupon the tape was played.)
 8   BY MS. COOK:
 9       Q    And what was your response?
10       A    I said, "I'm not sure.  I think it was like a    12:02
11   handgun."
12       Q    Okay.  So why did you think that it was a
13   handgun?
14       A    Because -- just a lucky guess.
15       Q    A lucky guess, is that what you said?       12:02
16       A    Huh?
17       Q    Did you say, "It's a lucky guess"?
18       A    Yeah.  I'm not sure.
19       Q    Have you ever seen him with a gun before?
20       A    Yes.                                        12:03
21       Q    So it wasn't -- did he tell you he had a gun in
22   that backpack?
23       A    Yes.
24       Q    Okay.  So it's not exactly a lucky guess; right?
25   You know he had a gun, and then he told you, "I have a   12:03
```

Page 59

DEZSANEE JONES                    12/1/2023

```
 1      Q    And then -- but you seemed to be trying to finish
 2   your thought when she asked you that question.  Would you
 3   agree?
 4      MS. COOK:  Why don't you go back a little bit and see
 5   -- I'm just trying to understand the exchange.              12:05
 6          (Whereupon the tape was played.)
 7   BY MS. COOK:
 8      Q    Did you hear what you said?
 9      A    Yes.
10      Q    What was that?                                      12:06
11      A    "I know he has a black backpack."
12      Q    And then you say something else right at the end
13   of that.
14          (Whereupon the tape was played.)
15   BY MS. COOK:                                                12:06
16      Q    Okay.  Did you hear that?
17      A    Yes.
18      Q    And you said, "Yeah, I did."
19      A    Uh-huh.
20      Q    Is that -- see.                                     12:06
21      A    Yes.
22      Q    I do it all of the time.  So your response to, "I
23   did," is that a response to "Did you see it?"
24      MS. COOK:  Let's go back and play it so she's not
25   listening to it in fragments.                              12:06
```

                                                Page 62

DEZSANEE JONES                    12/1/2023

```
 1        Q    Six?

 2        A    Uh-huh.

 3        Q    So that might have been him milling around there

 4   or maybe they were getting ready to leave, him and your

 5   cousin?                                                      12:18

 6        A    Yeah, they did leave.

 7        Q    Okay.  Now, you've already talked about -- Oh,

 8   let's do the second call.

 9             So now you've disconnected.  You've got your

10   No. 1 on Exhibit 2, and you guys go, at some point, over    12:18

11   to the couch; right?

12        A    Yes.

13        Q    And we're going to listen to the second 911

14   call --

15        A    Okay.                                             12:18

16        Q    -- in just a second.

17             (Whereupon the tape was played.)

18   BY MS. COOK:

19        Q    Okay.  So there's your second call; right?

20        A    Yes.                                              12:19

21        MS. COOK:  Let's go ahead and start from the

22   beginning, and do we have a time stamp on it?  At least

23   not with us, because we have all of the times and

24   everything.  I know it's hard to know, but we got

25   everything in recordings.  We don't have the exact time of  12:19
```

Page 72

```
1    how long all of this happened at our fingertips.  We'll

2    probably get it before the deposition is over.

3              Let's go ahead and listen to it.

4        THE WITNESS:  Okay.

5              (Whereupon the tape was played.)              12:20

6    BY MS. COOK:

7        Q    So you had called, and there must have been some

8    sort of answer, but you're waiting, and there might have

9    been a disconnect, and you said, "Hello"?

10       A    Correct.                                        12:20

11       Q    Then she says, "Police and fire"; right?

12       A    Correct.

13       MS. COOK:  Okay.  Let's go to the next part.

14             (Whereupon the tape was played.)

15   BY MS. COOK:                                             12:20

16       Q    What did you say to her?

17       A    "I made a report, and the person isn't here

18   anymore."

19       Q    Okay.  This is where you're trying to

20   de-escalate?                                             12:20

21       A    Correct.

22       Q    And you're -- what you want to do is basically

23   say, there's no more danger; right?

