PHAEDRA A. NORTON, City Attorney, SBN 200271
REBECCA L. MCKEE, Assistant City Attorney, SBN 279485
DEBRA K. COOK, Deputy City Attorney, SBN 250114
JUDITH N. GALLARDO, Deputy City Attorney, SBN 297688
CECILIA ROJAS, Deputy City Attorney, SBN 340468
**OFFICE OF THE CITY ATTORNEY – City of Riverside**
3750 University Avenue, Suite 250
Riverside, California 92501                           *Fee Exempt Per*
Telephone (951) 826-5567                              *Govt. Code §*
*6103*

Attorneys for Defendants,
CITY OF RIVERSIDE, a California charter city and municipal corporation;
TAYLOR LAPOINT, an individual; and MIKE SMITH, an individual

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEZSANEE JONES, individually, | CASE NO.  5:22-cv-1764-SSS-SP |
| Plaintiff, | *[Assigned to Hon. Sunshine S. Sykes, Courtroom: 2]* |
| v. | **DECLARATION OF OFFICER TAYLOR LAPOINT IN SUPPORT OF DEFENDANTS' RULE 56 MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| CITY OF RIVERSIDE, TAYLOR LAPOINT, MIKE SMITH; and DOES 3 through 100 inclusive, | |
| Defendants. | **[ F.R.C.P. 56]** |
| | **Date:          January 26, 2024**<br>**Time:          2:00 p.m.**<br>**Courtroom:   2** |
| | Complaint Filed:  10/07/2022<br>**FAC Filed:      12/8/2022** |
| | Trial Date:     June 24, 2024 |

DECLARATION OF TAYLOR LAPOINT IN
SUPPORT OF RULE 56 MSJ

I, TAYLOR LAPOINT, am over the age of eighteen and make this declaration on personal knowledge in support of Defendants' motions for summary judgment. If called as a witness in this action, I could and would testify competently as follows:

1.     I am a sworn peace officer employed by the City of Riverside in its Police Department ("RPD"), ID number 1797.  My office is located at 8181 Lincoln Avenue, Riverside, California 92504.

2.     I have over eleven (11) years of experience in professional law enforcement.  I became a sworn peace officer in the state of Nevada in June 2012 after attending the academy at the Nevada Department of Corrections. After graduating from the academy, I worked as a correctional officer at the Nevada Department of Corrections from 2012-2013. After working as a correctional officer, I worked at the Esmeralda County Sherriff's Department as a Deputy Sherrif from 2013-2014. After working as a Deputy Sherrif, I was hired by RPD and was sent to the San Bernardino Sherrif's Academy. I became a sworn police officer in the state of California on September 11, 2014. At all relevant times in this dispute, I have worked in RPD's Field Operations Patrol Unit, an assignment I began in 2014.

3.     I have personal knowledge of the officer involved shooting that occurred on September 20, 2021 that is the subject of this action, because I observed it in real time.

4.     I was wearing my body worn camera at the time of the incident.  I reviewed the camera footage, and it accurately represents a depiction of the events that I observed in real time during my September 20, 2021 encounter with Plaintiff, DEZSANEE JONES.  A true and correct copy of my body worn camera footage is attached as **Exhibit "7."**

/ / /

DECLARATION OF TAYLOR LAPOINT IN
                                        SUPPORT OF RULE 56 MSJ

I declare the foregoing to be true and correct under penalty of perjury pursuant to the laws of the United States. Executed this 8th day of December 2023, in the City of Riverside, California.

By: */s/   Taylor Lapoint*
TAYLOR LAPOINT,
Declarant

DECLARATION OF TAYLOR LAPOINT IN
SUPPORT OF RULE 56 MSJ