PHAEDRA A. NORTON, City Attorney, SBN 200271
REBECCA L. MCKEE, Assistant City Attorney, SBN 279485
DEBRA K. COOK, Deputy City Attorney, SBN 250114
JUDITH N. GALLARDO, Deputy City Attorney, SBN 297688
CECILIA ROJAS, Deputy City Attorney, SBN 340468
**OFFICE OF THE CITY ATTORNEY – City of Riverside**
3750 University Avenue, Suite 250
Riverside, California 92501
Telephone (951) 826-5567

*Fee Exempt Per Govt. Code § 6103*

Attorneys for Defendants,
CITY OF RIVERSIDE, a California charter city and municipal corporation; TAYLOR LAPOINT, an individual; and MIKE SMITH, an individual

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEZSANEE JONES, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF RIVERSIDE, TAYLOR LAPOINT, MIKE SMITH; and DOES 3 through 100 inclusive,<br><br>Defendants. | CASE NO. 5:22-cv-1764-SSS-SP<br>*[Assigned to Hon. Sunshine S. Sykes, Courtroom: 2]*<br><br>**DECLARATION OF OFFICER MIKE SMITH IN SUPPORT OF DEFENDANTS' RULE 56 MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**[ F.R.C.P. 56]**<br><br>Date:        January 26, 2024<br>Time:        2:00 p.m.<br>Courtroom:   2<br><br>Complaint Filed:  10/07/2022<br>FAC Filed:        12/8/2022<br><br>Trial Date:   June 24, 2024 |

1. I, MIKE SMITH, am over the age of eighteen and make this declaration on personal knowledge in support of Defendants' motions for summary judgment. If called as a witness in this action, I could and would testify competently as follows:

1. I am a sworn peace officer employed by the City of Riverside in its Police Department ("RPD"), ID number 1873.  I currently serve as a peace officer in RPD's Special Operations Division on the Problem Oriented Policing ("POP") Team. My office is located at 10540 Magnolia Ave Riverside CA 92505.

2. I have over ten (10) years of experience in professional law enforcement. I became a Deputy Probation Officer with Riverside County in July 2013 after attending the Probation Officer Academy. After working as a Probation Officer, I was hired at RPD and attended the Riverside County Sheriff's Academy and graduated in November 2017. After graduating from the academy, I joined the RPD and served as a peace officer in the Patrol division. I worked RPD Patrol from November 2017- July 2021.  I currently work in POP, an assignment I began in July 2021.

3. I have personal knowledge of the officer involved shooting that occurred on September 20, 2021 that is the subject of this action, because I observed it in real time.

4. I was wearing my body worn camera at the time of the incident.  I reviewed the camera footage, and it accurately represents a depiction of the events that I observed in real time during my September 20, 2021 encounter with Plaintiff, DEZSANEE JONES.  A true and correct copy of my body worn camera footage is attached as **Exhibit "8."**

/ / /

I declare the foregoing to be true and correct under penalty of perjury pursuant to the laws of the United States. Executed this 8th day of December 2023, in the City of Riverside, California.

By: /s/ Mike Smith
MIKE SMITH,
Declarant