PHAEDRA A. NORTON, City Attorney, SBN 200271
REBECCA L. MCKEE, Assistant City Attorney, SBN 279485
DEBRA K. COOK, Deputy City Attorney, SBN 250114
JUDITH N. GALLARDO, Deputy City Attorney, SBN 297688
CECILIA ROJAS, Deputy City Attorney, SBN 340468
**OFFICE OF THE CITY ATTORNEY – City of Riverside**
3750 University Avenue, Suite 250
Riverside, California 92501                              *Fee Exempt Per*
Telephone (951) 826-5567                                *Govt. Code §*
*6103*

Attorneys for Defendants,
CITY OF RIVERSIDE, a California charter city and municipal corporation;
TAYLOR LAPOINT, an individual; and MIKE SMITH, an individual

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEZSANEE JONES, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF RIVERSIDE, TAYLOR LAPOINT, MIKE SMITH; and DOES 3 through 100 inclusive,<br><br>Defendants. | CASE NO.  5:22-cv-1764-SSS-SP<br>*[Assigned to Hon. Sunshine S. Sykes, Courtroom: 2]*<br><br>**DECLARATION OF RYAN RAILSBACK IN SUPPORT OF DEFENDANTS' RULE 56 MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**[ F.R.C.P. 56]**<br><br>**Date:          January 26, 2024**<br>**Time:          2:00 p.m.**<br>**Courtroom:   2**<br><br>Complaint Filed:  10/07/2022<br>**FAC Filed:       12/8/2022**<br><br>Trial Date:     June 24, 2024 |

-16-

I, RYAN RAILSBACK, am over the age of eighteen and make this declaration on personal knowledge in support of Defendants' motions for summary judgment. If called as a witness in this action, I could and would testify competently as follows:

1.      I am a sworn peace officer employed by the City of Riverside in its Police Department ("RPD"), ID number 373.  I currently serve as a peace officer in RPD's Community Services Bureau as Public Information Officer.  My office is located at 4102 Orange Street, Riverside, California 92501.  I have over twenty-five (25) years of experience in professional law enforcement.  I became a sworn peace officer in January 1998.  In my role as Public Information Officer, my duties include preparing critical incident information for public release.  My team and I produced and released via RPD social media the critical incident video for the public concerning the September 20, 2021 officer involved shooting of Dezsanee Jones by RPD Officer Taylor Lapoint.

2.      I was provided Officer Lapoint's body worn camera video for purposes of preparing the written critical incident press release and subsequent critical incident video for public release explaining what happened.  I took clips from the full raw videos and evidence photos related to this incident to work with Riverside TV in producing a final version for public release that visually shows what occurred.  All information contained in the critical incident video was obtained from RPD and the original raw videos and evidence photos remain unaltered.

3.      A true and correct copy of the publicly released critical incident video is attached as **<u>Exhibit 9</u>** and a copy is posted on RPD's YouTube page at https://www.youtube.com/watch?v=qcDO9KZh5BM.

I declare the foregoing to be true and correct under penalty of perjury pursuant to the laws of the United States.

DECLARATION OF RYAN RAILSBACK IN
SUPPORT OF RULE 56 MSJ

Executed this 8th day of December 2023, in the City of Riverside, California.

By: _____

RYAN RAILSBACK,
Declarant

DECLARATION OF RYAN RAILSBACK IN
SUPPORT OF RULE 56 MSJ