# Exhibit 2

| | |
|---|---|
| From: | Wilkerson, Maggie |
| To: | Hang Le; Dale K. Galipo; Benjamin Levine; Karen Slyapich |
| Cc: | GForce |
| Subject: | JONES// Resan Bingham (CDCR AU5738) Deposition |
| Date: | Monday, September 18, 2023 10:47:02 AM |
| Attachments: | SECURITY CLEARANCE FORMS.pdf |

Good morning Counsel,

Our office will be noticing the deposition of Resan Bingham before the end of the 2023 calendar year. Attached please find Corcoran State Prison's clearance forms that will need to be filled and submitted by an attorney from your firm to attend the deposition in person.

You can submit your clearance forms to Mr. Laber at CDCRCORLitigationCoordinator@cdcr.ca.gov (see below). Clearance will take approximately 15 business days.

Thank you,
Maggie

---

**From:** CDCR COR Litigation Coordinator <CDCRCORLitigationCoordinator@cdcr.ca.gov>
**Sent:** Tuesday, August 22, 2023 9:49 AM
**To:** Wilkerson, Maggie <MWilkerson@riversideca.gov>
**Subject:** [EXTERNAL] RE: Inmate Resan Bingham CDCR AU5738 Deposition

**CAUTION:** This email originated from outside the City of Riverside. It was not sent by any City official or staff. Use caution when opening attachments or links.

Good morning,
attached is a copy of CDCR-2311 and CDCR-181 to be completed and returned at the earliest convenience by all participants in the deposition, including videographer and court reporter, along with notice of deposition and either a court appointment or a letter on attorney's letterhead noting the inmates name, CDCR number, case name/number and the information required on items 2. And 4. Of the attachment. Please also provide a copy of your ID/Driver's license and credentials.

Thank you,

RYAN LABER
OFFICE TECHNICIAN (T)
LITIGATION OFFICE
CSP-CORCORAN
(559)992-8800 EXT:5667

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication

Stay in-the-know with all things Riverside! Connect with us at RiversideCA.gov/Connect.