# Exhibit 3

| | |
|---|---|
| **From:** | Wilkerson, Maggie |
| **To:** | Hang Le; Dale Galipo; Marcel Sincich; Alejandro Monguia |
| **Cc:** | GForce; McKee-Reimbold, Rebecca |
| **Subject:** | JONES// Depositions of Dezsanee Jones and Resan Bingham |
| **Date:** | Wednesday, November 8, 2023 4:14:52 PM |
| **Attachments:** | image001.png |

Good afternoon Counsel,

We would like to schedule the depositions of your client Dezsanee Jones and Resan Bingham the week of November 27th. Can you please provide us with your availability that week? Thank you



**Maggie Wilkerson**
*Litigation Paralegal*
City of Riverside
3750 University Avenue, Suite 250
Riverside, CA 92501
Main: (951) 826-5567
Direct: (951) 826-5738
gforce@riversideca.gov

*Advancing Riverside's Vision with Integrity and Advocacy*

**CONFIDENTIALITY NOTICE:** THIS EMAIL MESSAGE, INCLUDING ANY ATTACHMENTS, FROM THE OFFICE OF THE CITY ATTORNEY IS INTENDED FOR THE OFFICIAL AND CONFIDENTIAL USE OF THE RECIPIENTS TO WHOM IT IS ADDRESSED. THIS EMAIL CONTAINS MATERIAL THAT IS CONFIDENTIAL AND/OR PRIVILEGED UNDER THE WORK PRODUCT, ATTORNEY-CLIENT, OR OFFICIAL INFORMATION PRIVILEGES FOR THE SOLE USE OF THE INTENDED RECIPIENT. ANY REVIEW, RELIANCE OR DISTRIBUTION BY OTHERS OR FORWARDING WITHOUT EXPRESS PERMISSION IS STRICTLY PROHIBITED. RECIPIENTS SHOULD NOT FILE COPIES OF THIS EMAIL WITH PUBLICLY ACCESSIBLE WRITTEN OR ELECTRONIC RECORDS. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER AND DELETE ALL COPIES.

Stay in-the-know with all things Riverside! Connect with us at RiversideCA.gov/Connect.