# Exhibit 7

# Hang Le

| | |
|---|---|
| **From:** | Cook, Debra <DCook@riversideca.gov> |
| **Sent:** | Friday, December 15, 2023 4:23 PM |
| **To:** | Hang Le; Dalekgalipo@yahoo.com |
| **Cc:** | GForce; McKee-Reimbold, Rebecca; Liu, Jack |
| **Subject:** | RE: JONES // Resan Bingham Deposition |

There is no change in our position. The reply has been filed and served. I look forward to seeing your exigent circumstances and legal authority to keep Mr. Bingham from being deposed.



**Debra K. Cook**
*Senior Deputy City Attorney*
CITY ATTORNEY'S OFFICE
Litigation Division
3750 University Avenue, Suite 250
Riverside, CA 92501
Telephone: 951.826.5567
gforce@riversideca.gov

*Advancing Riverside's Vision with Integrity and Advocacy*

**CONFIDENTIALITY NOTICE:** THIS EMAIL MESSAGE, INCLUDING ANY ATTACHMENTS, FROM THE OFFICE OF THE CITY ATTORNEY IS INTENDED FOR THE OFFICIAL AND CONFIDENTIAL USE OF THE RECIPIENTS TO WHOM IT IS ADDRESSED. THIS EMAIL CONTAINS MATERIAL THAT IS CONFIDENTIAL AND/OR PRIVILEGED UNDER THE WORK PRODUCT, ATTORNEY-CLIENT, OR OFFICIAL INFORMATION PRIVILEGES FOR THE SOLE USE OF THE INTENDED RECIPIENT. ANY REVIEW, RELIANCE OR DISTRIBUTION BY OTHERS OR FORWARDING WITHOUT EXPRESS PERMISSION IS STRICTLY PROHIBITED. RECIPIENTS SHOULD NOT FILE COPIES OF THIS EMAIL WITH PUBLICLY ACCESSIBLE WRITTEN OR ELECTRONIC RECORDS. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER AND DELETE ALL COPIES.

---

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Friday, December 15, 2023 4:20 PM
**To:** Cook, Debra <DCook@riversideca.gov>; Dalekgalipo@yahoo.com
**Cc:** GForce <GForce@riversideca.gov>; McKee-Reimbold, Rebecca <RMcKee@riversideca.gov>; Liu, Jack <JLiu@riversideca.gov>
**Subject:** [EXTERNAL] RE: JONES // Resan Bingham Deposition

**CAUTION: This email originated from outside the City of Riverside. It was not sent by any City official or staff. Use caution when opening attachments or links.**

Ms. Cook,

Based on your position, we intend to file an ex parte application for a protective order to preclude defendants from taking the deposition of Mr. Bingham. Given the time frame of the noticed deposition, we intend to file the application tonight. Please let me know if there is any change in defendants' position before 8pm today. Thank you.

1

Best regards,
Hang Le

---

**From:** Cook, Debra <DCook@riversideca.gov>
**Sent:** Friday, December 15, 2023 4:12 PM
**To:** Hang Le <hlee@galipolaw.com>; Dalekgalipo@yahoo.com
**Cc:** GForce <GForce@riversideca.gov>; McKee-Reimbold, Rebecca <RMcKee@riversideca.gov>; Liu, Jack <JLiu@riversideca.gov>
**Subject:** RE: JONES // Resan Bingham Deposition

Ms. Le,
We will continue to provide you notice of activities related to this case and will keep you apprised of relevant events as they unfold.  It is your prerogative whether you wish to participate in the Bingham deposition.  We have asked the Court for equitable relief to take the deposition and we feel that relief is well taken.  We are trying to get the deposition done as soon as possible and not delay discovery unnecessarily.  Even if the court denies the request to modify the scheduling order, we will be taking the Bingham deposition once it is confirmed, and will provide you a virtual link.  Thanks for sharing your position, and have a nice weekend, Debra



**Debra K. Cook**
*Senior Deputy City Attorney*
CITY ATTORNEY'S OFFICE
Litigation Division
3750 University Avenue, Suite 250
Riverside, CA 92501
Telephone: 951.826.5567
gforce@riversideca.gov

