1  **LAW OFFICES OF DALE K. GALIPO**
   Dale K. Galipo, Esq. (Bar No. 144074)
2  dalekgalipo@yahoo.com
   Hang D. Le, Esq. (Bar No. 293450)
3  hlee@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, California, 91367
   Telephone: (818) 347-3333
5  Facsimile: (818) 347-4118

6  Attorneys for Plaintiff
   DEZSANEE JONES

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| DEZSANEE JONES, | Case No. 5:22-cv-01764-SSS-SP |
|---|---|
| Plaintiff, | *Honorable Sunshine S. Sykes* |
| vs. | *Hon. Mag. Judge Sheri Pym* |
| CITY OF RIVERSIDE; TAYLOR LAPOINT; MIKE SMITH; and DOES 3-10, inclusive, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR A PROTECTIVE ORDER PRECLUDING DEFENDANTS FROM TAKING THE DEPOSITION OF RESAN BINGHAM, CURRENTLY SCHEDULED FOR DECEMBER 20, 2023** |
| Defendants. | |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Having considered papers filed in support of an in opposition of Plaintiff's *Ex* |
| 3 | *Parte* Application for Protective Order Precluding Defendants from Taking the |
| 4 | Deposition of Resan Bingham, Currently Scheduled for December 20, 2023, and |
| 5 | GOOD CAUSE appearing therefrom, Plaintiff's *Ex Parte* Application is hereby |
| 6 | GRANTED. Defendant City of Riverside and Taylor Lapoint are precluded from |
| 7 | taking the deposition of Resan Bingham. |
| 8 | |
| 9 | **IT IS SO ORDERED**. |
| 10 | |
| 11 | DATED: _____ |
| 12 | Honorable Sheri Pym |
| 13 | United States Magistrate Judge |