# Exhibit "1"

Debra K. Cook, DCA, SBN 250114
Cecilia Rojas, DCA SBN 340468
OFFICE OF THE CITY ATTORNEY
3750 University Avenue, Suite 250
Riverside, California 9250 I

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEZSANEE JONES <br><br> PLAINTIFF(S) <br> v. <br><br> CITY OF RIVERSIDE, TAYLOR LAPOINT, <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 5:22-cv-1764-SSS-SP <br><br> **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed  [✓] Lodged:  (**List Documents**)

EXHIBIT 1, Officer Involved Shooting Reenactment Video

**Reason:**
- [ ] Under Seal
- [ ] In Camera
- [✓] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Per Court order dated: _____
- [ ] Other:

December 16, 2023
Date

Debra K. Cook
Attorney Name
efendants City of Riverside, Taylor Lapoint
Party Represented

*Note:*  *File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)          NOTICE OF MANUAL FILING OR LODGING