# Exhibit "2"

December 15, 2023

Debra K. Cook
Senior Deputy City Attorney
City Attorney's Office Litigation Division
3750 University Avenue, Suite 250
Riverside, CA 92501

**FORENSIC VIDEO ANALYSIS AND VISUALIZATION REPORT**
Re: Dezsanee Jones v City of Riverside
Federal Rule of Civil Procedure 26(a)(2)(B)

The following is a statement of the work I have completed regarding exhibits I created for the above-referenced matter. Rule 26 documents (curriculum vitae, testimony history, and fee schedule) are attached.

Table of Contents

1. **Qualifications**.................................................................................................2
2. **Scope of Work**................................................................................................2
3. **Materials Reviewed**.......................................................................................2
4. **Software**........................................................................................................3
5. **Analysis**.........................................................................................................4
6. **Exhibits Produced**.........................................................................................7

Appendix A – CV of Brady Held

Appendix B – Testimony History of Brady Held

Appendix C – Fee Schedule

## 1. FORENSIC QUALIFICATIONS TO PERFORM SUCH WORK

I have worked directly in the field of animation and computer graphics since 2007, and from 2013 to present I have owned and operated Integral Media Works, Inc., and Courtroom Animation, Inc, both being forensic animation companies. I have served as lead forensic animator during that time. As a forensic animator, I have applied my expertise and continuing research in computer graphics, 3D animation, and video analysis and enhancement to analyze and recreate numerous cases including vehicular accidents involving passenger cars, heavy trucks, motorcycles, bicycles, and pedestrians; criminal cases; medical malpractice; industrial and environmental disasters; aviation; and more. In my time as a forensic animator, I have been retained on hundreds of cases. Of these, over 100 have involved video analysis or enhancement. I have testified in Superior Court of California, Illinois Circuit Court, Superior Court of Florida, and New York State Court. Additionally, I have presented to the American Academy of Forensic Sciences on the topic of analyzing and re-creating video footage from police body-worn cameras (2020).

## 2. SCOPE OF WORK

Upon retainer on this matter, I was asked to review and analyze body worn camera footage, surveillance footage, audio recordings, and depositions from an event that took place in Riverside, California. I was tasked with determining locations of individuals and objects as they occurred in the videos. To complete this work, it was necessary for me to perform a 3D reconstruction of the event. My methodology of this reconstruction is described in detail in the analysis portion of this document.

## 3. MATERIALS REVIEWED

To date, I have received and reviewed the following materials in preparation of this report:

- Body Worn Camera Videos
  - 00_0037251427_96_09_49_d2-0037209544_0037249546_0037249571_video0.mp4
  - 00_0044888224_96_0d_79_67-0039606774_0044886992_0044887039_video0.mp4
- Surveillance Video
  - CITY 000593 - CITY 000605 (Surv Video)
- Audio Files
  - CITY 000001 210025921_OIS_807 Blaine_CB_to_req_canx_RP_says_she_was_shot_092021_142348hrs_OP09.wav
  - CITY 000002 210025921_OIS_807 Blaine_Orig_SUBGUN_Phone_Call_092021_141509hrs_OP06.wav
  - CITY 000003 210025921_OIS_CH1.wav
- 3D Laser Scan
  - Jones Project 2.e57
    - Received from Parris Ward
- Photographs
  - Site Photos

2

- Folder received from Parris Ward
    - CITY 000037 - CITY 000592.pdf
- Depositions
    - JONES, DEZSANEE - CONDENSED (2).pdf
    - Exhibit 2 – Jones.pdf
- Documents
    - Detail report.pdf
    - JONES BWC Transcription - Copy - Copy.docx
    - JONES Officers Speaking Transcript.docx
    - 00749473.pdf
- Other Videos Received from Parris Ward
    - BWCs With Frame Numbers
    - 13223400.sec-converted.mkv
    - LaPointe Brightened Clip SlowMo.mp4
    - LaPointe Brightened Clip.mp4
    - LaPointe Brightened Sequence.pdf
    - Security Camera Numbered+Cropped.mp4
    - Synchronized Cameras combined BWC and 911 Audio.mp4
    - Synchronized Cameras with 911 Audio.mp4
    - Synchronized Cameras with BWC Audio.mp4
- Critical Incident Video
    - https://youtu.be/qcDO9KZh5BM?si=922Xsgyu5g3oyXDh

## 4. SOFTWARE

Adobe After Effects 22.5.0
Adobe After Effects is a digital visual effects software. After Effects can view videos in a "frame-by-frame" method, allowing me to analyze events approximately 1/4 of a second at a time and easily cycle between individual video frames. It also allows for the creation of layers on top of video footage such as annotations and tracing objects.

Autodesk 3DS Max 2023
3DS Max is a professional 3D computer graphics program for making 3D animations and models. It allows for the input of 3D laser scans, or point clouds, and preserves real world scale to ensure accuracy of models. It also can replicate real world cameras in a computer-generated environment, making it an industry standard software for recreating events.

Autodesk Maya 2022

3

Maya is a 3D computer graphics application by Autodesk. It is used to create assets for interactive 3D applications such as 3D models, and animations. In this case Maya was used for 3D animation purposes.

Unreal Engine 5.2.1
Unreal Engine is a 3D graphics visualization software. In this case it was used to render the final animated video.

PhotoModeler Premium Version: 2022.2.0.127 (64-bit)
PhotoModeler is a software application that performs image-based modeling and close-range photogrammetry – producing 3D models and measurements from photography. The software is used for close-range, aerial and UAV photogrammetry. It can solve for all the physical properties of a real-world camera, allowing for that camera to be recreated in a computer-generated environment. It also incorporates laser scan data and allows a camera to be located within a laser scan environment.

