# Exhibit "3"



# Biodynamics Engineering, Inc.

Phone: (310) 454-0924  
Fax: (310) 454-8747

Post Office Box 722  
Pacific Palisades, CA 90272

December 15, 2023

Debra K. Cook  
Senior Deputy City Attorney  
City Attorney's Office  
Litigation Division  
3750 University Avenue, Suite 250  
Riverside, CA 92501

## Forensic Video Analysis Report
Re: <u>Dezsanee Jones v. City of Riverside, et al.</u>  
Federal Rule of Civil Procedure 26(a)(2)(B)

Dear Ms. Cook,

At your request, I have reviewed the media files your office forwarded to me. My analysis and opinions are summarized below.

Rule 26 documents (curriculum vitae, testimony list, and fee schedule) are attached in Appendices A-C. To date, I have reviewed the following documents and media files in preparation of this report:

## Materials Reviewed

**Media Files:**
Body-worn camera video files for Riverside Police officers (3)  
Surveillance camera video from apartment complex  
911 phone call recordings (2)  
Radio broadcast CH1

**Documents:**
Case Reports  
Incident Photos  
Deposition of Dezsanee Jones, December 1, 2023  
OIS CAD



Figure 1. The shooting occurred in the doorway of apartment 214 on the second floor of an apartment complex located at 807 West Blaine Street in Riverside, California.

## Summary

On Monday, September 20, 2021, a woman called 911 at approximately 2:15 PM and told the operator that she was at 807 West Blaine, apartment 214 and that there was "a boy in here with a gun in my house." The operator asked if she knew the individual, and she responded "no." When asked to describe him, she said, "Black, white shirt, black pants, black socks, black shoes." She estimated the age of the individual as 29. She said the individual had a black backpack. Multiple police units responded. Riverside Police Department (RPD) Officers Taylor Lapoint and Michael Smith were the first to arrive. While walking through the apartment

complex, they found a black backpack in the bushes below the balcony of apartment 214 with a gun in it. The officers climbed the stairs to the second floor. Officer Lapoint took a position to the left of the door of apartment 214 while Officer Smith took cover in an adjoining hallway. RPD Officer Conor Skalarsky arrived on scene and joined the other two officers outside the apartment. Officer Lapoint knocked on the door multiple times and identified himself as a police officer. Meanwhile, a second 911 call was received from the same address. This time the person on the phone reported that the individual with the gun had left her apartment. After getting no response to his knocking on the door, Officer Lapoint kicked in the door and immediately fired a single round from his handgun. The sound of the shot is heard on the 911 call. The bullet he fired entered and exited the upper portion of Dezsanee Jones' left shoulder and then struck a wall in the apartment above the kitchen sink. No one else was injured. Officer Smith radioed that a shot was fired and requested medical aid. Upon entering the apartment, officers discovered a Black male sitting on a couch, dressed in a white T-shirt and black shorts. The man was later identified as 29-year-old Resan Bingham Jr.

## Examination Notes

In analyzing the work done on this case, I used forensic tools and methodologies that are widely utilized in the forensic video analysis scientific community. Those tools are listed below in Table 1. Still images presented in conjunction with this document are true and accurate representations of the data acquired from the original videos submitted.

Video, at its most basic level, is simply a series of individual pictures or "frames" that, when displayed quickly and sequentially, give the illusion of motion. To be as precise as possible in this report, I may refer to individual frame numbers rather than elapsed time, time code or time stamp numbers. The media files in this case and their characteristics are listed in Table 2.

## Tools Utilized for the Examination

The software tools used for my forensic analysis are shown below in Table 1.

