# Exhibit "1"

Debra K. Cook, DCA, SBN 250114
Cecilia Rojas, DCA SBN 340468
OFFICE OF THE CITY ATTORNEY
3750 University Avenue, Suite 250
Riverside, California 9250 I

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DEZSANEE JONES | CASE NUMBER: |
| | |
| PLAINTIFF(S) | 5:22-cv-1764-SSS-SP |
| v. | |
| CITY OF RIVERSIDE, TAYLOR LAPOINT, | **NOTICE OF MANUAL FILING** |
| | **OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed  ☑ Lodged:  (**List Documents**)

EXHIBIT 1, Officer Involved Shooting Reenactment Video

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

December 16, 2023
_____
Date

Debra K. Cook
_____
Attorney Name
efendants City of Riverside, Taylor Lapoint
_____
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*