**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiff
DEZSANEE JONES

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEZSANEE JONES, <br><br> Plaintiff, <br> vs. <br><br> CITY OF RIVERSIDE; TAYLOR LAPOINT; MIKE SMITH; and DOES 3-10, inclusive, <br><br> Defendants. | Case No. 5:22-cv-01764-SSS-SP <br><br> *Honorable Sunshine S. Sykes* <br> *Hon. Mag. Judge Sheri Pym* <br><br> **DECLARATION OF HANG D. LE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' RULE 56 MOTION FOR PARTIAL SUMMARY JUDGMENT** |

# DECLARATION OF HANG D. LE

I, Hang D. Le, declare as follows:

1.     I am an attorney duly licensed to practice law in the State of California, and the Central District of California. I make this declaration in support of Plaintiff's Opposition to Defendants' Rule 56 Motion for Partial Summary Judgment. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2.     Attached hereto as "**Exhibit A**" is a true and correct copy of the relevant portions of the January 6, 2023 Deposition of Taylor Lapoint.

3.     Attached hereto as "**Exhibit B**" is a true and correct copy of the relevant portions of the January 6, 2023 Deposition of Michael Smith.

4.     Attached hereto as "**Exhibit C**" is a true and correct copy of a screenshot from Officer Taylor Lapoint's Body Worn Camera video of the September 20, 2021 incident, at the timestamp of 14:23:33.

5.     Attached hereto as "**Exhibit D**" is a true and correct copy of a screenshot from Officer Taylor Lapoint's Body Worn Camera video of the September 20, 2021 incident, at the timestamp of 14:23:37.

6.     Attached hereto as "**Exhibit E**" is a true and correct copy of a screenshot from Officer Taylor Lapoint's Body Worn Camera video of the September 20, 2021 incident, at the timestamp of 14:23:36. This screenshot was attached as "Exhibit 1" to the January 6, 2023 Deposition of Taylor Lapoint.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 22nd day of December, 2023, in Los Angeles, California.

_____
Hang D. Le