# Exhibit D