# Exhibit E

Case 5:22-cv-01764-SSS-SP Document 58-8 Filed 12/22/23 Page 2 of 2 Page ID #:1089