**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiff
DEZSANEE JONES

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEZSANEE JONES, <br><br> Plaintiff, <br> vs. <br><br> CITY OF RIVERSIDE; TAYLOR LAPOINT; MIKE SMITH; and DOES 3-10, inclusive, <br><br> Defendants. | Case No. 5:22-cv-01764-SSS-SP <br><br> *Honorable Sunshine S. Sykes* <br> *Hon. Mag. Judge Sheri Pym* <br><br> **DECLARATION OF DEZSANEE JONES** |

## DECLARATION OF DEZSANEE JONES

I, Dezsanee Jones, declare as follows:

1. I am the Plaintiff in the case of *Jones v. City of Riverside, et al.*, case no. 5:22-cv-01764-SSS-SP, in the United States District Court, Central District of California. I have personal knowledge of the facts set for herein. If called as a witness, I could and would competently testify to the matters stated herein.

2. During the 9-1-1 call, the operator asked me for a description of the man inside my house. I told the 9-1-1 operator that the man was black and was wearing a white t-shirt, black shorts, black socks and black shoes. When the 9-1-1 operator followed up with the question, "You said white male?" I misheard the operator, and believing that she was confirming the suspect's shirt color, answered, "White." I did not lie to the 9-1-1 operator regarding the suspect's race.

3. I also told the 9-1-1 operator that the suspect was in possession of a black backpack and a handgun. When asked to describe the gun, I told the operator that I was not sure because I was not sure of what the gun looked like.

4. When the 9-1-1 operator asked what the suspect was currently doing, I told her that the suspect was trying to leave.

5. At some point after the call, I heard a knock on my apartment door and a voice indicating to me that the police were present. Sometime later, I heard another knock on my apartment door and a voice informing that it was the police department and a request to come to the door. I subsequently heard another knock on my apartment door and a voice requesting that I come to the door and informing me that the door was going to be kicked down.

6. During the first and second knock and announcement, I was unable to come to the door because Resan Bingham was holding me down on the couch against my will. No loud noises were made while Mr. Bingham was holding me down. No objects were thrown or hit the floor while Mr. Bingham was holding me down. No person hit the floor or struggled on the floor while Mr. Bingham was

1  holding me down. There was no screaming or yelling from either myself or Mr.
2  Bingham while he was holding me down. After the third knock and announcement,
3  Mr. Bingham let me go and I was able to start making my way to the front door of
4  the apartment.

5      7.    At some point, I made a second 9-1-1 call. I was on the phone with the
6  9-1-1 operator prior to the shooting. Once Mr. Bingham released me from his hold
7  on the couch, I left my cell phone on the couch before making my way to my
8  apartment front door. I am able to recognize and hear my voice fading and trailing
9  off on the recording that captured the second 9-1-1 call at the time I was walking
10  away from my cell phone and towards the apartment front door.

11      8.    I was almost to the apartment front door and in the early process of
12  reaching towards the door to open it when the door was kicked in and I was shot in
13  my left shoulder. The height of the doorknob was around the height of my hip area.
14  My left hand was down by my side while my right hand was halfway between my
15  side and the doorknob when the door opened and I was shot.

16      9.    I did not have anything in either hand at the time the door was kicked in
17  and I was shot. I did not have both arms in an outstretched position in front of me
18  and towards the door at any time between the door being kicked in and when I was
19  shot.

20      10.    I am a black female. I was wearing a black shirt and green pants on the
21  day of the incident and at the time my apartment door was kicked in and I was shot.

22      11.    Immediately after I was shot in my left shoulder, I exclaimed, "He
23  shot me!" and then moved back the couch in my apartment.

24  //
25  //
26  //
27  //
28

1     I declare under penalty of perjury under the laws of the the United States of
2 America that the foregoing is true and correct. Executed
3 on\_\_\_\_\_12/20/2023\_\_\_\_\_, in \_\_\_\_\_Mesa\_\_\_\_\_, Arizona.

4

5                       DocuSigned by:
                                      *Dezsanee Jones*
6                                        Dezsanee Jones

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28