**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Hang D. Le, Esq. (Bar No. 293450)
hlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiff
DEZSANEE JONES

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEZSANEE JONES,<br><br>     Plaintiff,<br>vs.<br><br>CITY OF RIVERSIDE; TAYLOR LAPOINT; MIKE SMITH; and DOES 3-10, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01764-SSS-SP<br><br>*Honorable Sunshine S. Sykes*<br>*Hon. Mag. Judge Sheri Pym*<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>First Amended Complaint Filed: December 8, 2022<br><br>[*Proposed Order filed concurrently herein*] |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE THAT Plaintiff DEZSANEE JONES ("Plaintiff") and Defendants CITY OF RIVERSIDE and TAYLOR LAPOINT ("Defendants") (collectively "the Parties"), have reached a settlement to resolve the entire action in the above-entitled matter.

Accordingly, the Parties, by and through their respective attorneys of record, hereby stipulate to and jointly request that the above-entitled action and all claims and parties therein, against all Defendants be dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.

**IT IS SO STIPULATED**.

DATED: April 4, 2024          LAW OFFICES OF DALE K. GALIPO

By        */s/ Hang D. Le*
   Dale K. Galipo
   Hang D. Le
   Attorneys for Plaintiff DEZSANEE JONES

DATED: April 4, 2024          CITY OF RIVERSIDE, OFFICE OF THE CITY ATTORNEY

By        */s/ Cecilia Rojas*\*
   Debra Cook
   Judith N. Gallardo
   Cecilia Rojas
   Attorneys for Defendants
   CITY OF RIVERSIDE, TAYLOR LAPOINT, and MIKE SMITH

-1-    Case No. 5:22-cv-01764-SSS-SP
NOTICE OF SETTLEMENT AND STIPULATION TO DISMISS WITH PREJUDICE

1  *	Pursuant to C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I, Hang D. Le, hereby
2  certify that the content of this document is acceptable to all parties listed above, by
3  and through their counsel of record, and that I have obtained authorization from
4  each party's counsel to affix their electronic signatures to this document.

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28