# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEZSANEE JONES,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>CITY OF RIVERSIDE; TAYLOR LAPOINT; MIKE SMITH; and DOES 3-10, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01764-SSS-SP<br><br>*Honorable Sunshine S. Sykes*<br>*Hon. Mag. Judge Sheri Pym*<br><br>**[PROPOSED] ORDER RE: NOTICE OF SETTLEMENT AND STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

1 | **[PROPOSED] ORDER**

2   Pursuant to the parties' Notice of Settlement and Stipulation to Dismiss Entire
3 Action with Prejudice Pursuant to FRCP 41(a)(1)(A)(ii) and GOOD CAUSE
4 appearing therefore, IT IS HEREBY ORDERED that the entire above-entitled
5 action is dismissed, with prejudice pursuant to Federal Rules of Civil Procedure,
6 Rule 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.

7
8 **IT IS SO ORDERED**.
9
10
11 DATED: _____, 2024
12
13                                            _____
14                                            HONORABLE SUNSHINE S. SYKES
                                               UNITED STATES DISTRICT JUDGE