**(JS-6)**

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

DEZSANEE JONES,

        Plaintiff,

    vs.

CITY OF RIVERSIDE; TAYLOR
LAPOINT; MIKE SMITH; and DOES
3-10, inclusive,

Defendants.

Case No. 5:22-cv-01764-SSS-SPx

*Honorable Sunshine S. Sykes*
*Hon. Mag. Judge Sheri Pym*

**ORDER RE: NOTICE OF
SETTLEMENT AND STIPULATION
TO DISMISS ENTIRE ACTION
WITH PREJUDICE PURSUANT TO
FRCP 41(a)(1)(A)(ii)**

1        Pursuant to the parties' Notice of Settlement and Stipulation to Dismiss Entire

2    Action with Prejudice Pursuant to FRCP 41(a)(1)(A)(ii) and GOOD CAUSE

3    appearing therefore, IT IS HEREBY ORDERED that the entire above-entitled

4    action is dismissed, with prejudice pursuant to Federal Rules of Civil Procedure,

5    Rule 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.

6

7        **IT IS SO ORDERED**.

8

9    DATED: April 5, 2024

10

11

12    _____
     HONORABLE SUNSHINE S. SYKES

13    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28