24       A    Not that there wasn't no more danger, but just to

25   try to de-escalate the situation the best way I knew how.  12:20
```

Page 73

DEZSANEE JONES                        12/1/2023

1      Q      Well, how did making this phone call de-escalate

2   the situation?

3      A      To not upset him, to possibly calm him down from

4   being aggressive.

5      Q      So you call back the police, and you say this        12:21

6   person is not here anymore; right?

7      A      Yes.

8      Q      But he was there?

9      A      Yes.

10     Q      And you didn't want the police to be there or to    12:21

11  come anymore; right?

12     A      Well, I did.  I wanted them to come, but I felt

13  that I could probably make him calm down and be less

14  aggressive if that's what I told to them.

15     Q      But you still wanted help?                           12:21

16     A      Yeah, I always needed help.

17     MS. COOK:  Okay.  Let's go ahead.

18         (Whereupon the tape was played.)

19  BY MS. COOK:

20     Q      So the operator tells you she has no idea what       12:21

21  you're talking about; right?

22     A      Correct.

23     Q      And then she starts by asking you, "What address

24  are you calling from"; right?

25     A      Right.                                               12:21

Page 74

DEZSANEE JONES                    12/1/2023

1       Q     Let's hear what you say.

2             (Whereupon the tape was played.)

3    BY MS. COOK:

4       Q     And what did you respond?

5       A     "807 West Blaine."                          12:22

6       Q     And then what was after that?

7       A     I'm not sure.  It was scuffled.

8       Q     So there was noise between you and Mr. Bingham?

9       A     It was words being said, but they were mumbled

10   and scuffled.                                        12:22

11      Q     You were having a scuffle with Mr. Bingham;

12   right?  He was threatening you or causing you to be

13   afraid?

14      A     Correct.

15      Q     Fair enough?                                12:22

16      A     Yes.

17      MS. COOK:  Let's go back just a little bit, because I

18   think we're going to hear some other things.

19            (Whereupon the tape was played.)

20   BY MS. COOK:                                         12:22

21      Q     Okay.  So you're not talking to the operator, but

22   the operator is picking up this resistance that you're

23   having with Mr. Bingham; right?

24      A     Yes.

25      Q     Okay.                                       12:22

Page 75

DEZSANEE JONES                           12/1/2023

```
 1              (Whereupon the tape was played.)

 2   BY MS. COOK:

 3       Q    What did she do then?  What did the operator ask

 4   you?

 5       A    "Where did the person go."                        12:23

 6       Q    And then did you hear the knocking?

 7       A    I heard something.

 8       MS. COOK:  Yeah.  Let's go back just a little bit,

 9   because it will be clearer when we get to the end of the

10   call.                                                       12:23

11              (Whereupon the tape was played.)

12   BY MS. COOK:

13       Q    Okay.  Did you hear that?

14       A    Yes.

15       Q    What did you say?                                  12:23

16       A    "He shot me."

17       Q    So it picked up the shot on the telephone call?

18       A    Right.

19       Q    It picked up the kicking in the door on the

20   telephone call?                                             12:23

21       A    Okay.

22       Q    Right?

23       A    Had to be.

24       Q    It had to be?

25       A    Yes.                                               12:23
```

Page 76

DEZSANEE JONES                    12/1/2023

```
 1    were shot where your phone was?

 2         A    No.

 3         Q    Let's take a look.  So I want -- we're going to

 4    show you the body-worn camera from -- we're going to look

 5    at it.  It's not very long.  It's going to be up here in a      12:53

 6    minute.  We're going to look at the body-worn camera of

 7    the man who was knocking at the door.

 8         A    Okay.

 9         MS. COOK:  Now -- well, are you ready?

10         MS. DiBERNARDO:  Do you want it played from the             12:54

11    beginning?

12         MS. COOK:  Say it again.

13         MS. DiBERNARDO:  Play it from the beginning?

14         MS. COOK:  Might as well.

15         Q    We're going to play it from the beginning,            12:54

16    because it shows your apartment complex, and I have some

17    questions about that.