*Advancing Riverside's Vision with Integrity and Advocacy*

**CONFIDENTIALITY NOTICE:**  THIS EMAIL MESSAGE, INCLUDING ANY ATTACHMENTS, FROM THE OFFICE OF THE CITY ATTORNEY IS INTENDED FOR THE OFFICIAL AND CONFIDENTIAL USE OF THE RECIPIENTS TO WHOM IT IS ADDRESSED. THIS EMAIL CONTAINS MATERIAL THAT IS CONFIDENTIAL AND/OR PRIVILEGED UNDER THE WORK PRODUCT, ATTORNEY-CLIENT, OR OFFICIAL INFORMATION PRIVILEGES FOR THE SOLE USE OF THE INTENDED RECIPIENT.  ANY REVIEW, RELIANCE OR DISTRIBUTION BY OTHERS OR FORWARDING WITHOUT EXPRESS PERMISSION IS STRICTLY PROHIBITED. RECIPIENTS SHOULD NOT FILE COPIES OF THIS EMAIL WITH PUBLICLY ACCESSIBLE WRITTEN OR ELECTRONIC RECORDS.  IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER AND DELETE ALL COPIES.

---

**From:** Hang Le <hlee@galipolaw.com>
**Sent:** Friday, December 15, 2023 3:58 PM
**To:** Cook, Debra <DCook@riversideca.gov>; Dalekgalipo@yahoo.com
**Cc:** GForce <GForce@riversideca.gov>; McKee-Reimbold, Rebecca <RMcKee@riversideca.gov>; Liu, Jack <JLiu@riversideca.gov>
**Subject:** [EXTERNAL] RE: JONES // Resan Bingham Deposition

> **CAUTION:** This email originated from outside the City of Riverside. It was not sent by any City official or staff. Use caution when opening attachments or links.

Ms. Cook,

As you know, Plaintiff has served objections to Defendants' Notice of Deposition of Mr. Bingham for December 20, 2023. The cut-off for fact discovery has passed. There has been no Court order extending the fact discovery deadline. Taking Mr. Bingham's deposition would be in violation of the Court's order. We are unavailable and do not plan on attending Mr. Bingham's deposition as noticed. Should Mr. Bingham's deposition move forward, we will be filing a motion to exclude his testimony at trial.

Best regards,
Hang Le


**Hang D. Le, Esq. | Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118| Email: hlee@galipolaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Cook, Debra <DCook@riversideca.gov>
**Sent:** Friday, December 15, 2023 3:53 PM
**To:** Hang Le <hlee@galipolaw.com>; Dalekgalipo@yahoo.com
**Cc:** GForce <GForce@riversideca.gov>; McKee-Reimbold, Rebecca <RMcKee@riversideca.gov>; Liu, Jack <JLiu@riversideca.gov>
**Subject:** JONES // Resan Bingham Deposition

Counsel,
We just received word that the court reporter for the Bingham deposition has an emergency and cannot be available for the deposition on the 20th. We have been trying to solve this problem without changing the date of the deposition. We have currently been unsuccessful and have no alternate solution. We will continue to work on the problem today, but we are not optimistic we will have any firm options before Monday. Our priority is to maintain the 20th as a deposition date and maybe change the time of the deposition, but we do not have confirmation that is a possibility yet. We wanted to keep you informed as events unfold. We are also advising the Court of this issue in our reply to your client's opposition to the City's request to modify the scheduling order. That reply will be filed shortly. We did not want you to hear about it for the first time in the reply. Thanks, and have a nice weekend. Debra



**Debra K. Cook**
*Senior Deputy City Attorney*
CITY ATTORNEY'S OFFICE
Litigation Division
3750 University Avenue, Suite 250
Riverside, CA 92501

Telephone: 951.826.5567
gforce@riversideca.gov

*Advancing Riverside's Vision with Integrity and Advocacy*

**CONFIDENTIALITY NOTICE:** THIS EMAIL MESSAGE, INCLUDING ANY ATTACHMENTS, FROM THE OFFICE OF THE CITY ATTORNEY IS INTENDED FOR THE OFFICIAL AND CONFIDENTIAL USE OF THE RECIPIENTS TO WHOM IT IS ADDRESSED. THIS EMAIL CONTAINS MATERIAL THAT IS CONFIDENTIAL AND/OR PRIVILEGED UNDER THE WORK PRODUCT, ATTORNEY-CLIENT, OR OFFICIAL INFORMATION PRIVILEGES FOR THE SOLE USE OF THE INTENDED RECIPIENT. ANY REVIEW, RELIANCE OR DISTRIBUTION BY OTHERS OR FORWARDING WITHOUT EXPRESS PERMISSION IS STRICTLY PROHIBITED. RECIPIENTS SHOULD NOT FILE COPIES OF THIS EMAIL WITH PUBLICLY ACCESSIBLE WRITTEN OR ELECTRONIC RECORDS. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER AND DELETE ALL COPIES.

Stay in-the-know with all things Riverside! Connect with us at RiversideCA.gov/Connect.