## 5. ANALYSIS

### Methodology

With the goal of reconstructing real-world events in a virtual environment, it is essential to create a virtual environment that is accurate to the real-world environment. To accomplish this several things are needed:

Laser Scan and 3D Model
I received and reviewed a 3D Laser Scan that was taken at the incident site by Parris Ward. The laser scan was collected by a Faro scanner and appears to authentically capture the location in a real-world scale. From this laser scan I created a computer-generated 3D model of the subject location that is accurate in shape and scale.

Camera Match
To analyze the positions and the movements of people within the real-world camera's view, I first must understand the position and properties of the real-world camera. To do this I used photogrammetry and match moving software, Photomodeler. This industry-standard software serves two primary functions. First, it allows me to calibrate the surveillance camera, which in this context means that I can analyze the parameters of the camera such as focal length and lens curvature. This is essential as every camera in the real world naturally has distortion properties as camera lenses are curved. Virtual cameras (those used in 3D analysis and animation software) do not have any distortion. Once I had analyzed the

camera, I was able to remove the distortion of the video it captured, which allowed me to properly match the videos within my 3D analysis and animation software.

Second, Photomodeler allowed me to locate the exact position and orientation of the camera in the real-world. Once I had this information, I located a virtual camera in my 3D analysis and animation software at the same location. This was verified by the location of the surveillance camera as captured within the 3D Laser Scan.

The result of these steps allowed me to have a camera in a virtual environment that matched the same camera in the real-world environment. Thus, placement of objects (such as people) in the virtual environment matched their positions in the real-world environment. **Figure 1** below shows these matched real-world and virtual cameras and environments.

 

*Figure 1*

**Figure 1. On the left is a still from the surveillance camera. On the right is a still from the same time and location but within the virtual environment.**

Matchmoving / Position Analysis
Once I had a virtual world that mimicked the real-world, and a virtual camera that mimicked the real-world surveillance camera, I was able to begin posing 3D character models to match the positions and movements of Officers LaPoint and Smith. This process requires overlaying the source surveillance footage from the real-world on top of my virtual world, then moving frame-by-frame within the source video while posing the 3D models and ensuring the movement of the individual 3D models in the virtual world accurately matches the movement of the individuals in the real-world. An example of one of these frames is shown in **Figure 2.**

5



*Figure 2*

**Figure 2. On the left side of this frame is a still image from the surveillance footage at the moment Officer LaPoint kicks the door. On the right, is the virtual world version of this same event, superimposed on the source footage to show the accuracy of the match.**

This process of matching individual frames was then completed for other key frames from the surveillance camera. The result is an accurate recreation of the event. As this analysis work was performed in a three-dimensional (3D) virtual environment, it allowed for me to show the accurately analyzed virtual world from any perspective. Thus, I was able to produce animated videos of the event from multiple perspectives.

Animation of Ms. Jones
The animation of Ms. Jones was created by reviewing and visualizing testimony from her deposition and other video evidence. At her deposition she was given a top-down diagram of her apartment which she verified as being a good representation of her apartment. I created this diagram using laser scan data, and photos and videos taken on scene.

There were several instances of conflicting testimony during her deposition. Because of this, I focused my attention on three key actions in the apartment: 1. Where she was sitting prior to the second 911 call. 2. The timing of Ms. Jones moving to the door prior to it being kicked. 3. Where she was when the shot was fired and what she did immediately following the shot.

6

1. The position I placed Ms. Jones sitting in prior to the second 911 call is based on a combination of her testimony, plaintiff's responses to interrogatories, as well as the position of Mr. Bingham immediately following the shooting. Ms. Jones stated Mr. Bingham was restraining her while they both sat on the couch between the two 911 calls. Mr. Bingham is seen approximately 10 seconds after the shot is fired sitting on the couch with his back to the window with Ms. Jones sitting next to him. Mr. Bingham has an injured leg and asks the officers for his crutches, which are in another room, prior to leaving the apartment. Ms. Jones can be heard on a 911 call on speaker phone prior to the shooting. She states in her testimony that she left her phone on the couch to move towards the door, then immediately after the shooting goes back to the couch to retrieve her phone. When she goes back to the couch, she sits next to Mr. Bingham with their backs against the window.

2. The timing of Ms. Jones moving from the couch to the door is dictated by two pieces of data. The first is that she testifies that she is on speaker phone and her phone is on the couch. I can hear Ms. Jones' voice become less audible as she moves away from her phone and the couch. She testifies that right when she got towards the door it was kicked in and she was shot. When the door is kicked in, I can see Ms. Jones behind the door. The timing between the volume of her voice lowering on the 911 all and the first time she is seen behind the kicked-in door is approximately 5.5 seconds. This is the timing I used to depict her walking from the couch to the door.

3. The placement of Ms. Jones at the time the shot was fired was dictated by the body worn camera video, the surveillance video, and the in-and-out wound on Ms. Jones. In the video Ms. Jones can be seen immediately after the door is kicked in. She has her right foot behind the door and is turning towards her right which is consistent with the gunshot front to back, left to right, trajectory. I can also see Ms. Jones continuing to turn to her right and walk towards the couch from the body worn camera video.

The transcription of audio was given to me by counsel and verified by myself.

**Exhibits Produced**
As a result of the methodology above, I was able to produce a video exhibit:

1. Jones v Riverside.mp4