Table 1. Software used for forensic analysis

| Software | Manufacturer | Version |
|---|---|---|
| **Amped FIVE** - Forensic Video Processing Software | Amped Software | Build 20231018 Rev. 31095 |
| **Adobe AfterEffects** – Video Compositing Software | Adobe Systems | Version CC 2024 |
| **Adobe Audition** – Audio Editing Software | Adobe Systems | Version CC 2022 |
| **Corel Draw** – Illustration Software | Corel Corporation | Version 2021 |

## Media Analyzed

Table 2. Media Files

| File Name | Description | Resolution | Frame Rate | Duration |
|---|---|---|---|---|
| 00_0037251427_96_09_49_d2-0037209544_0037249546_0037249571_video0.mp4 | Smith BWC | 1280x720 | 29.97 | 15:41 |
| 00_0044888224_96_0d_79_67-0039606774_0044886992_0044887039_video0.mp4 | Lapoint BWC | 1280x720 | 29.97 | 10:16 |
| 00_0047920115_96_09_4a_8f-0047917242_0047917535_0047917546_video0.mp4 | Skalarsky BWC | 1280x720 | 29.97 | 21:30 |
| 13223400.sec | Overhead 360° Security Camera | 2048x1536 | 20 | 16:46 |
| CITY 000001 210025921_OIS_807 Blaine_CB_to_req_canx_RP_says_she_was_shot_092021_142348hrs_OP09.wav | Second 911 Call Audio Recording | 8,000 Hz | NA | 1:35 |
| CITY 000002 210025921_OIS_807 Blaine_Orig_SUBGUN_Phone_Call_092021_141509hrs_OP06.wav | First 911 Call Audio Recording | 8,000 Hz | NA | 3:17 |
| CITY 000003 210025921_OIS_CH1.wav | Radio Broadcast | 8,000 Hz | NA | 1:55:00 |

## Video Analysis

*Riverside Police Department Body-Worn Camera Video*

The Riverside Police Department uses WatchGuard V300 body-worn cameras (BWCs) by Motorola Solutions. See Figure 2. In this case, the cameras were set to record at a resolution of 1920x1080 pixels at a frame rate of approximately 29.97 frames per second (FPS).

The first portion of each video has no sound. This is because that portion of the video occurred before recording was triggered. The cameras continuously buffer muted video images prior to being triggered, which are included in the recording when the camera is activated. This is done so that officers reacting to an event, who trigger their cameras just after the event occurred, can still capture footage of what happened prior.



**Figure 2. Motorola Solutions WatchGuard V300 body-worn camera and uniform mounting plate.**

The WatchGuard V300 cameras superimpose a time stamp in the upper right corner of the image. The time stamps, however, are not precisely synchronized to the second. It is common for there to be slight differences in the time values between cameras in the field. When I created synchronized videos combining multiple views from the BWCs I did not rely on the time stamp; I used common visual cues seen on the various cameras. Additionally, I added frame numbers to the video clips I produced so that specific frames can be identified.

As noted, the WatchGuard V300 produces a maximum video resolution of 1920x1080 pixels, but the camera's imaging sensor is larger. The camera has a UHD 4K (3840x2160 pixels) resolution sensor that uses the additional available resolution to electronically process the video images to correct barrel distortion from its wide-angle lens.

It should be noted that BWCs do not replicate what an officer saw at the time of an incident. BWCs are usually mounted to the chest of an officer rather than eye level. They have ultra-wide-angle lenses that create both optical and perspective distortion. The recordings they produce lack the visual acuity of the human eye. These devices are simply designed to document what happened in front of an officer, rather than what an officer saw or experienced. Often in critical incidents, the camera view is occluded by the officer's equipment, clothing, weapon, or objects the officer may be using as cover. As such, the recordings can only answer certain questions about what happened, but not others.

### BWC Videos

I was provided with 3 BWC video files. All cameras were set to record at a resolution of 1280x720 pixels at 29.97 frames per second. I produced clips of the 3 camera views with frame numbers added for reference.

Officer Lapoint was the officer who kicked in the door to the apartment and fired the shot, so his BWC video provides the closest view of those events. The recorded images, however, exhibit motion blur due to the fast action and low-lighting conditions. His camera view is at times partially blocked by his hands as he points his gun. When he kicks in the door, we briefly see a blurred image of Ms. Jones in the doorway, but the images are dark. I have created a clip from Officer Lapoint's BWC video that has been brightened using the homomorphic filter in Amped FIVE forensic analysis software. Figure 3 shows a brightened BWC image of Ms. Jones standing in the doorway after the door has been kicked in, but before the shot was fired. Note that a broken piece of the door frame can be seen before it falls to the ground.