18         A    Okay.

19         MS. COOK:  Is that -- that's Taylor?

20         MS. DiBERNARDO:  Uh-huh.                                    12:54

21         MS. COOK:  I don't know why I think that's Evan.

22         MS. DiBERNARDO:  Similar.

23              (Whereupon the video was played.)

24         MS. COOK:  Can you pause it there.

25         Q    I want to explain something about the data that's     12:55
```

Page 88

DEZSANEE JONES                    12/1/2023

1    recorded on this.  We've already established that the call

2    to the 911 operator happened at 2:17 in the afternoon.

3              Do you remember that?

4        A    Yes.

5        Q    Up here in the corner, it tells the time.  Can        12:55

6    you see that right here?  But it's military time.

7        A    Uh-huh.

8        Q    So you have to subtract 12 hours from that so

9    it's the time we understand.  So what this says is that at

10   2:20, this officer appears to be coming into this           12:56

11   apartment complex.

12             Do you see that?

13       A    Yes.

14       Q    Is that your apartment complex?

15       A    Yes.                                                12:56

16       Q    So if the time stamps are right, he would have

17   arrived at the complex three minutes after the call.

18             Do you understand?

19       A    Yes.

20       Q    That's different than what you remember.  You       12:56

21   thought it was more like ten minutes?

22       MS. LE:  Objection; she did not -- did you observe him

23   drive into the complex?

24       THE WITNESS:  No.

25       MS. COOK:  What's your objection?                        12:56

Page 89

DEZSANEE JONES                    12/1/2023

```
 1        A    A backpack.
 2        Q    Is that the backpack that you think that you saw
 3   being thrown out of the balcony?
 4        A    Yes.
 5        Q    Would your apartment be somewhere around here?    12:59
 6        A    Yes.
 7        Q    Where would it be?
 8        A    The apartment above the bottom.
 9        Q    Okay.  So you see the officer seems to be looking
10   inside of the backpack in this bush at about the 14:21:50    01:00
11   mark, and then your apartments would be just above that on
12   the second floor?
13        A    Yes.
14        MS. COOK:  Okay.  So let's keep going.
15           (Whereupon the video was played.)              01:00
16        MS. COOK:  Pause it right there.
17        Q    Did you get the impression from listening to that
18   exchange that one of the officers was concerned about your
19   well-being?
20        A    Yes.                                          01:01
21        Q    Wanted to make sure you were okay?
22        A    Yes.
23        Q    Do you like that officers want to make sure that
24   you're okay?
25        A    Yes.                                          01:01
```

                                        Page 92

DEZSANEE JONES                                12/1/2023

1  the knocking, he was holding me down.  Eventually, he let

2  me go, and I left the phone on the couch and headed

3  towards the door.  Right when I got towards the door, the

4  door was kicked open, and I was shot.

5      Q    Let's go back to the sequence.  They knock on the      01:25

6  door, and you called 911 and tell them that the guy is no

7  longer in your apartment; correct?

8      A    It happened so fast.  The call was made maybe a

9  few seconds before they knocked on the door.

10     Q    That call was made 30 seconds before you were       01:26

11 shot.  Would you agree with that?

12     A    No.

13     Q    Did you see this call?  Do you think this was not

14 30 seconds before the shot?

15     A    Yes, it was 30 seconds before the shot.             01:26

16     Q    And one minute before the shot is when he knocked

17 the first time.  Would you like to look at it again?

18     A    Yes.

19     Q    Great.

20     MS. COOK:  So show her before.                           01:27

21     Q    You can see the time stamp.  Do you see it down

22 here in the corner?

23     A    Yes.

24     Q    It says 2:03.

25     A    Yes.                                                01:27

Page 109

DEZSANEE JONES                    12/1/2023

1        Q     Okay.  Let's go ahead and watch.

2              (Whereupon the video was played.)

3        MS. COOK:  2:10.

4              (Whereupon the video was played.)

5        MS. COOK:  Pause it.                              01:27

6        Q     So we're about 30 seconds now before the shot.

7    That's when you called?

8        A     Yes.

9        Q     He's knocking.  He's saying, "Police department,"

10   and then you, instead of coming to the door or saying,     01:28

11   "Don't kick in the door.  I'm on my way," you made a phone

12   call to 911; correct?

13       A     The phone call was made --

14       Q     Let me let you think about it and keep your eye

15   on that time and see if we can watch 30 seconds go by to    01:29

16   the shooting.

17       MS. COOK:  Go ahead.

18             (Whereupon the video was played.)

19       MS. COOK:  Pause it.

20       Q     Do you see the time stamp?                   01:29

21       A     Yes, I see the time stamp.

22       Q     So this is now probably now --

23       MS. COOK:  What is it, Gianna, how many seconds before

24   the shooting?

25       MS. DiBERNARDO:  About ten.                        01:29

Page 110

DEZSANEE JONES                    12/1/2023