**Figure 3. Frame 5559 from Officer Lapoint's BWC which has been brightened to show Ms. Jones in the doorway after the door was kicked in. Part of the door frame is seen in the air in front of her.**

It is not possible to determine exactly when Officer Lapoint fired his gun based on the video images. When the shot is fired, his BWC was pointed toward the ground because he crouched down when he fired. Consequently, his gun is not visible, so there is no visual confirmation of when the shot was fired. It is therefore necessary to rely on the soundtrack from the video. Adobe Audition audio editing software was used to determine when the shot occurred and match it to a frame from the video. Adobe Audition allows the user to visualize the sound patterns from the audio stream and simultaneously correlate them to frames from the video. The audio from BWC recordings can sometimes be slightly out of sync with the picture. To confirm the accuracy of the sound sync for this video file, I reviewed the portion of the video where Officer Lapoint knocked on the door. The audio pattern appeared to sync with the images of Officer

Lapoint's hand striking the door. Based this analysis, I determined that the video frame that best matches the time of the shot is frame 5567. Figure 4 shows frame 5567 from Officer Lapoint's BWC.



**Figure 4. Frame 5567 from Officer Lapoint's BWC provides the best correlation to when the shot was fired based on the video's soundtrack.**

Officers Smith and Skalarsky's BWCs also captured the shooting, but the view is obstructed. They do not provide images of Officer Lapoint's gun or Ms. Jones at the time the shot was fired.

*Surveillance Camera Video*

I was provided with a video recording from a 360-degree security camera located in the hall ceiling outside apartment 214. The video has no sound. The file is in a proprietary format that generally requires a player program to view it. The system that produced it is manufactured by Samsung and the file is a variant of Samsung's SEC file format. The SEC file has a corresponding executable player file associated with it.

I was able play the video using the player software and I was able to extract the video frames directly from the SEC file so that they can be played and analyzed using non-proprietary software. Playing the video using the player provides access to metadata such as the time stamp and camera number. Extracting the raw video from the file provides the best image quality. The video has a resolution of 2048x1536 pixels and a frame rate of 20 fps. The camera provides fisheye images looking down from the ceiling. There appears to be some dirt on the lens that

affects the view of the door to apartment 214. I have prepared multiple versions of this video in MP4 format. One version of this video simply includes frame numbers for reference. Another is cropped to the area of interest in a normal 16:9 aspect ratio. Another version is "unrolled" so that it provides a view similar to a normal camera pointed at the doorway. See Figure 5. This version has been brightened to attempt to show the inside of the apartment through the doorway. These adjustments were accomplished using Amped FIVE forensic video software.



Figure 5. A frame from the 360° surveillance camera. Raw fisheye image is shown on left. On the right, the same image has been unrolled to appear like a normal camera perspective of the apartment doorway.

## Synchronization

To further analyze the incident, I synchronized the 4 video recordings I was provided using Adobe AfterEffects. The synchronization was based on visual cues, such as when Officer Lapoint knocks on the door, and when officers make certain movements in the hallway. The time stamps on the BWC videos do not match precisely so it is necessary to rely on visual cues to synchronize the BWC recordings. The synchronized video presents multiple views on one screen at the same time. See Figure 6.

I produced multiple versions of the synchronized video with different soundtracks. One version combines audio from the 3 BWCs. Another includes the second 911 audio recording. A third version combines both the 911 and BWC audio. The 911 recording can be synchronized to the video because the gun shot can clearly be heard on that recording. It can, therefore, be matched to the sound of the gunshot heard on the BWC recordings.



**Figure 6. Synchronized camera views, shown at the time the single shot is fired. The top left image is from Lapoint's BWC, with Smith's BWC (top left), Skalarsky's BWC (lower left), and the surveillance camera (lower right).**

I have included a timer that counts down seconds to when the shot was fired. Having a countdown timer is helpful in the analysis of reaction time. It is generally known that humans require some amount of time to perceive, process and react to a threat to their safety. For example, the California Department of Motor Vehicles Driver Handbook suggests a three-second rule when following another vehicle to allow enough reaction time to avoid a collision. Officers, too, require a certain amount of time to perceive a threat, determine if deadly force is necessary and then react. The decision to fire one's weapon is made some time prior to when the trigger of the gun is pulled. Those who are knowledgeable in human factors may opine as to how much time an officer may require in responding to a deadly threat under a specific set of circumstances. The timer lets a person analyzing the event see what was happening at various time points prior to when the gun was fired.