```
 1      Q    When I use his name, that's the officer I'm
 2  talking about.
 3      A    Okay.
 4      Q    So your lawsuit is against Officer Lapoint.  You
 5  understand that?                                      02:37
 6      A    Yes.
 7      Q    Okay.  And one of the things that's in your
 8  lawsuit -- let me ask you:  At any point, did Officer
 9  Lapoint, before you getting shot, ever threaten you?
10      A    No.                                          02:37
11      Q    Did he ever intimidate you in any way?
12      A    I never knew him.
13      Q    Before that -- once you opened the door, the shot
14  happened, but before that --
15      A    I never knew him.                            02:37
16      Q    -- never knew him?  So he didn't try to coerce
17  you in any way.  You don't think he shot you because you
18  were a minority, do you?
19      A    A minority?
20      Q    Because you're black.                        02:38
21      A    I never knew him, yeah.
22      Q    Did he ever give you any indication that he
23  wanted -- came there to shoot you?
24      A    I never knew him.
25      Q    Okay.  But at the incident -- at the time of the 02:38
```

Page 124

DEZSANEE JONES                    12/1/2023

1    shooting, you're not claiming that he intended to come

2    there to shoot you?

3       A    No.

4       Q    Okay.  When I was looking over your earlier

5    testimony to try to make this go faster, because I want to          02:38

6    get you out of here as soon as we can, it looked to me

7    that you had testified that there was a commotion inside

8    of your apartment because of him restraining you.  Is that

9    the case?

10      A    Yes.                                                         02:39

11      Q    And was the commotion kind of a struggle between

12   the two of you because of what he was doing to you?

13      A    Yes.

14      Q    Okay.  Okay.  Can I just -- what I want to do is

15   take about five minutes and look over my notes because I            02:40

16   think I'm getting close to being done.  There's just a

17   couple of things I want to check.  Would that be okay?

18      A    Yes.

19   MS. COOK:  Okay.  Let's go off the record.

20   THE VIDEOGRAPHER:  We're off the record at 2:40 p.m.                 02:40

21        (Recess held.)

22   THE VIDEOGRAPHER:  We are back on the record at 2:44

23   p.m.

24   BY MS. COOK:

25      Q    Okay.  Are you still in contact with Mr. Bingham?           02:44

                                                   Page 125

DEZSANEE JONES                          12/1/2023

```
 1                        CERTIFICATE

 2                            OF

 3               CERTIFIED SHORTHAND REPORTER

 4                      *    *    *    *

 5

 6           The undersigned Certified Shorthand Reporter

 7   of the State of California does hereby certify:

 8           That the foregoing Deposition was taken before

 9   me at the time and place therein set forth, at which time

10   the Witness was duly sworn by me.

11           That the testimony of the Witness and all

12   objections made at the time of the Deposition were

13   recorded stenographically by me and were thereafter

14   transcribed, said transcript being a true and correct copy

15   of the proceedings thereof, and that a review of the

16   original transcript was not requested.

17           That the dismantling of the original transcript

18   will void the reporter's certificate.

19           I further declare that I have no interest in

20   the outcome of the action.

21           In witness whereof, I have subscribed my name,

22   this date:  December 7, 2023  .

23

24

25
               Grace A. DiBernardo, CSR No. 10322

                                        Page 133
```