## Audio Analysis

Audio recordings can be a more accurate way of determining shot timing than only analyzing the video portion of the recordings because audio has a higher sampling rate than video.

Video recordings in the U.S. typically have a frame rate of 30 or fewer images per second, while the sampling rate for audio is much higher. Audio from the WatchGuard V300 recordings are sampled at 48,000 samples per second. Spectral frequency and waveform patterns can show

visually when shots can be heard in the audio stream, as well as when people are speaking. The audio can provide a timeline of when things were said and when events occurred, such as a gunshot. In this case, the time between when Officer Lapoint first knocked on the door of apartment 214 to when the shot was fired was 54.7 seconds. The time from when he kicked the door in to when he fired was 0.5 to 0.6 seconds. The sound pattern from Officer Lapoint's BWC is shown in Figure 7.



Figure 7. Audio pattern from Officer Lapoint's BWC shows the timing of sounds captured.

*911 Calls*

Ms. Jones made two 911 calls related to this incident. The calls do not have a recorded time stamp, however the names of the files include the date and time they were recorded. The first call was received at 2:15:09 PM and the second was received at 2:23:48 PM. The second call can be correlated with the BWC videos because the gun shot can be heard on the recordings. When the call is synchronized to Officer Smith's BWC video using the sound of the shot, the time stamp on his camera matches the time noted in the call's filename. Officer Lapoint's BWC has an offset relative to Officer Smith's camera of -37 seconds.

A timeline of key events can be constructed from both the audio and video evidence. Table 3 shows the time of these events.

Table 3. Timing of Events

| Time | Event | Elapsed Time |
|---|---|---|
| 2:15:09 | First 911 call received | 0:00:00 |
| 2:21:06 | Officer Lapoint's BWC shows his arrival at location* | 0:05:57 |
| 2:22:19 | Backpack found in bush* | 0:07:10 |
| 2:23:19 | Officer Lapoint knocks on door first time* | 0:08:10 |
| 2:23:48 | Second 911 call received | 0:08:39 |
| 2:23:56 | Officer Lapoint knocks second time | 0:08:47 |
| 2:24:03 | Officer Lapoint knocks third time | 0:08:54 |
| 2:24:13 | Shot fired | 0:09:04 |

*Times adjusted to match Officer Smith's BWC as it more closely matches 911.

## Site Visit and Laser Scanning

On October 4, 2023, I visited the location where the shooting occurred. I took photos and measurements at the location. I also scanned the scene using a Faro Focus 3D laser scanner. Laser scanners create a kind of 3D picture of a location made up of millions of individual points called a point cloud. See Figure 8. The point cloud then can be used to view a scene from any angle and to accurately measure distances between objects. It can also be imported into 3D modeling programs to reconstruct events. In this case, the scan data can be used to create scale diagrams of the scene, as well as 3D models and animated reenactments for use in trial.



Figure 8. Laser scan point cloud of the apartment complex where the shooting occurred.

## Conclusions

1. The WatchGuard V300 body worn cameras (BWCs) were set to record at a resolution of 1280x720 pixels at a frame rate of 29.97 frames per second (FPS).

2. BWCs do not replicate what an officer saw or experienced at the time of an incident.

3. Some of the videos I produced were brightened, enlarged, and cropped to provide better clarity. These are commonly used forensic methodologies using forensic software and do not affect the integrity of the original video.

4. It is not possible to determine exactly when Officer Lapoint fired his gun based on the video images because there is no visual confirmation of when the shot was fired. Relying on the soundtrack from the video, I determined that video frame 5567 best matches the time of the shot.

5. The 360° surveillance camera in the hall has a resolution of 2048x1536 pixels and a frame rate of 20 fps. The camera provides fisheye images looking down from the ceiling. I have extracted the video frames from the Samsung proprietary file and prepared multiple versions of this video in MP4 format: 1) with frame numbers for reference, 2) cropped to the area of interest in a normal 16:9 aspect ratio, and 3) "unrolled" with a view similar to a normal camera pointed at the doorway.

6. The BWC and surveillance camera images can be synchronized on the same screen allowing the viewer to analyze the event from multiple perspectives. The camera images can also be synchronized to the second 911 call because the gun shot can be heard on that recording. I produced multiple versions of the synchronized video: 1) combines audio from the 3 BWCs, 2) synchronizes the second 911 audio recording, and 3) combines both the 911 and BWC audio.

7. Adding a countdown timer in reference to the first shot lets one see what was happening at specific time points prior to the first shot and allows for a reaction time analysis.

8. Audio recordings can be a more accurate way of determining shot timing than only analyzing the video portion of the recordings because audio has a higher sampling rate than video. The sound patterns can also be the basis for a timeline of when events occurred or words were spoken.

9. Based on audio analysis, the time between when Officer Lapoint first knocked on the door of apartment 214 to when he fired the single shot was 54.7 seconds.

10. The time from when Officer Lapoint kicked the door in to when he fired was 0.5 to 0.6 seconds.

11. Ms. Jones made two 911 calls related to this incident. Although the calls do not have a recorded time stamp, the date and time noted in the file name appears accurate when compared to the time stamps on BWC videos after synchronization.

12. A timeline can be created using the 911 calls together with the BWC recordings. Ms. Jones made her first 911 call at 2:15:09 PM and her second 911 call approximately 8 minutes and 39 seconds after that. The entire sequence of events from the start of the first 911 call to Officer Lapoint firing the shot took just over 9 minutes.

*Parris Ward*
Parris Ward, CFVA

*December 15, 2023*

*All of the opinions in this report are expressed with a reasonable degree of scientific certainty and are based on the author's education, training, and experience. As additional information becomes available, the author reserves the right to amend and revise this report.*

## *Parris Ward Background and Education*

My background, education, and academic activities are as follows:

- I have been employed by Biodynamics Engineering, Inc. (BEI) since 1988, where I am responsible for the development of scientific visualization of injury events through computer animation and simulation. I also provide forensic analysis of audio and video recordings. I currently serve on BEI's Board of Directors.
- I am a Certified Forensic Video Analyst through training with LEVA International (Law Enforcement & Emergency Services Video Association).
- I have received training and a certificate in shooting analysis and reconstruction.
- I have testified as an expert in the areas of computer animation, video authentication and analysis, analysis of audio recordings, and high-speed imaging.
- I have been producing video, audio and photographic evidence, as well as computer animations and simulations for use in litigation for more than 25 years.
- I have produced more than 80 computer animations and simulations for use in civil and criminal cases in multiple jurisdictions, including both federal and state courts.
- My work in the case of *People v. Duenas* (2012) 55 Cal.4th 1, a capital murder case, was upheld by the California Supreme Court and now serves as an important precedent regarding the admissibility of computer animation in criminal cases.
- I have consulted on more than 100 shooting cases and I have produced computer models and/or animations of more than 40 shooting events, including the capital murder case noted above. I have also consulted as an outside expert with the Los Angeles Police Department Force Investigation Division in the internal investigations of officer involved shooting incidents.
- I am certified in the use of Faro Technologies Focus 3D laser scanners and FaroArm digitizers, as well as Faro Scene and CAM2 software.
- I have conducted research and done analysis in the field of injury biomechanics for more than 30 years.
- I received my Juris Doctorate in 1988. My qualifications, including my education, background, training and experience, are set forth in my curriculum vitae, attached hereto.
- I have studied high-speed photography and videography at MIT. I have studied current standards in video production and technology, as well as computer animation and modeling at UCLA.
- I am a member of the American Academy of Forensic Sciences and the Society of Forensic Engineers and Scientists.

Attachment A is my curriculum vitae – Parris Ward, J.D.

Attachment B is my trial and deposition testimony.

Attachment C is the fee schedule for Biodynamics Engineering, Inc. (BEI).